

September 18, 2015

**VIA E-FILING**
The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Unit 31
Wilmington, DE 19801-3568

    Re:  **Evolved Wireless, LLC v. Apple, Inc.**
         **C.A. No. 15-542-SLR**
         **Evolved Wireless, LLC v. HTC Corp., et al.**
         **C.A. No. 15-543-SLR**
         **Evolved Wireless, LLC v. Lenovo Group Ltd., et al.,**
         **C.A. No. 15-544-SLR**
         **Evolved Wireless, LLC v. Samsung Electronics Co., Ltd., et al.,**
         **C.A. No. 15-545-SLR**
         **Evolved Wireless, LLC v. ZTE Corp., et al.,**
         <u>**C.A. No. 15-546-SLR**</u>

Dear Judge Robinson:

    We represent Plaintiff Evolved Wireless, LLC in the above cases and write in response to the Court's September 17, 2015 Order. (D.I. 11 (C.A. No. 15-542-SLR)).

    Each of these matters allege that the Defendants have infringed the same patents, and Plaintiff believes that consolidation of these cases through discovery and *Markman* claim construction proceedings will preserve judicial resources and be most efficient for the parties.

    Plaintiff also requests that the Court set a joint scheduling conference at the Court's earliest convenience once Defendants have answered or otherwise responded to the Plaintiffs' Complaints. The last of these responses is due Sept. 21, 2015 from the Samsung and HTC Defendants. Plaintiff's counsel is available for such a conference October 6-9 or 14, 2015.

                                        Respectfully submitted,

                                        /s/ Brian E. Farnan

                                        Brian E. Farnan

cc: Counsel of Record (Via E-File)