**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-cv-542-SLR-SRF |
| | ) | |
| APPLE INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-cv-543-SLR-SRF |
| | ) | |
| HTC CORPORATION and | ) | **JURY TRIAL DEMANDED** |
| HTC AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 15-cv-544-SLR-SRF |
| LENOVO GROUP LTD., | ) | |
| LENOVO (UNITED STATES) INC., and | ) | **JURY TRIAL DEMANDED** |
| MOTOROLA MOBILITY, | ) | |
| | ) | |
| Defendants. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-cv-545-SLR-SRF |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD. | ) | **JURY TRIAL DEMANDED** |
| and SAMSUNG ELECTRONICS | ) | |
| AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| EVOLVED WIRELESS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-cv-546-SLR-SRF |
| | ) |
| ZTE CORPORATION, ZTE (USA) INC., | ) **JURY TRIAL DEMANDED** |
| and ZTE SOLUTIONS INC., | ) |
| | ) |
| Defendants. | ) |

# JOINT MOTION FOR TELECONFERENCE
## TO RESOLVE PROTECTIVE ORDER DISPUTES

Plaintiff and Defendants respectfully move this Court to schedule a teleconference to address outstanding disputes regarding a proposed protective order.

In light of a previous communication with Chambers, the parties will provide submissions and present their respective positions consistent with the Court's Order Regarding Discovery Matters during a teleconference currently set for March 8, 2016 at 3:00 p.m.

Dated: March 2, 2016                                    Respectfully submitted,

FARNAN LLP                                              POTTER ANDERSON & CORROON LLP

/s/ Michael J. Farnan                                   /s/ Bindu A. Palapura
Brian E. Farnan (#4089)                                 David E. Moore (#3983)
Michael J. Farnan (#5165)                               Bindu A. Palapura (#5370)
919 North Market Street                                 Stephanie E. O'Byrne (#4446)
12th Floor                                              Hercules Plaza, 6th Floor
Wilmington, DE 19801                                    1313 N. Market Street
(302) 777-0300 (Telephone)                              Wilmington, DE 19801
(302) 777-0301 (Facsimile)                              Tel: (302) 984-6000
bfarnan@farnanlaw.com                                   dmoore@potteranderson.com
mfarnan@farnanlaw.com                                   bpalapura@potteranderson.com
                                                        sobyrne@potteranderson.com
*Counsel for Plaintiff*
*Evolved Wireless, LLC*                                 *Attorneys for Defendants Apple, Inc., Lenovo*
                                                        *Group Ltd., Lenovo (United States) Inc. and*
                                                        *Motorola Mobility LLC*

| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
|---|---|
| /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br><br>*Attorneys for Defendants HTC Corporation and HTC America, Inc.* | /s/ Karen E. Keller<br>John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Andrew E. Russell (#5382)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br><br>*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |

Richards, Layton & Finger, P.A.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Travis S. Hunter (#5350)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
farnan@rlf.com
hunter@rlf.com

*Attorneys for Defendant ZTE (USA) Inc.*