IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-545-SLR |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., | ) | |
| SAMSUNG ELECTRONICS AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SUBSEQUENT AUTHORITY**

Pursuant to L.R. 7.1.2(b), Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. submit this notice of subsequent authority in support of their pending Motion to Dismiss, (D.I. 11), to call to the Court's attention the recent order in *Bradium Technologies LLC v. Microsoft Corporation*, C.A. No. 15-031-RGA, D.I. 40 (D. Del. Feb. 2, 2016) (Exh. A). In *Bradium*, the Court granted a motion to dismiss willfulness and pre-complaint inducement and contributory infringement claims, holding that vague licensing letters were insufficient to show knowledge of the patents-in-suit or knowledge that the defendant's products allegedly infringed.

| | |
|---|---|
| OF COUNSEL:<br>Kevin P.B. Johnson<br>Victoria F. Maroulis<br>Todd M. Briggs<br>QUINN EMANUEL URQUHART &<br>  SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>(650) 801-5100<br><br>Dated: March 7, 2016 | */s/ Andrew E. Russell*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>*Attorneys for Defendants* |