**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>APPLE, INC.,<br><br>          Defendant. | C.A. No.15-cv-542-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |
| EVOLVED WIRELESS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>HTC CORPORATION, and HTC AMERICA, INC.,<br><br>          Defendants. | C.A. No.15-cv-543-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |
| EVOLVED WIRELESS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>LENOVO GROUP LTD.,<br>LENOVO (UNITED STATES) INC., and<br>MOTOROLA MOBILITY LLC,<br><br>          Defendants. | C.A. No.15-cv-544-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |
| EVOLVED WIRELESS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>          Defendants. | C.A. No.15-cv-545-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>                              Plaintiff,<br>     v.<br><br>ZTE CORPORATION, ZTE (USA) INC.,<br>AND<br>ZTE SOLUTIONS INC.<br><br>                              Defendants. | C.A. No.15-cv-546-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 17, 2016, a copy of Plaintiff Evolved Wireless's Second Set of Common Interrogatories (Nos. 8-9) was served on the following as indicated:

<u>Via Hand Delivery and E-Mail</u>
David E. Moore
Bindu A. Palapura
Stephanie E. O'Byrne
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendant Apple, Inc.*

<u>Via Hand Delivery and E-Mail</u>
Philip A. Rovner
Jonathan A. Choa
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendants HTC Corporation and HTC America, Inc.*

<u>Via E-Mail</u>
Michael D. Jay
Bill Ward, Ph.D.
Nandan R. Padmanabhan
Joseph E. Lasher
Steven Holtzman
BOIES, SCHILLER & FLEXNER LLP
mjay@bsfllp.com
bward@bsfllp.com
npadmanabhan@bsfllp.com
jlasher@bsfllp.com
sholtzman@bsfllp.com

*Attorneys for Defendant Apple, Inc.*

<u>Via E-Mail</u>
Stephen S. Korniczky
Martin R. Bader
Kayla E. Page
Nam H. Kim
Ericka J. Schulz
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
skorniczky@sheppardmullin.com
mbader@sheppardmullin.com
kpage@sheppardmullin.com
nkim@sheppardmullin.com
eschulz@sheppardmullin.com

Via Hand Delivery and E-Mail
David E. Moore
Bindu A. Palapura
Stephanie E. O'Byrne
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendants Lenovo (United States) Inc. and Motorola Mobility LLC*

Via Hand Delivery and E-Mail
John W. Shaw
Karen E. Keller
Andrew E. Russell
David M. Fry
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
dfry@shawkeller.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

*Attorneys for Defendants HTC Corporation and HTC America, Inc.*

Via E-Mail
Mitchell G. Stockwell
Richard W. Goldstucker
Taylor H. Ludlam
Akarsh P. Belagodu
KILPATRICK TOWNSEND AND STOCKTON LLP
Mstockwell@kilpatricktownsend.com
Rgoldstucker@kilpatricktownsend.com
Taludlam@kilpatricktownsend.com
ABelagodu@kilpatricktownsend.com

*Attorneys for Defendants Lenovo (United States) Inc. and Motorola Mobility LLC*

Via E-Mail
Kevin P.B. Johnson
Victoria F. Maroulis
Todd M. Briggs
Charles M. Stiernberg, Jr.
QUINN EMANUEL URQUHART & SULLIVAN, LLP
kevinjohnson@quinnemanuel.com
victoriamaroulis@quinnemanuel.com
toddbriggs@quinnemanuel.com
charliestiernberg@quinnemanuel.com

Rafik Paul Zeineddin
Zeineddin PLLC
paul@zeineddin.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

<u>Via Hand Delivery and E-Mail</u>
Kelly E. Farnan
Travis S. Hunter
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
farnan@rlf.com
hunter@rlf.com

*Attorneys for Defendant ZTE (USA) Inc.*

<u>Via E-Mail</u>
Jay H. Reiziss
Natalie A. Bennett
Charles M. McMahon
Hersh H. Mehta
McDermott Will & Emery
jreiziss@mwe.com
nbennett@mwe.com
cmcmahon@mwe.com
jmehta@mwe.com

*Attorneys for Defendant ZTE (USA) Inc.*

Dated: March 17, 2016

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Christopher K. Larus (admitted *pro hac vice*)
Ryan M. Schultz (admitted *pro hac vice*)
Andrew D. Hedden (admitted *pro hac vice*)
Benjamen C. Linden (admitted *pro hac vice*)
Ryan E. Dornberger (admitted *pro hac vice*)
Anthony F. Schlehuber (admitted *pro hac vice*)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
clarus@robinskaplan.com
rschultz@robinskaplan.com
ahedden@robinskaplan.com
blinden@robinskaplan.com
rdornberger@robinskaplan.com
aschlehuber@robinskaplan.com

Andrea L. Gothing (admitted *pro hac vice*)
**ROBINS KAPLAN LLP**
2440 W. El Camino Real, Suite 100
Mountain View, CA 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041
agothing@robinskaplan.com

**Counsel for Plaintiff Evolved Wireless, LLC**