IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVOLVED WIRELESS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 15-545-SLR-SRF |
| | ) |
| SAMSUNG ELECTRONICS CO., LTD. | ) |
| and SAMSUNG ELECTRONICS | ) |
| AMERICA, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 5th day of April, 2016, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on March 15, 2016, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 38) is adopted.

2. Defendants' motion to dismiss (D.I. 11) is granted and plaintiff's claims for willful infringement, pre-complaint inducement and pre-complaint contributory infringement are dismissed without prejudice.

United States District Judge