IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVOLVED WIRELESS LLC,<br><br>Plaintiff<br><br>v.<br><br>APPLE INC.,<br><br>Defendant | C.A. No. 15-542-SLR-SRF |
| EVOLVED WIRELESS LLC,<br><br>Plaintiff<br><br>v.<br><br>HTC CORPORATION et al,<br><br>Defendants | C.A. No. 15-543-SLR-SRF |
| EVOLVED WIRELESS LLC,<br><br>Plaintiff<br><br>v.<br><br>LENOVO GROUP LTD. et al,<br><br>Defendants | C.A. No. 15-544-SLR-SRF |

| | |
|---|---|
| EVOLVED WIRELESS LLC,<br><br>Plaintiff<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD. et al,<br><br>Defendants | C.A. No. 15-545-SLR-SRF |
| EVOLVED WIRELESS LLC,<br><br>Plaintiff<br><br>v.<br><br>ZTE CORPORATION et al,<br><br>Defendants | C.A. No. 15-546-SLR-SRF |
| EVOLVED WIRELESS LLC,<br><br>Plaintiff<br><br>v.<br><br>MICROSOFT CORPORATION et al,<br><br>Defendants | C.A. No. 15-547-SLR-SRF |

**ORDER**

Pursuant to Paragraph 1(e)(5) of the Scheduling Order issued on November 10, 2015 counsel for the parties and knowledgeable party representatives are to attend an in person Discovery Review Conference[1] with the court on **May 18, 2016** at **10:00 a.m.** in Courtroom 6C, to ensure discovery is being exchanged in good faith in accordance with the Scheduling Order. The Discovery Review Conference is scheduled to occur following plaintiffs' identification of accused products and asserted patents and defendants' production of core technical documents as set forth in the Scheduling Order.

Dated: 5/2/16

Sherry R. Fallon
UNITED STATES MAGISTRATE JUDGE

---

[1] No arguments or discovery dispute issues are to be raised during the Discovery Review Conference. For any fact discovery issues, the parties are directed to paragraph 8(a) of the Scheduling Order and Magistrate Judge Fallon's website for the "Order Regarding Discovery Matter" located in the "Forms" link.