**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15–cv–542–SLR-SRF |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Defendant. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15–cv–543–SLR-SRF |
| | ) | |
| HTC CORPORATION and | ) | |
| HTC AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 1:15–cv–544–SLR-SRF |
| LENOVO GROUP LTD., | ) | |
| LENOVO (UNITED STATES) INC., and | ) | |
| MOTOROLA MOBILITY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 15–cv–545–SLR-SRF |
| SAMSUNG ELECTRONICS CO., LTD. | ) | |
| and SAMSUNG ELECTRONICS | ) | |
| AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| EVOLVED WIRELESS, LLC,      ) <br>     ) <br>        Plaintiff,     ) <br>     ) <br>        v.     ) <br>     ) <br> ZTE CORPORATION, ZTE (USA) INC.,   ) <br> and ZTE SOLUTIONS INC.,     ) <br>     ) <br>        Defendants.     ) | C.A. No. 15–cv-546–SLR-SRF |
| EVOLVED WIRELESS, LLC,      ) <br>     ) <br>        Plaintiff,     ) <br>     ) <br>        v.     ) <br>     ) <br> MICROSOFT CORPORATION,     ) <br> MICROSOFT MOBILE OY and     ) <br> NOKIA INC.,     ) <br>     ) <br>        Defendants.     ) | C.A. No. 15–547–SLR–SRF |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Court's Scheduling Order, Plaintiff Evolved Wireless, LLC ("Evolved Wireless") and Defendants Apple Inc. ("Apple"); HTC Corporation and HTC America Inc. ("HTC"); Lenovo Group Ltd., Lenovo (United States) Inc., and Motorola Mobility LLC ("Lenovo"); Samsung Electronics Co. Ltd. and Samsung Electronics America Inc. ("Samsung"); ZTE (USA) Inc. ("ZTE"); and Microsoft Corporation, Microsoft Mobile Oy, and Microsoft Mobile Inc. (f/k/a "Nokia Inc.") ("Microsoft") (collectively, "Defendants") hereby provide this Joint Claim Construction Statement for the asserted claims of U.S. Patent Nos. 7,746,916 ("'916 Patent"), 7,768,965 ("'965 Patent"), 7,809,373 ("'373 Patent"), 7,881,236 ("'236 Patent"), 8,218,481 ("'481 Patent"). Exhibit A hereto identifies the disputed terms and each party's proposed construction for each term. As discovery is ongoing, the parties reserve the right to

supplement, modify, and/or amend these claim constructions.

Dated: May 17, 2016

Respectfully submitted,

FARNAN LLP

*Of Counsel*:

Christopher K. Larus (admitted pro hac vice)
Ryan M. Schultz (admitted pro hac vice)
Andrew D. Hedden (admitted pro hac vice)
Benjamen C. Linden (admitted pro hac vice)
Ryan E. Dornberger (admitted pro hac vice)
Anthony F. Schlehuber (admitted pro hac vice)
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
clarus@robinskaplan.com
rschultz@robinskaplan.com
ahedden@robinskaplan.com
blinden@robinskaplan.com
rdornberger@robinskaplan.com
aschlehuber@robinskaplan.com

Andrea L. Gothing (admitted *pro hac vice*)
Robins Kaplan LLP
2440 W. El Camino Real, Suite 100
Mountain View, CA 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041
agothing@robinskaplan.com

/s/ *Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

PHILLIPS GOLDMAN McLAUGHLIN &
HALL, P.A.

/s/ *David A. Bilson*
John C. Phillips, Jr. (No. 110)
David A. Bilson (No. 4986)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

**Counsel for Plaintiff Evolved Wireless, LLC**

POTTER ANDERSON & CORROON LLP

OF COUNSEL:
Michael D. Jay
Bill Ward
Joseph E. Lasher
Nandan Padmanabhan
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401

By:   /s/ *David E. Moore*
        David E. Moore (#3983)
        Bindu A. Palapura (#5370)
        Stephanie E. O'Byrne (#4446)
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        Wilmington, DE  19801
        (302) 984-6000

Tel: (310) 752-2400

Steven C. Holtzman
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000


OF COUNSEL:
Stephen S. Korniczky
Martin R. Bader
Ericka J. Schulz
Kayla Page
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
12275 El Camino Real
Suite 200
San Diego, CA 92130
(858) 720-8900


OF COUNSEL:
Mitchell G. Stockwell
Richard W. Goldstucker
KILPATRICK TOWNSEND AND
    STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Tel: (404) 815-6500

Taylor H. Ludlam
KILPATRICK TOWNSEND AND
    STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Tel: (919) 420-1700

Akarsh P. Belagodu
KILPATRICK TOWNSEND AND
    STOCKTON LLP
607 14th Street, NW, Suite 900
Washington, DC 20005
Tel: (202) 508-5800

dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Counsel for Defendant Apple Inc.*


POTTER ANDERSON & CORROON LLP

By:    /s/ *Philip A. Rovner*
          Philip A. Rovner (#3215)
          Jonathan A. Choa (#5319)
          Hercules Plaza
          P.O. Box 951Wilmington, Delaware 19899
          (302) 984-6000

*Counsel for Defendants HTC Corporation and
HTC America, Inc.*


POTTER ANDERSON & CORROON LLP

By:    /s/ *David E. Moore*
          David E. Moore (#3983)
          Bindu A. Palapura (#5370)
          Stephanie E. O'Byrne (#4446)
          Hercules Plaza, 6th Floor
          1313 N. Market Street
          Wilmington, DE  19801
          (302) 984-6000
          dmoore@potteranderson.com
          bpalapura@potteranderson.com
          sobyrne@potteranderson.com

*Counsel for Defendants Lenovo Group Ltd., Lenovo
(United States) Inc., and Motorola Mobility.*

SHAW KELLER LLP

OF COUNSEL:                                    By:     */s/ Andrew E. Russell*
Kevin P.B. Johnson                                     John W. Shaw (No. 3362)
Victoria F. Maroulis                                   Karen E. Keller (No. 4489)
Todd M. Briggs                                         Andrew E. Russell (No. 5382)
Charles M. Stiernberg                                  David M. Fry (No. 5486)
QUINN EMANUEL URQUHART &                               300 Delaware Avenue, Suite 1120
SULLIVAN, LLP                                          Wilmington, DE 19801
555 Twin Dolphin Dr., 5th Floor                        (302) 298-0700
Redwood Shores, CA 94065                               jshaw@shawkeller.com
(650) 801-5100

                                               *Counsel for Samsung Electronics Co., Ltd. and*
                                               *Samsung Electronics America, Inc.*


                                               RICHARDS, LAYTON & FINGER, P.A.

OF COUNSEL:                                    By:     */s/ Kelly E. Farnan*
Jay H. Reiziss                                         Kelly E. Farnan (#4395)
Natalie A. Bennett                                     Farnan@rlf.com
MCDERMOTT WILL & EMERY LLP                             Travis S. Hunter (#5350)
500 North Capitol Street, N.W.                         Hunter@rlf.com
Washington, D.C. 20001                                 920 N. King Street
(202) 756-8000                                         Wilmington, Delaware 19801
                                                       (302) 651-7700
Charles M. McMahon
Hersh H. Mehta                                 *Counsel for Defendant ZTE (USA) Inc.*
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606
(312) 372-2000


                                               MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:                                    By:     */s/ Rodger D. Smith II*
Richard A. Cederoth                                    Rodger D. Smith II (#3778)
SIDLEY AUSTIN LLP                                      Jeremy A. Tigan (#5239)
One South Dearborn Street                              1201 North Market Street
Chicago, IL 60603                                      P.O. Box 1347
(312) 853-7000                                         Wilmington, DE 19801
                                                       (302) 658-9200
Ellen S. Robbins                                       rsmith@mnat.com
SIDLEY AUSTIN LLP                                      jtigan@mnat.com

555 West Fifth Street
Los Angeles, CA 90013
(213) 896-6000

Joseph A. Micallef
Anna M. Weinberg
Wonjoo Suh
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000

*Counsel for Microsoft Corporation, Microsoft Mobile Oy, and Microsoft Mobile Inc. (f/k/a Nokia Inc.)*