# EXHIBIT 6

User Guide

Samsung GALAXY S5

# Samsung GALAXY S5®

## ANDROID SMARTPHONE

### User Manual

**Please read this manual before operating your phone and keep it for future reference.**

GH68-40785A_Rev1.1 Printed in China



SAMSUNG

**Warning!** This product contains chemicals known to the State of California to cause cancer and reproductive toxicity.

## Intellectual Property

All Intellectual Property, as defined below, owned by or which is otherwise the property of Samsung or its respective suppliers relating to the SAMSUNG Phone, including but not limited to, accessories, parts, or software relating there to (the "Phone System"), is proprietary to Samsung and protected under federal laws, state laws, and international treaty provisions. Intellectual Property includes, but is not limited to, inventions (patentable or unpatentable), patents, trade secrets, copyrights, software, computer programs, and related documentation and other works of authorship. You may not infringe or otherwise violate the rights secured by the Intellectual Property. Moreover, you agree that you will not (and will not attempt to) modify, prepare derivative works of, reverse engineer, decompile, disassemble, or otherwise attempt to create source code from the software. No title to or ownership in the Intellectual Property is transferred to you. All applicable rights of the Intellectual Property shall remain with SAMSUNG and its suppliers.

### Open Source Software

Some software components of this product, including but not limited to 'PowerTOP' and 'e2fsprogs', incorporate source code covered under GNU General Public License (GPL), GNU Lesser General Public License (LGPL), OpenSSL License, BSD License and other open source licenses. To obtain the source code covered under the open source licenses, please visit:

http://opensource.samsung.com.

VZW_SM-G900V_UM_Eng_NBN_TE_053014_F5

# Disclaimer of Warranties; Exclusion of Liability

EXCEPT AS SET FORTH IN THE EXPRESS WARRANTY CONTAINED ON THE WARRANTY PAGE ENCLOSED WITH THE PRODUCT, THE PURCHASER TAKES THE PRODUCT "AS IS", AND SAMSUNG MAKES NO EXPRESS OR IMPLIED WARRANTY OF ANY KIND WHATSOEVER WITH RESPECT TO THE PRODUCT, INCLUDING BUT NOT LIMITED TO THE MERCHANTABILITY OF THE PRODUCT OR ITS FITNESS FOR ANY PARTICULAR PURPOSE OR USE; THE DESIGN, CONDITION OR QUALITY OF THE PRODUCT; THE PERFORMANCE OF THE PRODUCT; THE WORKMANSHIP OF THE PRODUCT OR THE COMPONENTS CONTAINED THEREIN; OR COMPLIANCE OF THE PRODUCT WITH THE REQUIREMENTS OF ANY LAW, RULE, SPECIFICATION OR CONTRACT PERTAINING THERETO. NOTHING CONTAINED IN THE INSTRUCTION MANUAL SHALL BE CONSTRUED TO CREATE AN EXPRESS OR IMPLIED WARRANTY OF ANY KIND WHATSOEVER WITH RESPECT TO THE PRODUCT. IN ADDITION, SAMSUNG SHALL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND RESULTING FROM THE PURCHASE OR USE OF THE PRODUCT OR ARISING FROM THE BREACH OF THE EXPRESS WARRANTY, INCLUDING INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES, OR LOSS OF ANTICIPATED PROFITS OR BENEFITS.

**Modification of Software**

SAMSUNG IS NOT LIABLE FOR PERFORMANCE ISSUES OR INCOMPATIBILITIES CAUSED BY YOUR EDITING OF REGISTRY SETTINGS, OR YOUR MODIFICATION OF OPERATING SYSTEM SOFTWARE.

USING CUSTOM OPERATING SYSTEM SOFTWARE MAY CAUSE YOUR DEVICE AND APPLICATIONS TO WORK IMPROPERLY. YOUR CARRIER MAY NOT PERMIT USERS TO DOWNLOAD CERTAIN SOFTWARE, SUCH AS CUSTOM OS.

IF YOUR CARRIER PROHIBITS THIS, IF YOU ATTEMPT TO DOWNLOAD SOFTWARE ONTO THE DEVICE WITHOUT AUTHORIZATION, YOU WILL BE NOTIFIED ON THE SCREEN THAT THE PHONE WILL NO LONGER OPERATE AND BE INSTRUCTED TO POWER DOWN THE DEVICE. YOU MUST THEN CONTACT YOUR CARRIER TO RESTORE THE DEVICE TO THE CARRIER AUTHORIZED SETTINGS.

**SAFE™ (Samsung Approved For Enterprise)**

SAFE™. "SAFE™" (Samsung for Enterprise) is a mark for a Samsung device which has been tested against Samsung's own internal criteria for interoperability with certain third party security-related solutions for MDM and VPN. The testing includes field testing with local network connection and menu tree testing which tests functionality of the solutions in conjunction with the Samsung device. During the testing, the device is tested with the security solutions to see if the solutions work with the device as described by the third party security solution providers. The testing, for example, includes field testing with local network connection and menu tree testing which tests functionality of the solutions in conjunction with the Samsung device. For more information about Samsung's SAFE™ program, please refer to www.samsung.com/us/safe.

Disclaimer of Warranties:  EXCEPT AS OTHERWISE PROVIDED IN THEIR STANDARD END USER LICENSE AND WARRANTY, TO THE FULL EXTENT PERMITTED BY LAW SAMSUNG ELECTRONICS CO., LTD., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, AND THEIR AFFILIATES (COLLECTIVELY REFERRED TO HEREIN AS THE "SAMSUNG ENTITIES") EXPRESSLY DISCLAIM ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, INTEROPERABILITY OR NON-INFRINGEMENT, WITH RESPECT TO INFORMATION TECHNOLOGY SECURITY PROTECTION, SAFE™ DEVICES AND APPLICATIONS TESTED WITH SAFE™ DEVICES. IN NO EVENT SHALL THE SAMSUNG ENTITIES BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES OF ANY KIND WHATSOEVER WITH RESPECT TO INFORMATION TECHNOLOGY SECURITY PROTECTION, SAFE™ DEVICES OR APPLICATIONS TESTED WITH SAFE™ DEVICES. In addition, information technology security protection will be affected by features or functionality associated with, among other things the e-mail platform, master data management, and virtual private network solutions selected by the software provider, solution provider or user. Choice of an e-mail, master data management, and virtual private network solution is at the sole discretion of the software provider, solution provider or user and any associated effect on information technology security protection is solely the responsibility of the software provider, solution provider or user. For complete statement of limited warranty, please refer to www.samsung.com/us/safe, available on the web and where Samsung smartphones and mobile devices are sold. [051214]

# Samsung Telecommunications America (STA), LLC

Headquarters:

1301 E. Lookout Drive

Richardson, TX 75082

Customer Care Center:

1000 Klein Rd.

Plano, TX 75074

Toll Free Tel: 1.888.987.HELP (4357)

Internet Address:

www.samsung.com

©2014 Samsung Telecommunications America, LLC. Samsung is a registered trademark of Samsung Electronics Co., Ltd.

Do you have questions about your Samsung Mobile Phone?

For 24 hour information and assistance, we offer a new FAQ/ARS System (Automated Response System) at:

www.samsung.com/us/support

The actual available capacity of the internal memory is less than the specified capacity because the operating system and default applications occupy part of the memory. The available capacity may change when you upgrade the device.

Google, the Google logo, Android, the Android logo, Google Play, Gmail, Google Mail, Google Maps, Google Music, Google Talk, Hangouts, Picasa, YouTube and other marks are trademarks of Google Inc.

©Samsung Telecommunications America, LLC ("Samsung"). Samsung, Galaxy S, S Health and Super AMOLED are all trademarks of Samsung Electronics Co., Ltd. and/or its related entities. Other company names, product names and marks mentioned herein are the property of their respective owners and may be trademarks or registered trademarks. Appearance of device may vary.

©Verizon Wireless. Verizon Wireless and the Verizon Wireless logos are trademarks of Verizon Trademark Services LLC. All company names, trademarks, logos and copyrights not property of Verizon Wireless are the property of their respective owners.

# Table of Contents

**Section 1:  Getting Started** ......... **5**

Understanding this User Manual . . . . . . . . . . . . 5

Setting Up Your device . . . . . . . . . . . . . . . . . . 7

Turning Your Phone On and Off . . . . . . . . . . . 11

Smart Switch . . . . . . . . . . . . . . . . . . . . . . . . . 12

Your Google Account . . . . . . . . . . . . . . . . . . . 12

Your Samsung Account . . . . . . . . . . . . . . . . . . 12

Setup Wizard . . . . . . . . . . . . . . . . . . . . . . . . . 13

Help . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Your Phone Number . . . . . . . . . . . . . . . . . . . . 13

Voice Mail . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Securing Your Device . . . . . . . . . . . . . . . . . . . 14

**Section 2:  Understanding Your Device** .... **15**

Features . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Front View . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Back View . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Features . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Home Screen . . . . . . . . . . . . . . . . . . . . . . . . . 21

Entering Text . . . . . . . . . . . . . . . . . . . . . . . . . 27

Using the Samsung Keyboard . . . . . . . . . . . . . 28

**Section 3:  Contacts and Accounts** ........ **30**

Accounts . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

Contacts . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

**Section 4:  Calling** .................... **38**

Making a Call . . . . . . . . . . . . . . . . . . . . . . . . . 38

Receiving Phone Calls . . . . . . . . . . . . . . . . . . . 40

Ending a Call . . . . . . . . . . . . . . . . . . . . . . . . . 42

Calling Options . . . . . . . . . . . . . . . . . . . . . . . . 42

Voicemail . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

Visual Voicemail . . . . . . . . . . . . . . . . . . . . . . . 44

Recent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

Call Settings . . . . . . . . . . . . . . . . . . . . . . . . . . 47

**Section 5:  Messaging** ................. **48**

Messages . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

Message + . . . . . . . . . . . . . . . . . . . . . . . . . . . 51

**Section 6:  Applications** ............... **53**

Managing Applications . . . . . . . . . . . . . . . . . . 53

Accessories . . . . . . . . . . . . . . . . . . . . . . . . . . 54

1

Amazon . . . . . . . . . . . . . . . . . . 54
Amazon Kindle . . . . . . . . . . . . . 55
Amazon MP3 . . . . . . . . . . . . . . 55
Amazon Appstore . . . . . . . . . . . 55
Audible . . . . . . . . . . . . . . . . . . 55
Calculator . . . . . . . . . . . . . . . . 55
Calendar . . . . . . . . . . . . . . . . . 55
Caller Name ID . . . . . . . . . . . . . 57
Camera . . . . . . . . . . . . . . . . . . 58
Chrome . . . . . . . . . . . . . . . . . . 63
Clock . . . . . . . . . . . . . . . . . . . 63
Cloud . . . . . . . . . . . . . . . . . . . 64
Contacts . . . . . . . . . . . . . . . . . 64
Drive . . . . . . . . . . . . . . . . . . . 64
Email . . . . . . . . . . . . . . . . . . . 65
Emergency Alerts . . . . . . . . . . . 68
Flipboard . . . . . . . . . . . . . . . . . 69
Gallery . . . . . . . . . . . . . . . . . . 69
Gmail . . . . . . . . . . . . . . . . . . . 72
Google . . . . . . . . . . . . . . . . . . 72
Google Settings . . . . . . . . . . . . 73
Google+ . . . . . . . . . . . . . . . . . 73

Hangouts . . . . . . . . . . . . . . . . . 73
Help . . . . . . . . . . . . . . . . . . . . 73
IMDb . . . . . . . . . . . . . . . . . . . 73
Isis Mobile Wallet . . . . . . . . . . . 74
Maps . . . . . . . . . . . . . . . . . . . 74
Memo . . . . . . . . . . . . . . . . . . . 75
Message + . . . . . . . . . . . . . . . . 75
Messages . . . . . . . . . . . . . . . . 75
Music . . . . . . . . . . . . . . . . . . . 76
My Files . . . . . . . . . . . . . . . . . 77
My Verizon Mobile . . . . . . . . . . . 77
NFL Mobile . . . . . . . . . . . . . . . 77
Phone . . . . . . . . . . . . . . . . . . . 77
Photos . . . . . . . . . . . . . . . . . . 78
Play Books . . . . . . . . . . . . . . . . 78
Play Games . . . . . . . . . . . . . . . 78
Play Movies & TV . . . . . . . . . . . 78
Play Music . . . . . . . . . . . . . . . . 79
Play Newsstand . . . . . . . . . . . . 79
Play Store . . . . . . . . . . . . . . . . 79
POLARIS Office 5 . . . . . . . . . . . 79
S Health . . . . . . . . . . . . . . . . . 79

2

S Voice . . . . . . . . . . . . . . . . . . . 81
Settings . . . . . . . . . . . . . . . . . . 81
Setup Wizard . . . . . . . . . . . . . 81
Slacker . . . . . . . . . . . . . . . . . . 81
Smart Remote . . . . . . . . . . . . 82
Task Manager . . . . . . . . . . . . 84
Video . . . . . . . . . . . . . . . . . . . 84
Voice Recorder . . . . . . . . . . . 85
Voice Search . . . . . . . . . . . . . 85
VZ Navigator . . . . . . . . . . . . . 85
YouTube . . . . . . . . . . . . . . . . 85
**Section 7:  Connections** ············· **86**
PC Connections . . . . . . . . . . 86
Wi-Fi . . . . . . . . . . . . . . . . . . . 87
NFC . . . . . . . . . . . . . . . . . . . 88
Bluetooth . . . . . . . . . . . . . . . 89
Tethering . . . . . . . . . . . . . . . . 91
Mobile Hotspot . . . . . . . . . . . 92
VPN . . . . . . . . . . . . . . . . . . . 93
**Section 8:  Settings** ················· **94**
Accessing Settings . . . . . . . . 94
Airplane Mode . . . . . . . . . . . . 94

Wi-Fi . . . . . . . . . . . . . . . . . . . 95
Bluetooth Settings . . . . . . . . 96
Data Usage Settings . . . . . . 97
More Networks Settings . . . . 98
Sound Settings . . . . . . . . . . 104
Display Settings . . . . . . . . . 110
Lock Screen Settings . . . . . 113
Multi Window Settings . . . . . 118
Notification Panel Settings . . 119
Toolbox . . . . . . . . . . . . . . . . 119
One-handed Operation Settings . . 119
Storage Settings . . . . . . . . . 120
Battery Settings . . . . . . . . . . 120
Power Saving Mode Settings . . 120
Applications Settings . . . . . . 121
Easy Mode . . . . . . . . . . . . . 134
Blocking Mode . . . . . . . . . . 134
Private Mode . . . . . . . . . . . . 135
Location Settings . . . . . . . . 136
Security Settings . . . . . . . . . 137
Fingerprint Settings . . . . . . . 140
Language and Input Settings . . 140

Backup and Reset Settings . . . . . . . . . . . . . . . 147
Motions and Gestures Settings  . . . . . . . . . . . 148
Air View Settings . . . . . . . . . . . . . . . . . . . . . . 149
Accounts Settings . . . . . . . . . . . . . . . . . . . . . 149
Date and Time Settings . . . . . . . . . . . . . . . . . 150
Accessibility Settings . . . . . . . . . . . . . . . . . . 150
Help . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 157
Software Update . . . . . . . . . . . . . . . . . . . . . . 158

**Index** . . . . . . . . . . . . . . . . . . . . . . . . . . . . **159**

# Section 1: Getting Started

## Understanding this User Manual

The sections of this manual generally follow the features of your device. A robust index for features begins on page 159.

This manual gives navigation instructions according to the default display settings. If you select other settings, navigation steps may be different.

Unless otherwise specified, all instructions in this manual assume that you are starting from the home screen. To get to the home screen, you may need to unlock the device. For more information, see *"Securing Your Device"* on page 14.

**Note:** Instructions in this manual are based on default settings, and may vary from your device, depending on the software version on your device, and any changes to the device's Settings.

Unless stated otherwise, instructions in this User Manual start with the device unlocked, at the Home screen.

All screen images in this manual are simulated. Actual displays may vary, depending on the software version of your device and any changes to the device's Settings.

## Special Text

In this manual, you'll find text that is set apart from the rest. These are intended to point out important information, share quick methods for activating features, to define terms, and more. The definitions for these methods are as follows:

● **Notes**: Presents alternative options for the current feature or menu.

● **Tips**: Provides quick or innovative methods, or useful shortcuts.

● **Important**: Points out important information about the current feature that could affect performance.

● **Warning**: Brings to your attention important information to prevent loss of data or functionality, or even prevent damage to your device.

## Text Conventions

This manual provides condensed information about how to use your device. To make this possible, the following text conventions are used to represent frequently-used steps:

➔   Arrows are used to represent the sequence of selecting successive options in procedures. For example:

"From the Home screen, touch ▦ **Apps** ➔ ⚙ **Settings** ➔ **Wi-Fi.**"

Many settings use an On/Off switch. Touch the On/Off switch to turn a setting On or Off. This graphic is used to represent the On/Off switch.



6

# Setting Up Your device

Install the 4G LTE SIM (Subscriber Identity Module) card, battery, and an optional memory card (if desired, not included), and then charge the battery to begin using your device.

## Back Cover

The battery, SIM card, and optional memory card are installed under a removable cover on the back of the device.



**Removing the battery cover**

■ Pull up using the slot provided, while lifting the cover off the device.

**Installing the battery cover**

■ Align the cover and press it firmly into place, making sure it snaps into place.

**Important!** Ensure that the back cover and the multipurpose jack cover are closed tightly to prevent water and dust entering the device. Open or loose covers may allow water and dust to enter the device and cause damage.

## SIM Card

Your device uses a 4G LTE SIM (Subscriber Identity Module). The 4G LTE SIM is a small, rectangular plastic card that stores your phone number and information about your wireless service.

If you purchased your device at a Verizon Wireless store, the SIM card is activated and ready to use. If you ordered a new device, the card may need to be activated before you can use it. For more information about activating the SIM card, visit: http://www.verizonwireless.com/4GSIM.

**Caution!** Turn the device off before installing or removing the SIM card. Do not bend or scratch the SIM card. Take care when handling, installing, or removing the SIM card, and avoid exposing the SIM card to static electricity, water, or dirt. Keep the SIM card out of reach of small children.



### Installing the 4G LTE SIM Card

1. Turn off the device, then remove the back cover.
2. With the Verizon Wireless logo facing up, carefully slide the SIM Card into the slot.
3. Install the back cover.

### Removing the 4G LTE SIM Card

1. Turn off the device, then remove the back cover.
2. Using your finger, slide the SIM card out of the slot.
3. Install the back cover.

**Important!** Ensure that the back cover and the multipurpose jack cover are closed tightly to prevent water and dust entering the device. Open or loose covers may allow water and dust to enter the device and cause damage.

8



## *Battery*

Your device is powered by a rechargeable, standard Li-Ion battery. A Charging Head and USB cable is included with the device, for charging the battery.

The battery comes partially charged. You must fully charge the battery before using your device for the first time. A fully discharged battery requires up to 4 hours of charge time. After the first charge, you can use the device while charging.

**Warning!** Use only Samsung-approved charging devices and batteries. Samsung accessories are designed to maximize battery life. Using other accessories may invalidate your warranty and may cause damage.

## Battery Indicator

The battery icon ▮ in the Status Bar shows battery power level. Before the battery becomes too low to operate, the battery icon flashes and a tone plays. If you continue using the device without charging, the device will power off.

### Installing the battery

1. Remove the battery cover.
2. Insert the battery into the device, aligning the gold contacts on the battery with the gold contacts in the device.
3. Replace the battery cover.

### Removing the Battery

1. Remove the battery cover.
2. Lift the battery up and out of the device, using the slot provided.
3. Replace the battery cover.

Getting Started    9

## Memory Card

Your device supports optional, removable, microSD™ or microSDHC™ memory cards of up to 128GB capacity (not included), for storage of music, pictures, and other files.



## Installing a Memory Card

1. Remove the back cover.

2. With the gold contacts facing down, slide the memory card into the slot, pushing gently until it locks into place.

3. Install the back cover.

## Charging the Battery

Your device comes with a Charging Head and USB cable to charge your device from any standard outlet.

1. Insert the USB cable into the port.



2. Connect the USB cable to the charging head, then plug the charging head into a standard AC power outlet.

3. When charging is complete, unplug the charging head from the power outlet and remove the USB cable from the device.

# Turning Your Phone On and Off

**Turning the Device On**

■ Press and hold the **Power/Lock Key** until the device vibrates and starts up.

**Turning the Device Off**

1. Press and hold the **Power/Lock Key** until the device vibrates and the Device Options menu displays.

2. At the prompt, tap **Power off**, and then tap **OK**.

## Removing a Memory Card

**Important!** To prevent damage to data stored on the memory card, unmount the card before removing it from the device.

1. From the Home screen, touch ▦ **Apps** → ⚙ **Settings** → **Storage** → **Unmount SD card**.

2. At the prompt, read the warning and select **OK** to continue. Wait for **SD card safe to remove** to appear in the Status bar and Notifications.

3. Remove the back cover.

4. Using your finger, gently slide the card out of the slot.

5. Install the back cover.

## Smart Switch

Now you have nothing to lose. Easily transfer your photos, videos, music, apps and more from your old device to your new phone.

Get started today at www.samsungsmartswitch.com

## Your Google Account

Your new device uses your Google account to fully utilize its Android features, including Gmail, Google Talk and the Play Store. When you turn on your device for the first time, set up a connection with your existing Google account, or create a new Google account.

To create a Google account, or set up your Google account on your device, use Accounts settings.  For more information, see "Accounts Settings" on page 149.

■  From the Home screen, touch ▦ **Apps** →
   ⚙ **Settings → Accounts**.

## Your Samsung Account

Create a Samsung account, for access to Samsung content and apps on your device.

To create a Google account, or set up your Google account on your device, use Accounts settings. For more information, see "Accounts Settings" on page 149.

■  From the Home screen, touch ▦ **Apps** →
   ⚙ **Settings → Accounts**.

12

## Setup Wizard

The first time you turn your device on, Setup Wizard will guide you through the basics of setting up your device.

Follow the prompts to choose a default language, set up accounts, choose location services, and learn more about your device.

You can also use the Setup Wizard to quickly configure your device at any time.

■ From the Home screen, touch ▦ **Apps →** 🖌 **Setup Wizard.**

## Help

Get information about using your device, including videos, useful tips, and other information.

■ From the Home screen, touch ▦ **Apps →** ❓ **Help.**

## Your Phone Number

■ From the Home screen, touch ▦ **Apps →** ⚙ **Settings → About phone → Status → My phone number.**

## Voice Mail

All unanswered calls to your device are sent to voicemail, even if your device is turned off, so you'll want to set up your voicemail and personal greeting as soon as you activate your device.

For more information, see *"From the Home screen, tap Apps > Voice Search. Visual Voicemail"* on page 85.

# Securing Your Device

Use your device's screen lock features to secure your device.

**Note:** Unless stated otherwise, instructions in this User Manual start with the device unlocked, at the Home screen.

To set a personal screen lock, use the Screen lock option. For more information, see *"Lock Screen Settings"* on page 113.

## Locking the Device

■ By default, the device locks automatically when the screen times out.

– or –

Press the **Power/Lock Key**.

## Unlocking the Device

Unlock the device using one of the default unlock screens, or use Screen lock options for increased security.

■ Press the **Power/Lock Key**, then touch and drag your finger across the screen.

14

# Section 2: Understanding Your Device

## Features

• 5.1" Full HD sAMOLED (1080x1920) display, 432 ppi

• Android 4.4 KitKat

• Memory:

   – Internal: 16GB (The actual available capacity of the internal memory is less than the specified capacity because the operating system and default applications occupy part of the memory. The available capacity may change when you upgrade the device.)

   – Memory card: Up to 128GB

• Camera:

   – Main (rear): 16MP Auto Focus with LED flash, Front: 2MP

• Features:

   – Use two apps simultaneously with the Multi Window feature

   – Replace your TV remote control with Smart Remote

   – Use Polaris Office with your Microsoft Office documents while on the go

   – Amazon Suite offers a variety of multimedia and shopping experiences

   – Use Ultra Power Saving Mode to turn the Galaxy S® 5 screen to black and white and shut off nonessential apps, so you get the maximum battery life for your device

   – Unlock your phone with the touch of a finger with Fingerprint Scanner on the home button

   – Built-in heart monitor allows you to record your heart rate when working out

   – S Health lets you track your steps, challenge friends, earn medals and get on-demand nutrition advice

   – Dustproof and water-resistant (IP67 rating), the device is engineered to withstand the rigors of everyday life

• Connectivity:

   – Wi-Fi 802.11 a/b/g/n/ac (2.4 GHz/5GHz), MIMO

   – Wi-Fi Direct

   – Mobile Hotspot

   – Bluetooth 4.0 LE

   – DLNA

   – MHL 2.1

   – USB 2.0 and 3.0

   – 3.5mm Headset Port

# Front View



Proximity and Light Sensors

Front Camera

Power/Lock Key

Earpiece

LED Indicator

Volume Key

Home Key / Finger Print Scanner

Back Key

Recent Key

- **LED indicator**: Glows or blinks in different colors to show status when the screen is turned off. The LED glows red when charging, and blinks red when the battery is low; blue when there's a new notification, or when you are recording voice with the screen turned off; and glows green when the battery is fully charged and the phone is attached to a charger.

- **Earpiece**: Lets you hear the caller during calls.

- **Light Sensor**: Detects the ambient light level, such as when setting screen brightness when automatic brightness is enabled, and when using the Camera.

- **Proximity and Gesture Sensors**: Detects the presence of objects near the phone. For example, while talking on the phone the sensor detects when it's near your ear and turns off the screen to prevent accidental key presses.

- **Front Camera**: Allows you to take pictures and videos of yourself.

- **Power/Lock Key**: Press and hold to turn the phone on or off, or press to lock or wake up the screen. Press and hold for a menu, to turn the phone off or restart it, or for easy access to Airplane or Emergency Mode, and to Mute, Vibrate, and Sound modes.

- **Back Key**: Touch to return to the previous screen, or close a dialog box, menu, the Notification panel, or onscreen keyboard.

- **Home/Finger Print Scanner**: Touch to return to the home screen.Press and hold to launch Google search. Activate the Fingerprint security feature to use as a fingerprint reader.

- **Recent Apps**: Touch to display recent apps, or touch and hold for home screen options.

16

- **Volume:** Press to adjust the volume of your phone's sounds. From the home screen, press to adjust master volume. During calls or playback, press to adjust volume. Press to mute the ringtone of an incoming call.

## Back View



Microphone

Infrared Transmitter

Heart Rate Sensor

3.5mm Headset Jack

Camera

Flash

Speaker

USB / Accessory Port

Microphone

- **3.5 mm Headset Jack:** Allows you to plug in either a stereo headset or an optional headset for convenient, hands-free conversations.
- **Microphones:** Allow other callers to hear you when you are using the speakerphone, and captures sound during recording.
- **Infrared transmitter:** Allows you to control other devices, such as a TV.
- **Heart rate sensor:** Hold your finger over the sensor to measure heart rate, for use with apps like S Health.
- **USB Charger/Accessory Port:** Allows you to connect the phone charger/USB cable (included) and other optional accessories (not included).
- **Speaker:** Plays ringtones and sounds. The speaker also lets you hear the caller's voice in speakerphone mode.
- **Flash:** Helps illuminate subjects in low-light environments when the camera is focusing and capturing a photo or video.
- **Camera:** Lets you take pictures and record videos.

Understanding Your Device     17

# Features

## *Motions and Gestures*

Control your phone by making specific gestures with your hand above the phone's screen.

### Enable Motions and Gestures

■ From the Home screen, tap ▦ **Apps → ◉ Settings → Motions and gestures.**

• **Air browse**: When on, you can scroll through pages, or move to the previous or next item, by moving your hand up and down, or left and right, over the screen.

• **Direct call**: When on, you can call the contact whose recent call log, message, or contact details are displayed by lifting the phone to your ear.

• **Smart alert**: When on, your phone will vibrate to alert you to missed calls and notifications that occurred since the last time you picked up your phone.

• **Mute/pause**: When on, you can mute incoming calls and pause playback by turning the phone screen-side down, or by covering the screen with your hand. You can also use Smart pause, to have the phone pause video playback when you look away from the screen.

• **Palm swipe to capture screen**: When on, you can create a copy of the current screen by swiping the side of your hand across the screen, from left to right or right to left. The screen shot is saved to the clipboard, and to the Screenshots folder.

## *Air View*

Air view allows you to hover your finger over items on the screen to display more information.

• **Information preview**: Hover over items to display information previews, extended text, or enlarged images, depending on the type of item.

### Configure Air View

Enable Air view features, and learn about using them.

■ From the Home screen, tap ▦ **Apps → ◉ Settings → Air view.**

18

## Multi Window

Multi window allows you to use two apps on the same screen, in separate, resizable windows. You can copy text, or a screenshot from one window to the other.

### Turn Multi Window On or Off

Turn Multi window on or off in Settings.

1. From the Home screen, tap ▦ **Apps → ⚙ Settings → Multi window.**

2. Tap the **ON/OFF** switch beside Multi window to enable or disable the option.

### Display Multi Window

After you turn Multi window on in Settings, you can control whether the Multi window tray tab displays on the screen, for easy access to its features.

By default, the Multi window tray tab displays on the left side of the screen. You can drag the tab along the side of the screen, or tap the tab to open Multi Window, and then drag Multi window to the right side of the screen, or the bottom.

■ To display the Multi window tab, touch and hold the ⤺ **Back Key**.

## Work With Multi Window

After enabling Multi Window, you can use it to run two apps at the same time.

The apps display together on a split screen. You can switch between the apps, adjust the size of their display on the screen, and copy information from one app to the other.

1. Tap the Multi window tab to display the tray, and then drag apps to the windows.

2. You can also use these Multi window options:

- **Adjust the Size of Apps in Multi Window:** Drag the border between the windows to a new position.

- **Toolbar:** Tap the circle at the center of the border between the windows to display the Multi window toolbar:



Switch window positions

Drag text or a screenshot

Close a window

— **Switch window positions:** Switches the position of the app windows on the screen.

— **Drag text or a screenshot**: Enables drag and drop. In selected apps, you can you can touch text in a window, or tap the window, and then drag to copy content to the app in the other window.

— **Close a window**: Closes the active window. The active window is the window you touched last.

## Customize Multi Window

You can customize Multi window to suit your preferences.

### Create a Window Group

If you like to use two apps together in Multi window often, you can create a window group to quickly display the two apps in Multi window.

The window group will be stored in the Multi window tray, so you can choose it any time to display the two apps.

1.  Tap the Multi window tab to display the tray, and then drag apps to the windows.

2.  Scroll to the bottom of the Multi window tray, and then tap ⋮⋮⋮ **More →** 🔲 **Create**.

### Change the order of apps in the Multi window tray

1.  Tap the Multi window tab to display the tray.

2.  Touch and hold an app, drag it to a new position in the tray and then drop it.

### Choose apps to display in the Multi window tray

You can choose the apps you want to display in the Mult window tray.

1.  Tap the Multi window tab to display the tray.

2.  Tap ⋮⋮⋮ **More →** ◢ **Edit**.

3.  Drag and drop apps between the tray and the staging area.

**Note**: All apps can't be used in Multi window. You won't be able to add any apps from outside the staging area.

20

# Home Screen

The home screen is the starting point for using your phone. You can customize the home screen by adding shortcuts, folders, or widgets to give you quick access.

You can return to the home screen at any time by pressing the ⬤ **Home Key.**

The home screen extends beyond the initial screen. Swipe the screen left or right to display additional screens. The indicator near the bottom of the screen shows your current screen position.

**Tip:** My Magazine is available on the far-left home screen. Scroll to the left to access it.

## *Touchscreen Navigation*

### Tap

Lightly touch items to select or launch them.

- Tap the on screen keyboard to enter characters or text.
- Tap an item to select it.
- Tap an app icon to launch the application.

## Touch and Hold

Activate on-screen items by a touch and hold gesture. For example:

- Touch and hold a widget on the home screen to move it.
- Touch and hold on a field to display a pop-up menu of options.

## Swipe or Slide

To swipe, lightly drag your finger vertically or horizontally across the screen.

- Unlock the screen
- Scroll through the home screen or a menu

## Drag

To drag, touch and hold on an item, and then move it to a new location.

- Add a shortcut to the home screen
- Move a widget on the home screen

## Pinch and Spread

"Pinch" the screen using your thumb and forefinger, or "spread" by moving your fingers apart.

- Zoom in or out while viewing a picture or a Web page.
- Zoom in or out while composing a picture in Camera.

Understanding Your Device        21

## Customize the Home Screen

Customize your home screen by adding application icons, shortcuts, folders, widgets, and more.

### Manage Home Screens

Your phone comes with four home screens by default, and you can add more, up to a total of seven. You can also rearrange the home screens in a different order.

1. From the Home screen, pinch the screen.

   – or –

   Touch and hold an empty space on the screen.

2. Use these options to manage screens:

   - **Add a screen**: Scroll to the end of the screens, and then tap ➕ on a screen to add it.

   - **Remove a screen**: Touch and hold on a screen, and then drag it to the **Remove** icon.

   - **Set a screen as the main home screen**: Tap at the top of a screen. This screen display when you press the ▬▬ **Home Key.**

   - **Change the order of screens**: Touch and hold on a screen, and then drag to a new position.

## Create a Shortcut

Use shortcuts to launch an app from the home screen.

1. From the Home screen, tap ▦ **Apps.**

2. Touch and hold an app icon, and then drag it to a home screen and release it.

### Move a Shortcut

Move a shortcut to another home screen.

1. From the Home screen, touch and hold a shortcut to undock it.

2. Drag the icon to a different location, and then release it.

### Remove a Shortcut

Remove a shortcut from the home screen.

1. From the Home screen, touch and hold a shortcut to undock it.

2. Drag the icon to the **Remove** icon and then release it.

**Note:** Removing a shortcut does not delete the app, it just removes the shortcut from the home screen.

22

## Create a Primary Shortcut

Primary shortcuts appear at the bottom of the home screen by default. You can remove or replace any of the primary shortcuts, except the Apps shortcut.

1. From the Home screen, touch and hold a shortcut to undock it.

   – or –

   Tap ▦ **Apps**, and then touch and hold an app icon.

2. Drag the shortcut to a new position in the primary shortcuts.

## Remove a Primary Shortcut

Primary shortcuts are the Phone, Contacts, Verizon Messages, Chrome, and Apps shortcuts that appear at the bottom of the home screen by default. You can remove or replace any of your primary shortcuts, except the Apps shortcut.

1. From the Home screen, touch and hold a shortcut to undock it.

2. Drag it to another screen, or to the **Remove** icon.

## Add a Widget

Widgets are self-contained apps that display on a home screen. Unlike a shortcut, a widget operates right on the home screen. There are all kinds of widgets, including links to a specific contact, Internet bookmarks, Gmail and email accounts, and many others.

1. From the Home screen, pinch the screen.

   – or –

   Touch and hold an empty space on the screen.

2. Tap **Widgets**, and then scroll to find one.

3. Touch and hold the widget, and then drag it to a home screen and release it.

## Remove a Widget

1. From the Home screen, touch and hold on a widget to undock it.

2. Drag the widget to the **Remove** icon and release it.

**Note:** Removing a widget does not delete the widget, it just removes the widget from the home screen.

Understanding Your Device    23

## Choose Wallpapers

Change the look of the home and lock screens with wallpaper. You can display a favorite picture, or choose from preloaded wallpapers.

1.  From the Home screen, pinch the screen.

    – or –

    Touch and hold an empty space on the screen.

2.  Tap **Wallpapers**, and then choose **Home screen, Lock screen,** or **Home and lock screens.**

3.  Tap a wallpaper to see a sample, and then tap **Set wallpaper.**

**Tip:** If you choose **More images**, you can select an image from Gallery or Photos, and adjust the crop box to decide what's displayed.

## Configure Home Screen Settings

Choose options for the home screen.

1.  From the Home screen, pinch the screen.

    – or –

    Touch and hold an empty space on the screen.

2.  Tap **Home screen settings**, and then enable or disable these options:

    - **Transition effect**: When enabled, a page-turning effect displays as you scroll through the home screens.

    - **My Magazine**: When enabled, My Magazine displays on the far-left home screen. For more information, see My Magazine.

24

## Status Bar and Notification Panel

The Status Bar displays icons to show information about connection status, signal strength, battery level, time, and other notifications.

### Status Icons

This is a list of common status icons. For a full icon glossary, tap  **Apps** → **? Help** → **Icon glossary.**

 **Battery Level**: Shown fully charged.

 **Battery Level**: Battery is charging.

**3G Connection**: Device is active on a 3G system. The arrows display in color when transferring data.

**4G LTE Connection**: Device is active on a 4G LTE system. The arrows display in color when transferring data.

 **Signal Strength**: Current signal strength. The greater the number of bars, the stronger the signal.

 **Signal Strength, CDMA roaming**: Current signal strength, when the device is roaming on a CDMA network. The greater the number of bars, the stronger the signal.

 **Wi-Fi Active**: Wi-Fi is active, and connected to a Wi-Fi network. The greater the number of rays, the stronger the signal.

 **Wi-Fi Connected**: Wi-Fi is connect to a Wi-Fi network.

 **Wi-Fi Action Needed**: Action needed to connect to Wi-Fi network.

 **Airplane mode**: Airplane mode is active. You cannot send or receive any calls or access online information.

 **Downloading**: A file is downloading.

 **Emergency Alert**: There is an Emergency Alert Notification pending.

 **GPS Location Active**: One or more GPS location services are active.

Understanding Your Device      25

## Notification Panel

The Notification panel displays details about your phone's status, plus easy access to common settings and features.

1. From the Home screen, swipe your finger down from the Status bar at the top of the screen to display the Notification panel.

2. From the Notification panel, you have these options:

   • Tap a notification for more information, or to launch the app that triggered the notification.

   • Tap **Clear** to remove all notifications from the panel.

   • Touch and slide the scale to set the screen brightness, or tap **Auto** to allow your device to set brightness automatically based on available light.

   • Tap ⚙ **Settings** to configure settings. For more information about settings, see *"Settings"* on page 94.

   • Tap a Quick setting to turn it on or off. You can swipe your finger across the settings to see all available settings.

   • Tap ▦ **Grid** to display all quick settings. You can tap a setting to turn it on or off, or tap ✐ **Edit** to choose settings to display on the Notifications panel.

---

**Update Available**: An update is available for an installed app.

**Missed Call**: Displays when there is a missed call.

**New message**: Displays when there is a missed message.

**Voicemail**: You have a voicemail message.

**Blocking mode activated**: Notifications for selected features are disabled. You receive only notifications of incoming calls from people on the allowed list.

**Private mode activated**: Personal content is hidden on certain applications from anyone else using this device.

**Smart Stay activated**: Your screen stays on as long as you are looking at it.



26

# Entering Text

Your device comes equipped with an orientation detector that can tell if the phone is being held in an upright (Portrait) or sideways (Landscape) orientation. This is useful when entering text.

Your device also provides several on-screen keypad text entry options to make the task of text entry that much easier.

## Text Input Methods

Your device offers several methods to input text:

- **Samsung keyboard** allows you to enter text by touching keys on a virtual QWERTY keyboard. You can also enable predictive text, which matches your key touches to common words so you can select a word to insert it into your text.

- **Swype** lets you enter words by swiping across the virtual QWERTY keyboard. Instead of tapping each key, use your finger to trace over each letter of a word. You can also tap letters to enter words.

- **Google voice typing** allows you to speak your entries.

## Selecting a Default Text Input Method

You can select a default Text Input Method from Settings, or choose on at any time while entering text.

**From Settings:**

- From the Home screen, tap ⊞ **Apps → ⚙ Settings → Language and input > Default.**

**While entering text:**

1. From a screen where you can enter text, drag down from the top of the screen to open the Notification panel.

2. Tap **Choose input method,** and then choose a text entry method.

Understanding Your Device      27

## Using the Samsung Keyboard

Use Samsung Keyboard to enter text, symbols, and numbers.

1.  From a screen where you can enter text, drag down from the top of the screen to open Notification panel, then tap **Choose input method → Samsung keyboard.**

2.  Tap keys to enter text. You can use these options:

    *   If you make a mistake, tap ⌫ to delete incorrect characters. Touch and hold ⌫ to delete a whole word or field.

    *   Tap ← to change the case of the text (the arrow will turn blue). Tap twice to switch to all capitals (the key will turn blue).

    *   Tap Sym to switch to a symbols keyboard, to enter symbols. There are two symbol keyboards.

    *   Tap , and then tap the microphone, to switch to Google Voice typing to enter text by speaking.

    *   If you have more than one language selected in Samsung Keyboard settings, you can swipe your finger over English(US) to switch between languages.

## Using Google Voice Typing

This feature uses Google voice recognition to convert your spoken words into text.

### Use Google Voice Typing to Enter Text

1.  From a screen where you can enter text, drag down from the top of the screen to open the Notification panel, and then tap **Choose input method → Google voice typing**.

2.  Speak into the microphone and watch your text being entered onscreen. If the text is incorrect, tap **DELETE.**

**Note:** Select a language from the menu at the top of the Listening area. Tap **Add more languages** to assign a new language. Remove the check mark from the Automatic field to select additional languages.

### Configure Google Voice Typing

■  From the Home screen, tap ▦ **Apps →** ⚙ **Settings → Language and input,** then tap ⚙ beside Google voice typing.

## Configure Samsung Keyboard

■ From the Home screen, tap ▦ **Apps →** ◎ **Settings →** ⚙ **Language and input**, then tap ⚙ beside Samsung keyboard.

## Swype

Swype lets you enter words by tracing over the letters on the virtual QWERTY keyboard. Instead of tapping each key, use your finger to trace over each letter of a word. You can also tap letters to enter words.

Swype provides next-letter prediction and regional error correction, which can compensate for tapping the wrong keys on the virtual QWERTY keyboards.

## Use Swype to Enter Text

1. From a screen where you can enter text drag down from the top of the screen to open the Notification panel, and then tap **Choose input method → Swype.**

2. Swipe your finger over the letters to form a word. As you swipe over letters, matching words display at the top of the Swype keyboard. To enter a word, lift your finger, or tap a word at the top of the keyboard.

3. While entering text, use these options:

• If you make a mistake, tap to delete a single character. Touch and hold to delete an entire word or field.

• By default, Swype starts with a capital at the beginning of text. Tap to start with a capital letter, or tap twice to enter all capitals.

• Tap ▣ to switch to a symbols keyboard, and then tap keys to enter symbols.

• Tap ◉ , and then tap the microphone, to switch to Google Voice typing to enter text by speaking.

## Configure Samsung Keyboard

■ From the Home screen, tap ▦ **Apps →** ◎ **Settings →** ⚙ **Language and input**, then tap ⚙ beside Swype.

# Section 3: Contacts and Accounts

## Accounts

Your device provides the ability to synchronize information, from a variety of accounts, including Google, Email, Facebook, and your Samsung account. Depending on the account, you can choose to synchronize your calendar, contacts, and other types of content.

Contacts from your accounts appear in your device's Contacts app.

### *Adding an account*

1.  From the Home screen, tap ⊞ **Apps** → ⚙ **Settings** → **Accounts** → **Add account.**

2.  Select an account provider, then follow the prompts to enter your credentials and sign in.

### *Managing accounts*

1.  From the Home screen, tap ⊞ **Apps** → ⚙ **Settings.**

2.  Select an account, then tap a setting to enable or disable synchronization. When enabled, a check mark displays in the check box.

## Contacts

The Contacts app lets you store and manage contacts from a variety of sources, including contacts you enter and save directly in your phone as well as contacts synchronized with your Google account, compatible email programs (including Microsoft Exchange Server), and your Facebook friends.

### *Accessing Contacts*

There are a couple of ways to access Contacts.

■  From the Home screen, tap 👤 **Contacts.**

– or –

From the Home screen, tap 📞 **Phone > Contacts.**

## Finding a Contact

You can search for a contact, or scroll the list to find one by name.

1. From the Home screen, tap 🔗 **Contacts.**

2. Tap the Search field, and then enter characters to find contacts that match.

– or –

Tap a letter on the side of the list to go directly to that letter in the alphabetical list.

## Adding a Contact

Use the following procedure to add a new contact.

1. From the Home screen, tap 🔗 **Contacts.**

2. Tap ➕ **Add**, and then touch contact fields to enter information.

- Choose a storage account for the contact. You can choose Phone to store the contact on the phone (synced with Verizon Cloud), or choose an account.

- Tap 🖼️ to assign a picture to the new contact:

    — **Image**: Choose a picture from Gallery.

    — **Tagged pictures**: Choose a tagged photo from Gallery.

    — **Take picture**: Take a new picture with the Camera.

- Tap the **Name** field to use the onscreen keyboard to enter the full name. Tap ⌄ for additional name fields.

- Tap the **Phone number** field, and then enter the phone number. Tap ➕ to add another Phone number. Tap to choose a label for the number. If you add more than one phone number, you'll be prompted to choose a default phone number. The default phone number is the one your phone will use in most cases.

- Tap ➕ beside **Email** to enter an email address. If you add more than one email address, you'll be prompted to choose a default email address. The default email address is the one your phone will use in most cases.

- Tap **Groups** to assign the contact to a group.

- Tap **Ringtone** to choose a ringtone to play for calls from the contact.

- Tap **Add another field** to add new fields for the contact.

3. Tap **Save** to save the new contact.

Contacts and Accounts      31

## Saving a Phone Number as a Contact

You can save a phone number to Contacts directly from the phone keypad.

1. From the Home screen, tap 📞 **Phone.**

2. Enter a phone number using the onscreen keypad.

3. Tap **Add to contacts**, and then tap **Create contact** or **Update existing**.

4. Continue adding information for the contact, as desired.

5. Tap **Save** to save the contact.

## Editing a Contact

When editing a contact, you can tap a field and change or delete the information, or you can add additional fields to the contact's list of information.

1. From the Home screen, tap 👤 **Contacts.**

2. Tap the contact to display it, and then tap ✎ **Edit.**

3. Tap any of the fields to add, change, or delete information.

4. Tap **Save** to save the contact.

32

## Assigning a Picture to a Contact

When you add a picture to a contact, the picture displays when the contact calls you or sends a message.

1. From the Home screen, tap 👤 **Contacts.**

2. Tap the contact to display it, and then tap ✎ **Edit.**

3. Tap 📷 to assign a picture to the contact:

   • **Image**: Choose a picture from Gallery.

   • **Tagged pictures**: Choose a tagged photo from Gallery.

   • **Take picture**: Take a new picture.

4. Follow the prompts to save the picture to the contact.

## Assigning a Ringtone to a Contact

You can assign a special ringtone to individual contacts for more personalization.

1. From the Home screen, tap 👤 **Contacts.**

2. Tap the contact to display it, and then tap the **Ringtone** field.

3. Choose a ringtone preloaded on your phone, or tap **Add** to choose a song from Music.

4. Tap **OK** to assign the ringtone.

## Saving a Business Card as a Contact

1. From the Home screen, tap ![icon] **Contacts.**

2. Tap ![icon] **More > Business cards >** ![icon] **Add.**

3. When the camera opens, center the business card in the guidelines on the screen. If the Camera can recognize the business card, it will take the picture automatically, or you can take the picture manually.

4. Your phone analyzes the picture of the business card, and uses information it recognizes to create a new contact. You can also add more information to the contact.

5. Tap **Save** to save the new contact. The business card is displayed as the picture for the contact.

**Tip:** You can view all your business cards by tapping ![icon] **More > Business cards.**

## Linking Contacts

When you have contacts from various sources (Gmail, phone, Facebook, etc.), you may have multiple similar entries for a single contact. Your phone's Contacts application lets you link multiple entries into a single contact.

1. From the Home screen, tap ![icon] **Contacts.**

2. Tap the contact to display it, and then tap ![icon] **Link.**

3. Tap **Link another contact,** and then select contact(s) to link to the original contact.

4. Tap **Done** to save the linked contact.

## Unlinking Contacts

1. From the Home screen, tap ![icon] **Contacts.**

2. Tap the contact to display it, and then tap ![icon] **Link.**

3. Tap — beside contacts to unlink them from the main contact.

Contacts and Accounts     33

## Speed Dials

Speed dials are 1-to-3 digit shortcuts you can assign to contacts, to make dialing faster. Speed dial 1 is reserved for Voicemail.

### Assigning Speed Dials

1. From the Home screen, tap ![contacts icon] **Contacts.**
2. Tap ![more icon] **More > Speed dial.**
3. Tap an unused speed dial, and then select a contact to assign to the number.

### Deleting Speed Dials

1. From the Home screen, tap ![contacts icon] **Contacts.**
2. Tap ![more icon] **More > Speed dial,** and then tap **X** beside the speed dials you want to delete.

## Deleting Contacts

You can delete a single contact, or choose multiple contacts to delete.

1. From the Home screen, tap ![contacts icon] **Contacts.**
2. Touch and hold on a contact to select it. You can also tap other contacts, or choose **Select all** to select all contacts.
3. Tap ![delete icon] **Delete,** and then tap **OK** to confirm.

## Favorites

When you mark contacts as favorites, they are easily accessible from other apps. Favorites display together on the Favorites tab in Contacts.

### Marking Contacts as Favorites

1. From the Home screen, tap ![contacts icon] **Contacts.**
2. Tap a contact to display it, and then tap ![star icon] **Favorite** to turn the star yellow.

### Removing Contacts from Favorites

1. From the Home screen, tap ![contacts icon] **Contacts.**
2. Tap **Favorites,** and then touch and hold on a contact to select it. You can also tap other contacts, or choose **Select all** to select all contacts.
3. Tap ![delete icon] **Delete.**

34

## Create a Shortcut to a Favorite

You can create a shortcut to a favorite on the home screen, to access their information directly from the home screen.

1. From the Home screen, tap  **Contacts.**

2. Tap **Favorites,** and then touch and hold on a contact to select it.

3. Tap  **More > Add shortcut to home screen.** The new shortcut displays in an empty area of the home screen.

## Groups

You can use groups to organize your contacts. Your phone comes with preloaded groups, and you can create your own. You might create a group for your family, for coworkers, or a team. Groups make it easy to find contacts, and you can send messages to the members of a group.

### Creating a Group

1. From the Home screen, tap  **Contacts.**

2. Tap  **Groups,** and then tap  **Add.**

3. Tap fields to enter information about the group:

   • Tap **Create group in** to choose where to save the group. You can save it to a specific account, to the device memory, or to all accounts.

• Tap **Group name** to enter a name for the new group.

• Tap **Group ringtone** to select a ringtone for notifications for incoming calls from group members.

• Tap **Group message tone** to select a ringtone for notifications for new messages from group members.

• Tap **Group vibration pattern** to select a vibration pattern for alerts to incoming calls or messages from group members.

4. Tap **Add member** and select contact(s) to add to the new group, and then tap **Done.**

5. Tap **Save** to save the new group.

### Adding Contacts to a Group

1. From the Home screen, tap  **Contacts.**

2. Tap  **Groups,** and then tap a group.

3. Tap  **Add,** and then tap the contact(s) you want to add.

4. Tap **Done.**

## Sending a Message to a Group

You can send a message to members of a group, if the members have a telephone number stored in their contact record.

A message to multiple recipients is treated as a group conversation.

1. From the Home screen, tap [icon] **Contacts.**

2. Tap [icon] **Groups,** and then tap a group.

3. Tap [icon] [icon] **More > Send message or email > Message.**

4. Tap contacts to select them, or tap **Select all** and tap **Done.**

5. Continue to enter your message and send it.

## Sending an Email to a Group

You can send an email to members of a group, if the members have an email address stored in their contact record.

1. From the Home screen, tap [icon] **Contacts.**

2. Tap [icon] **Groups,** and then tap a group.

3. Tap [icon] [icon] **More > Send message or email > Email.**

4. Tap contacts to select them, or tap **Select all,** and tap **Done.** Note that you'll only see group members that have email addresses in their contact records.

5. Continue to choose an email account, or Gmail, and then enter your email and send it.

## Sharing Contacts

You can quickly share contacts via Bluetooth, Email, Gmail, Messages, or Wi-Fi Direct, or you can add them to Dropbox or send them to print.

### Sending Contact Information

You can copy a contact's information into a text message and send it.

1. From the Home screen, tap ▦ **Contacts.**

2. Tap a contact to display it, and then tap ▦ **More >** **Send contact information.**

3. Choose information to send, and then tap **Done.**

4. Enter a recipient, and then continue with the text message.

## Sharing a Name Card

When you share a name card, the contact's information is sent as a vCard file (.vcf). You can share a vCard wirelessly vi Bluetooth or Wi-Fi Direct, attach it to a message, or save it to a storage location.

1. From the Home screen, tap ▦ **Contacts.**

2. Tap a contact to display it, and then tap ▦ **More >** **Share name card.**

3. Choose a sharing method:

 • **Bluetooth**: Send the information via Bluetooth.

 • **Drive**: Save the contact to Google Drive.

 • **Email**: Attach the contact to a new Email message. If prompted, select an email account.

 • **Gmail**: Send the information as a Gmail attachment.

 • **Messages**: Attach the contact to a message (adding an attachment converts the message to MMS).

 • **Message +**: Attach the contact to a message (adding an attachment converts the message to MMS).

 • **Wi-Fi Direct**: Transfer the contact via a peer-to-peer Wi-Fi connection.

Contacts and Accounts      37

# Section 4: Calling

This section describes how to make or answer a call, and other options related to calling.

## Making a Call

There are several convenient ways to place calls from your phone.

## Calling Using the Keypad

The "traditional" way to place a call is by using the phone's keypad screen.

1. From the Home screen, tap 📞 **Phone**.
2. Tap the number keys to enter the phone number.
   - As you enter digits, matching numbers from recent calls or contacts display. If you see the number you want, tap it to call it without having to enter the rest of the number.
   - To use a Speed Dial, tap the numbers of the speed dial, holding the last number until it dials.
3. Tap 📞 to call the number.

## Calling from Recent

All incoming and outgoing calls are recorded on the Recent tab in the Phone app. You can call a number from a recent call record

1. From the Home screen, tap 📞 **Phone > Recent**.
2. Tap a call record, and then tap 📞 **Call**.

## Calling from Contacts

You can place a call directly from Contacts.

1. From the Home screen, tap 👤 **Contacts**.
2. Tap a contact, and then tap 📞 **Call**.

   – or –

   Touch the contact's picture icon, and then tap 📞 **Call**.

   – or –

   Swipe your finger across the contact from left to right.

38

## Calling With Google Now

Use Google Now to call your contacts, or to speak a phone number and call it. you can also search for

1. Press and hold the **Home Key**.
2. Say "**OK Google**", or tap the microphone on the screen.
3. Speak a command, or say a phone number.

**Tip:** There's also a Google Now widget that you can add to the Home screen. For more information, see *"Add a Widget"* on page 23.

## Calling With Car Mode

With Car Mode, you have one-touch access to featured apps, and can speak commands to make calls.

1. From the Home screen, tap 📞 **Phone >** 🚗 **> Car mode**, and then **Always**, or **Just once**.
2. Say "**Hi Galaxy**", and then speak a command, or say a phone number.

**Tip:** You can tap the Phone icon, to have Car Mode give you voice prompts to help you make calls.

## Calling with S Voice

Use S Voice to speak a phone number or a contact's name and dial it automatically.

1. From the Home screen, tap ⊞ **Apps >** 🔵 **S Voice.**
2. Speak a command. Some examples include:
   - Say "**Call**", followed by the name of a contact, to dial the contact. If you know the contact has multiple numbers stored, you can say "**Call <contact> Mobile**" to dial their mobile.
   - Speak a telephone number to dial it.

**Tip:** In S Voice Settings, you can enable the **Open with the home key** setting to allow you to launch S Voice by pressing the Home Key twice.

Calling     39

## Making an Emergency Call

You can place calls to 911 even if the phone's screen is locked or your account is restricted.

**Note:** To call the 911 emergency number when the phone's screen is locked, press the **Power/Lock key** to turn the screen on, and then touch **Emergency call** on the lock screen.

1. From the Home screen, tap  **Phone.**

2. Enter the digits for emergency services, and then tap  **Call.**

## Receiving Phone Calls

When you receive a call, you can accept the call, or reject the call to send it to voicemail. You can also reject a call with a message, to send a text message to the caller.

**Note:** If your phone is turned off, all calls automatically go to voicemail.

## Answering an Incoming Call

When you receive a phone call from a number stored in Contacts, the contact's information displays on the screen. When you receive a phone call from a number that is not stored in Contacts, the phone number displays on the screen.

■ When your phone notifies you of an incoming call, drag  to the right to answer the call.

## Muting the Ringing Sound

You can mute the ringtone without rejecting the call by doing one of the following.

● Press the **Volume** key.

● Cover the screen with your hand, or place the phone screen-down on a level surface. For more information about using the Mute/pause Motion, see *"Motions and Gestures"* on page 18.

40

## Rejecting an Incoming Call

When you reject a call, the caller is sent to voicemail, where they can leave a voice message.

• When your phone notifies you of an incoming call, drag 🚫 to the left to reject the call.

## Rejecting an Incoming Call with a Text Message

You can reject an incoming call and send a text message to the caller.

1. When your phone notifies you of an incoming call, drag ✕ **Reject with message** toward the top of the screen.

2. Select an existing message.

   – or –

   Tap **Compose a new message** to compose a new text message.

## Options While on a Call

While you're on a call, you can use options to find information or multitask during the call.

1. From the Home screen, tap ✆ **Phone.**

2. Enter the phone number and tap ✆ **Call.**

3. While on a call, you have these options:

   • **Add call**: Display the Keypad to dial another call.

   • **Keypad**: Display the Keypad, to enter numbers to use DTMF tones (Dual-tone Multi-Frequency). This can be useful if you need to enter an access code or other information while on a call.

   • **End call**: Hang up the call.

# Calling Options

The Phone app provides many useful features and options to help you make the most of your calling experience.

## Dialing Options

1. From the Home screen, tap  **Phone.**

2. While dialing a call, tap  **More** for options:

  - **Add 2-sec pause**: Insert a 2-second pause into the number you are dialing. This can be useful when storing numbers for automated phone menus.

  - **Add wait**: Insert a pause into the number you are dialing, to wait for input from you. This can be useful when storing numbers for automated phone menus.

  - **Add to Contacts**: Save the number to a new contact, or update an existing contact.

  - **Send message**: Send a text message to the number.

  - **Speed dial**: View speed dials. For more information, see "Speed Dials" on page 34.

  - **Settings**: Configure call settings. For more information, see "Call Settings" on page 123.

  - **Help**: Learn about using the Phone app.

---

  - **Speaker**: Control whether call audio plays through the speaker or the earpiece.

**Warning!** Because of higher volume levels, do not place the phone near your ear while using the speaker.

  - **Mute**: Control whether the other party can hear your side of the call.

  - **Bluetooth**: Connect to a Bluetooth device, or disconnect from a device.

  - Tap  **More** for options:

    - **Contacts**: Launch Contacts.

    - **Memo**: Launch Memo, to create memo during a call.

    - **Messages**: Launch Messages, to create a new message.

    - **Personalize call sound**: Adjust sounds on the call to your preferences.

  - **Settings**: Launch Call Settings. For more information, see "Call Settings" on page 123.

## Ending a Call

  ■ When you are ready to end a call, tap  **End call.**

42

## Voicemail

The following topics outline your phone's voicemail service.

**Note:** Your phone also supports the 🔴 **Visual Voicemail** app. For information on setting up and using Visual Voicemail, see Visual Voicemail.

### Set up Voicemail

You should set up your voicemail and personal greeting as soon as your phone is activated.

1. From the Home screen, tap ☎ **Phone.**

2. Touch and hold 1 ∞ to dial your voicemail access number.

3. Follow the system prompts to:

   ● Create your password.

   ● Record your name announcement.

   ● Record your greeting.

## Call Waiting

When you're on a call, your phone notifies you by displaying the call information on the screen, and vibrating, if you've set up vibration for incoming calls.

● Slide 📞 to the right. This puts the first caller on hold and answers the incoming call.

● To switch between calls, tap **Swap**.

## 3-way Calling

With 3-Way Calling, you can talk to two people at the same time. When using this feature, the normal airtime rates will be charged for each of the two calls.

1. From the Home screen, tap ☎ **Phone.**

2. Make the first call by entering the phone number and tapping ☎ **Call.**

3. When the first call is established, tap **Add call** to put the first call on hold, and then dial the second number.

4. When the second call is established, tap **Merge**.

If one of the people you called hangs up during your call, you and the remaining caller stay connected.

If you set up the call and are the first to end the call, all callers are disconnected.

## Visual Voicemail

Visual Voicemail gives you a quick and easy way to access your voicemail. Now you can find exactly the message you are looking for without having to listen to every voicemail message first. Visual Voicemail periodically caller information from all of the current voicemails, to create a list with the caller name and number, along with the length of time and priority level of the voicemail message.

### Set up Visual Voicemail

Setting up Visual Voicemail follows many of the same procedures as setting up traditional voicemail. You should set up your voicemail and personal greeting as soon as your phone is activated. Your phone automatically transfers all unanswered calls to your voicemail, even if your phone is in use or turned off.

1. From the Home screen, tap ▦ **Apps >** 🔲 **Voicemail.**

2. Touch **Personalize now** and follow the prompts to:
   - Create a password (part of standard voicemail).
   - Record your name announcement.
   - Record your greeting.

## Retrieve Voicemail Messages

You can review your messages directly from your phone (using either traditional voicemail or Visual Voicemail), or from any other touch-tone phone.

1. From the Home screen, tap 📞 **Phone.**

2. Touch and hold 1 ∞ .

3. Follow the system prompts to enter your voicemail password and manage voicemail.

## Voicemail Notification

There are several ways your phone alerts you to a new message:

- By sounding the notification ringtone.
- By displaying ∞ in the Status bar. If you have more than one message, the number of messages displays as well.

**Note:** Your phone accepts messages even when it is turned off. However, your phone notifies you of new messages only when it is turned on and you are in a network service area.

44

## Access Your Messages

1. From the Home screen, tap 🔲 **Apps >** 🔴 **Voicemail.**

2. Touch a message to listen to it. To listen to other messages, swipe your finger left or right to display the next or previous message.

---

**Note:** You are charged for airtime minutes when you access voicemail from your wireless phone.

---

## Recent

The Recent tab of the Phone app lists all calls and messages to and from your phone.

### View Recent

From Recent, you can manage the list of recent calls.

1. From the Home screen, tap 🟢 **Phone > Recent.**

2. While viewing the list of calls, you can use these options:

   • "Tap the menu to choose items to display.

   • "Tap a call to display the record, where you can tap 📞 to return the call, or ❌ to send a message to the caller.

   • "Touch and hold on a call record to select it. You can save the number to a contact, or continue selecting calls to delete records or for other options.

Calling    45

## Save a Number to Contacts from Recent

You can save a number from a recent call record to create a new contact, or update an existing contact.

1. From the Home screen, tap 📞 **Phone > Recent.**
2. Tap a call record, and then tap ➕ **Add > Create contact** or **Update existing.**

## Search Recent

Enter criteria to search for call records. You can enter numbers to find a phone number, or letters to find a contact name or caller ID.

1. From the Home screen, tap 📞 **Phone > Recent.**
2. Tap ⚏ **More > Search.**
3. Enter criteria to display matching records.

## Send a Number from Recent

You can send a number from a call record in a text message.

1. From the Home screen, tap 📞 **Phone > Recent.**
2. Tap a call record, and then tap ⚏ **More > Send number.**
3. Enter recipients for the message, and then tap **Send.**

## Make a Call from Recent

You can return a call from a recent call record.

1. From the Home screen, tap 📞 **Phone > Recent.**
2. Tap a call record, and then tap 📞 to call the number.

**Tip:** You can also swipe across a call record from left to right to call the number.

## Send a Message from Recent

You can send a message to a number from a recent call record.

1. From the Home screen, tap 📞 **Phone > Recent.**
2. Tap a call record, and then tap ✖ to create a message to the number.

**Tip:** You can also swipe across a call record from right to left to create a message.

46

## *Add Numbers to the Reject List from Recent*

You can save numbers from recent calls to the reject list, to automatically reject incoming calls from the number. For more information about rejecting calls automatically, see *"Call Rejection"* on page 123.

1. From the Home screen, tap 📞 **Phone > Recent.**

2. Tap a call record, and then tap ▦ **More > Add to reject list.**

## *Delete Recent Records*

Follow these steps to clear the Recent list.

1. From the Home screen, tap 📞 **Phone > Recent.**

2. To delete a single call record, touch and hold on a call record to mark it, and then tap 🗑 **Delete > OK.**

– or –

To delete multiple call records, touch and hold on a call record to mark it, and continue tapping call records to mark them for deletion. Tap 🗑 **Delete > OK** to delete all the marked calls.

## Call Settings

You can customize many of your phone's calling features.

■ From the Home screen, tap 📞 **Phone >** ▦ **More > Settings.**

– or –

From the Home screen, tap ▦ **Apps >** ⚙ **Settings >** 🔲 **Applications > Call.**

For detailed information about call settings, see *"Call Settings"* on page 123.

Calling    47

# Section 5: Messaging

This section describes how to send and receive messages using messaging apps on your phone.

## Choosing a Default Messaging App

If you have multiple messaging apps installed on your phone, you can choose the app your phone uses for messaging. The app you select here will be used when you choose Messages in other apps, such as when sharing items like pictures or video.

1. From the Home screen, tap ⊞ **Apps >** ⚙ **Settings > More networks > Default messaging app.**

2. Choose a messaging app.

## Messages

## Creating and Sending Messages

This section describes how to create a send a message using the Messages app.

1. From the Home screen, tap ⊞ **Apps >** 📁 **Messages > New message.**

2. Tap **Enter recipients**, and then enter a contact name, a mobile phone number, or an email address using the onscreen keyboard. As you enter letters, possible matches from your accounts and contacts display on the screen. Touch a match to add it to the message.

3. Tap **Enter message** and enter your message. While entering a message, you can also use these options:

   - Tap 📎 **Attach** to attach an item, such as a picture, video, audio recording, event, location, or contact.

   - Tap ☺ **Emoticons** to add an emoticon.

4. Review your message and tap [Send] **Send.**

48

## Reading Messages

When you receive a message, your phone notifies you by displaying the ⊠ **New message** icon in the Status bar.

Message icons display in the Status bar to alert you to new messages. For more information, refer to *"Status Icons"* on page 25.

To access a new message:

1. Drag your finger down from the Status bar to display the Notification panel, and then tap the message notification to open the message.

2. From the Home screen, tap ⊞ **Apps >** 📁 **Messages**, and then tap the message to open it.

## Replying to Messages

Messages you exchange with another person are displayed as conversations in the Messages app, so you can see all the messages in one place.

1. From the Home screen, tap ⊞ **Apps >** 📁 **Messages.**

2. Tap a conversation to display it.

3. Tap the **Enter message** field and then type your reply message.

4. When the message is complete, tap Send **Send.**

## Protecting a Message from Deletion

You can lock a message so that it will not be deleted even if you delete the other messages in the conversation.

1. From the Home screen, tap ⊞ **Apps >** 📁 **Messages.**

2. Tap a conversation to display it.

3. Touch and hold on the message that you want to lock, and then tap Lock on the pop-up menu. A lock icon displays on the message.

## Deleting Messages

1. From the Home screen, tap ⊞ **Apps >** 📁 **Messages.**

2. Tap a conversation to display it.

3. Touch and hold the message you want to delete, and then tap **Delete** on the pop-up menu.Follow the prompts to confirm the deletion.

## Deleting Conversations

You can delete all the messages you've exchanged with another person.

1. From the Home screen, tap ▦ **Apps >** 📁 **Messages.**

2. Touch and hold a conversation you want to delete. If you want to delete other conversations, tap them to select them, or tap **Select all** to delete all conversations.

3. Tap 🗑 **Delete > OK.**

## Messages Settings

You can customize many of your phone's messaging features.

■ From the Home screen, tap ▦ **Apps >** 📁 **Messages >** ⬛ **Menu → Settings.**

– or –

From the Home screen, tap ▦ **Apps >** ⚙ **Settings >** 🔵 **Applications > Messages.**

For detailed information about Messages settings, see "*Messages Settings*" on page 131.

# Message +

This section describes how to create a send a message using the Verizon Messages app.

## Creating and Sending Messages

Use the Verizon Messages app to send and receive messages with your friends and family.

1. From the Home screen, tap 📱 **Message + > ✏️+ New message.**

2. Tap the To: field and then enter a contact name, a mobile phone number, or an email address using the onscreen keyboard. As you enter letters, possible matches from your accounts and contacts display on the screen. Touch a match to add it to the message.

3. Tap **Type a message** and enter your message. While entering a message, you can also use these options:

   • Tap ➕ **Attach** to attach an item, such as a postcard, picture, video, audio recording, Glympse location, location, contact card, or song. You can also choose emoticons to insert into your message.

4. Review your message and tap Send .

## Reading Messages

When you receive a message, your phone notifies you by displaying the ☰ **New message** icon in the Status bar.

To access a new message:

• Drag your finger down from the Status bar to display the Notification panel, and then tap the message notification to open the message.

• From the Home screen, tap 📱 **Message +,** and then tap the message to open it.

## Replying to Messages

Messages you exchange with another person are displayed as conversations in the Messages app, so you can see all the messages in one place.

1. From the Home screen, tap 📱 **Message +.**

2. Tap a conversation to display it.

3. Tap the **Type a message** field and then type your reply message.

4. When the message is complete, tap Send **Send.**

## Protecting a Message from Deletion

You can lock a message so that it will not be deleted even if you delete the other messages in the conversation.

1. From the Home screen, tap **Message +**.

2. Tap a conversation to display it.

3. Touch and hold on the message that you want to lock, and then tap **Lock message** on the pop-up menu. A lock icon displays on the message.

## Deleting Messages

1. From the Home screen, tap **Message +**.

2. Tap a conversation to display it.

3. Touch and hold the message you want to delete, and then tap **Delete message** on the pop-up menu. Follow the prompts to confirm the deletion.

## Deleting Conversations

You can delete all the messages you've exchanged with another person.

1. From the Home screen, tap **Message +**.

2. Touch and hold a conversation you want to delete and tap **Delete Conversation > Delete**.

**Note:** Locked messages will not be deleted, unless you select the **Include protected messages** before confirming the deletion.

# Section 6: Applications

## Managing Applications

Apps displays all applications installed on your phone, including apps you download and install.

From Apps, you can change the way apps appear on the screen, uninstall apps you've downloaded, and share apps with friends. When you install new apps, new screens are added to hold them.

**Tip:** You can place shortcuts to apps on the home screen, for quick access to the application. For more information, see "*Create a Shortcut*" on page 22.

## Downloading and Installing Apps

Find new apps to download and install on your device:

- **Amazon Appstore:** For more information, see "*Amazon Appstore*" on page 55.

- **Play Store:** For more information, see "*Play Store*" on page 79.

- **GALAXY Essentials:** Optimize apps for your device. From the apps panel, tap  **Menu > GALAXY Essentials.**

## Uninstalling or Disabling Apps

You can uninstall apps you download and install. Certain pre-loaded apps cannot be uninstalled, but they can be disabled to prevent them from running.

1. From the Home screen, tap  **Apps.**

2. Touch  **Menu > Uninstall/disable apps.**

3. Apps that can be uninstalled or disabled show  on their icon. Touch  ; then follow the prompts to hide or uninstall the app.

## Customizing the Apps Screens

### Choosing a view

By default, app icons appear in a grid view. You can rearrange the icons on the grid, or sort them alphabetically.

1. From the Home screen, tap  **Apps.**

2. Touch  **Menu > View as.**

3. Choose an option:

- **Custom:** The default view, which allows you to touch and hold on apps to move them from screen to screen.

- **Alphabetical order:** Icons are arranged in A-to-Z order.

Applications    53

## Apps screen options

1. From the Home screen, tap ⊞ **Apps.**

2. Touch ⋮⋮ **Menu** for these options:

   ● **Edit**: Touch and hold an app icon then drag it to an option:

   — **Create page**: Creates a new apps screen and places the icon on it.

   — **Create folder**: Creates a new folder to hold the icon.

   — **App info**: View information about the app.

   — **Disable**: Disables the app. The app will not run, and will no longr display on the apps screen.

   ● **Create folder**: Create a new folder to hold the app icon.

   ● **View as**: Choose how icons display, in a customizable grid, or alphabetically.

   ● **Downloaded apps**: View downloaded apps.

   ● **Uninstall/disable apps**: Remove an app that you downloaded from your phone, or disable certain preloaded apps. Preloaded apps cannot be uninstalled, but disabling prevents them from running.

   ● **Hide apps**: Remove app icons from the apps screens. The apps are still installed, just are no longer visible.

   ● **Show disabled apps/Show hidden apps**: Display apps that you hidden or disabled.

   ● **GALAXY Essentials**: Find and install apps that are specially chosen for your device.

   ● **Help**: Learn about using your device.

## Accessories

Verizon Accessories allow you to shop for and purchase accessories for your new device. You can also track your orders.

■ From the Home screen, tap ⊞ **Apps >** 

   🔴 **Accessories.**

## Amazon

Shop with Amazon.

■ From the Home screen, tap ⊞ **Apps >** 📦🟠 **Amazon.**

54

## Amazon Kindle

Use the Amazon Kindle™ application to download books for reading, right on your phone.

**Note:** You must be registered with Amazon to use the Kindle application. At the prompt, enter your Amazon account credentials.

- From the Home screen, tap ⊞ **Apps >** 📘 **Amazon Kindle.**

## Amazon MP3

Shop for music with Amazon.

- From the Home screen, tap ⊞ **Apps >** 🎵 **Amazon MP3.**

## Amazon Appstore

Browse and download applications, games and more from the Amazon apps store.

- From the Home screen, tap ⊞ **Apps >** 🟠 **Appstore.**

**Note:** Airtime or download charges may apply when using Appstore.

## Audible

Download audio books to enjoy on your phone.

- From the Home screen, tap ⊞ **Apps >** 🎧 **Audible.**

## Calculator

Use your phone's Calculator to perform mathematical calculations.

- From the Home screen, tap ⊞ **Apps >** 🧮 **Calculator.**

## Calendar

Record events and appointments to manage your schedule.

- From the Home screen, tap ⊞ **Apps >** 📅 **Calendar.**

Applications    55

## Choose a calendar view

You can view your calendar by day, week, month or year, and display events too.

1. From the Home screen, tap ⊞ **Apps >** 31 **Calendar.**
2. Tap ☰ , and then select a view:
   - **Year**: Display the entire year.
   - **Month**: Display the current month.
   - **Month and agenda**: Display the month, with events listed at the bottom.
   - **Week**: Display the current week.
   - **Day**: Display the current day.
   - **Agenda**: Display a list of upcoming events.

## Creating Events

Create new events on your calendar.

1. From the Home screen, tap ⊞ **Apps >** 31 **Calendar.**
2. Tap ➕ **Create event** to create a new Calendar event.
3. If you have accounts set up on your phone, you can assign the new event to an account by tapping the My calendar field and then selecting an account.

- **My calendar**: Calendar entries that are stored locally on the phone and not part of an account.
- **Samsung Calendar**: Calendar entries that are synchronized between your phone and your Samsung account.
- **Google/Gmail**: Calendar entries that are synchronized between your phone and your Google account.
- **Microsoft Exchange ActiveSync**: Calendar entries that are synchronized between your phone and a Microsoft Exchange ActiveSync account.

4. Enter information about the event:
   - Tap the **Title** field and enter a title for the event.
   - Tap the **Location** field to enter a location for the event in the Location field or tap the icon to select the location on the a map.
   - Select a **Start** and **End** date and time for the event by tapping the corresponding fields, and adjusting the month, day, and year. Tap the **All day** field to set this as an all-day event. If set as an all-day event, the time fields are removed.

5. Tap **Save**, or tap **View more options** to enter more information about the event. Available options depend on the type of event, and the account it's assigned to:

56

- Select an alarm time by tapping the **Reminder** field.

- Enter participants in the **Participants** field.

- Tap **Show me as** to choose how the event shows on your calendar to other event organizers.

- Tap **Privacy** to select who is allowed to see this event. Private allows only the participants to see the event. Public allows anyone with access to your calendar to see the event.

- Select a recurrence cycle for the event by tapping the **Repeat** field.

- Enter a description for the event in the **Description** field.

- Tap a sticker to add an sticker to the event.

- Tap the Time zone to adjust the time zone.

6. Tap **Save** to store the new event and synchronize it with your selected account.

## *Sharing Events*

Send events as vCalendar files to other Bluetooth devices, as message attachments, or via Wi-Fi Direct.

1. From the Home screen, tap 🔲 **Apps >** **31** **Calendar.**

2. Touch an event to display its details.

3. Touch 🔢 **Menu > Share via.** Follow the prompts to select a sharing method and share the event.

## Caller Name ID

Subscribe to Caller Name ID to identify unknown callers by Name, Picture, and City & State.

**Note:** Caller Name ID requires a subscription.

- From the Home screen, tap 🔲 **Apps >** 🔴 **Caller Name ID.**

# Camera

This section explains how to take pictures, record video, and share your photos and videos using the Camera.

■ From the Home screen, tap  **Camera.**

Switch between front and back camera

Mode Indicator

Customizable shortcuts

Settings

Record Video

Capture Picture

Mode Selector

Gallery

• **Front/Back Camera**: Switch between the front and back cameras.

• **Selective Focus**: Add depth to your pictures by adjusting them so that only the objects you choose are in focus.

• **Customizable shortcuts**: Shortcuts to favorite settings, which you can customize. The defaults shown here are Selective focus and HDR (Rich tone).

• **Settings**: Access camera settings.

• **Mode Indicator**: Shows the current Mode, which you can choose with Mode Selector.

• **Record**: Tap to start recording.

• **Capture**: Tap to take a picture.

• **Mode Selector**: Tap to choose a shooting mode. The current mode displays on the camera screen. Shooting modes allow you to choose modes for automatically adjusting settings to suit conditions, or to access special features like panorama or other specialty shots.

• **Gallery**: View your pictures or video, and access picture sharing and editing options.

## Taking Pictures

You can take pictures with your phone's front or back camera, or combine shots with Dual mode.

1. From the Home screen, tap 📷 **Camera.**

2. Using the phone's screen as a viewfinder, compose your picture. While composing your picture, use the onscreen options, or these gestures:

   • Touch the screen with two fingers and pinch or spread them on the screen to zoom.

   • Tap the screen to focus on the area you tapped.

3. Tap 📷 **Capture** or press the **Volume key** to take the picture.

**Tip:** To include your location in photos, turn on Location tags in Settings.

## Recording Videos

In addition to taking pictures, you can record with your phone's front or back camera, and then view and send videos.

1. From the Home screen, tap 📷 **Camera.**

2. Using the phone's screen as a viewfinder, compose your shot by aiming the camera at the subject. While composing your shot, use the onscreen options, or these gestures:

   • Touch the screen with two fingers and pinch or spread them on the screen to zoom.

   • Tap the screen to focus on the area you tapped.

3. Tap 🎥 **Record** to begin recording. While recording, you can use these options:

   • Tap the screen to change the focus area to the area you tapped.

   • Tap 📷 **Capture** to take a still picture while continuing recording.

   • Tap ⏸ **Pause** to temporarily stop recording.

   • Tap ⏹ **Stop** to stop recording.

Applications    59

## Review Pictures and Videos from the Camera

After you take a picture or record a video, you can review and edit it right from the camera, using special Studio options.

### Review and Edit a Picture from the Camera

1. From the Home screen, tap 🔵 Camera.

2. Take a picture, and then tap the Gallery thumbnail at the bottom right corner of the screen.

3. While reviewing a picture or video, you can use these options:

   - **Screen mirroring**: Choose a device to share the picture via Group Play.

   - **Share**: Choose an option for sharing the picture.

- **Studio**: Edit the picture using the Studio tool. Options include:

   – **Enhance**: Have the Camera enhance your photo automatically.

   – **Adjustment**: Rotate, crop, or resize the photo.

   – **Tone**: Adjust the brightness, contrast, saturation, the red/green/blue color, the color temperature, or the Hue.

   – **Effect**: Add an effect to the picture.

   – **Portrait**: Adjust pictures of faces. You can remove redeye, brighten faces, airbrush, or adjust the focus on faces in the picture.

   – **Decoration**: Add to your picture, including stickers, labels, frames, drawings, or another picture.

- **Delete**: Erase the current picture.

- **Menu**: Choose other options.

## Review and Edit a Video from the Camera

1. From the Home screen, tap 🔵 **Camera**.

2. Record video, and then tap the **Gallery** thumbnail at the bottom right corner of the screen.

3. While reviewing a video, you can use these options:

   - 🔗 **Share**: Choose an option for sharing the picture.

   - ✂️ **Video trimmer**: Edit the length of the video. Drag the trimmer from the end of the video (the right side of the screen), to shorten the video.

   - 🗑 **Delete**: Erase the current video.

   - ⋮ **Menu**: Choose other options.

## Configure the Camera

Camera settings are special options that you can choose, right on the camera screen, to make taking pictures or recording videos easy, and to make your pictures or videos special.

## Customize Shortcuts

The Camera screen offers two customizable shortcuts, to give you the ability to choose favorite settings on the fly.

1. From the Home screen, tap 🔵 **Camera**.

2. Tap ⚙️ **Settings**, and then touch and drag settings to or from the two shortcuts.

## Choose a Shooting Mode

Your phone's camera offers many shooting modes, to make your pictures or videos special.

1. From the Home screen, tap 🔵 **Camera**.

2. On the Camera screen, tap ⬤ to choose a shooting mode. Scroll available modes, and then tap a mode to select it. Modes include:

   - **Auto**: Automatically adjusts the exposure to optimize the color and brightness of pictures. In Auto mode, you can take single or burst shots (take burst shots by holding Capture to take multiple shots until you lift your finger).

   - **Beauty face**: Automatically enhances facial features.

   - **Shot & more**: Explore the various effects available for burst shots. You can apply effects right after taking the pictures, or in Studio.

Applications   61

- **Face detection**: When on, the Camera will automatically adjust settings for taking pictures of faces.
- **ISO**: Set the sensitivity of the camera's light meter.
- **Metering modes**: Choose how the Camera measures the light source.
- **Tap to take pics**: When on, you can tap the screen to take a picture.
- **Selective focus**: When on, you can choose areas of the screen to focus on.
- **Video size**: Choose a default size for videos.
- **Recording mode**: Choose a recording mode. You can choose to limit a video to a size that can be attached to a message, or record in slow, fast, or smooth motion.
- **Video stabilization**: When on, the Camera adjusts settings to minimize the effect of camera movement while recording.
- **Audio zoom**: While recording videos, zooming in on an object will amplify sound from that area and diminish other surrounding sound.
- **Effects**: Choose an effect to add to pictures.
- **Flash**: Choose a flash setting.

- **Panorama**: Take multiple pictures to merge into one expansive picture. You can create a horizontal or vertical panorama picture.
- **Virtual tour**: Create an interactive virtual tour of your surroundings.
- **Dual camera**: Take pictures and record videos using the front and rear cameras at the same time, to create a picture-in-picture shot. You can switch between the front and rear camera to control which picture appears in the smaller shot.
- **Download**: Browse and download additional modes to use with Camera. Read and accept the terms, and then browse for new modes.

## Choose Camera Settings

1. From the Home screen, tap  **Camera**.
2. Tap ⚙ **Settings** to configure options:

- **Picture size**: Choose a default size for the pictures you take.
- **Burst shots**: When on, you can take multiple pictures when you touch and hold the Capture button.
- **Picture stabilization**: When on, the Camera adjusts settings to minimize the effect of camera movement while shooting.

62

- **Timer**: Choose a timer setting to delay the taking of pictures or recording.

- **HDR (Rich tone)**: When on, you can take pictures in various exposures and merge them to create pictures with rich color.

- **Location tags**: When on, GPS location information is stored in picture files.

- **Storage**: If you have an optional memory card installed (not included), you can choose whether to save files to device memory or to the memory card.

- **Review pics/videos**: When on, pictures and videos display briefly after you take them so you can review them.

- **Remote viewfinder**: When turned on, you can take pictures using the viewfinder of a connected device. Your device and the remove device must be connected via Wi-Fi Direct connection to use this option.

- **White balance**: Choose a setting for current light conditions.

- **Exposure value**: Adjust the brightness of pictures.

- **Guidelines**: When on, guidelines display on the screen to aid in composition.

- **Voice control**: When on, you can take pictures or record videos by speaking commands.

- **Help**: Learn about using the Camera.

- **Reset**: Return settings to the defaults.

## Chrome

Use Google Chrome to browse the web.

■ From the Home screen, tap ▦ **Apps >** 🌐 **Chrome.**

## Clock

The Clock application includes these features:

The Clock app offers features for keeping track of time and setting alarms.

1. From the Home screen, tap ▦ **Apps >** 🕐 **Clock.**

2. Tap a tab to use a feature:

- **Alarm**: This feature allows you to set an alarm to ring at a specific time.

- **World clock**: allows you to view the time of day or night in other parts of the world. World Clock displays time in hundreds of different cities, within all 24 time zones around the world.

- **Stopwatch**: You can use this option to measure intervals of time.

- **Timer**: You can use this option to set a countdown timer. Use a timer to count down to an event based on a preset time length (hours, minutes, and seconds).

## Create an Alarm

Create an alarm event. You can set one-time or recurring alarms, and choose options for how to be notified.

1. From the Home screen, tap ⊞ **Apps >** 🕐 **Clock >** ➕ **Create alarm.**

   • **Time:** Choose a time for the alarm.

   • **Days:** Choose the days to use this alarm.

   • **Repeat weekly:** When enabled, the alarm repeats every week.

   • **Alarm type:** Choose whether the alarm will use sound, vibration, or vibration and sound to alert you.

   • **Alarm tone:** If you have chosen an alarm type that includes sound, choose a sound to play for the alarm.

   • **Alarm volume:** If you have chosen an alarm type that includes sound, drag the slider to set the volume of the alarm.

   • **Snooze:** Assign time intervals for snooze.

   • **Smart alarm:** When on, the alarm will start playing a tone at a low volume at an interval before the alarm time, and slowly increase in volume. Choose a time interval and a tone to use with smart alarm. Available when you have chosen an alarm type that includes sound.

   • **Name:** Enter a name for the alarm.

2. Tap **Save.**

64

## Delete an Alarm

1. From the Home screen, tap ⊞ **Apps >** 🕐 **Clock.**

2. Touch and hold an alarm, and then tap 🗑 **Delete.**

## Cloud

Use Verizon Cloud to back up and access information. You can use Verizon Cloud to transfer content between other devices that are sometimes running on different operating systems.

■ From the Home screen, tap ⊞ **Apps >** ◉ **Cloud**.

## Contacts

Use Contacts to store information for your friends, family and colleagues, to make contacting them easy.

For more information, see *"Contacts"* on page 30.

■ From the Home screen, tap ⊞ **Apps >** 👤 **Contacts.**

## Drive

With the Google Drive application, everything that you add to your Drive from work or home is also available on your device. You can create and edit documents on your device and the changes are saved everywhere.

■ From the Home screen, tap ⊞ **Apps >** 🔺 **Drive.**

# Email

Email enables you to review and create email using various email services. You can also receive message alerts when you receive an important email.

## Adding an Email Account

The first time you launch Email, the app will prompt you to set up an email account on your phone.

1. From the Home screen, tap ▦ **Apps >** 🔴 **Email**.

2. Enter your email address in the **Email address** field.

3. Enter your password in the **Password** field. To see your password as you enter it, tap Show password.

4. Tap **Next** to start automatic email setup.

   – or –

   If you need to configure custom settings, tap **Manual setup** and then enter your settings. These may include mail type, user name, password, server, security type, etc.

5. Follow the onscreen prompts to configure options for the account.

6. Tap **Done** to complete setup.

## Adding Additional Email Accounts

If you already have an email account set up on your phone, you can still add a new account from Email.

1. From the Home screen, tap ▦ **Apps >** 🔴 **Email**.

2. Tap ▦ **Menu > Settings > Manage accounts.**

3. Tap ➕ **Add**, and then follow the prompts to enter your log in credentials and configure options for the account.

## Creating a Microsoft Exchange Email Account

Use the following procedure to configure your phone to synchronize with a Microsoft Exchange email account.

**Note:** Before setting up a Microsoft Exchange ActiveSync Account, contact your company's Exchange Server administrator for information you'll need while setting up the account.

1. From the Home screen, tap ▦ **Apps >** 🔴 **Email**.

2. Tap ▦ **Menu > Settings > Manage accounts.**

3. Tap ➕ **Add > Corporate.**

4. Enter your email address in the **Email address** field.

Applications    65

5. Enter your password in the **Password** field. To see your password as you enter it, tap Show password.

6. Tap **Manual setup** and then enter your settings. You may need to consult your network administrator for this information:

   • **Domain\username**: Enter your network domain and username, separated by "\".

   • **Password**: Enter your network access password (case-sensitive).

   • **Exchange server**: Enter your system's Exchange server remote email address. Obtain this information from your company network administrator.

   • **Use secure connection (SSL)**: Tap to place a checkmark in the box, if your system requires SSL encryption.

   • **Use client certificate**: Tap to place a checkmark in the box, if your system requires certification.

7. Follow the onscreen prompts to configure options for the account.

8. Tap **Done with accounts** to complete setup.

## Composing and Sending Email

Compose and send email using any account you have set up on your phone. Increase your productivity by attaching files such as pictures, videos, or documents to your email messages.

1. From the Home screen, tap ▦ **Apps >** @ **Email.**

2. From the Inbox, tap ✉ **Compose.**

3. Tap fields to compose your message:

   • Tap the **To** field and enter the recipient's email address. You can add multiple message recipients.

   • To send a carbon copy (Cc) or a blind carbon copy (Bcc) of the email to other recipients, tap ⌄ , and then tap **Cc** or **Bcc**.

   • Tap the **Subject** field and enter the email subject.

   • Tap the text entry field and compose your email.

     – To add an attachment, tap ⌀ **Attach**, and then choose My Files, Images, Take picture, Video, Record video, Audio, Record audio, Memo, Calendar, Contacts, or Maps.

     – Tap ⠿ **Menu** for more options, including Send email to myself, Scheduled email, Priority, and Security options.

4. To send the message, tap ⎗ **Send.**

## Replying To or Forwarding Email

Reading and replying to email on your phone is as simple as on your computer.

1. From the Home screen, tap  **Apps >**  **Email.**

2. On the email account Inbox, tap a message to view it.

3. Choose an option:

-  **Reply**: Send a message to the original sender.
-  **Reply all**: Send a reply to the original recipient list.
-  **Forward**: Send the message to new recipient(s).

4. Enter a message (if desired) and then tap  **Send.**

## Managing Your Email Inbox

The following procedures allow you to view, refresh, sort, and delete your email messages.

### View Your Email Inbox

1. From the Home screen, tap  **Apps >**  **Email.**

2. If you have multiple accounts set up on your phone, tap the toolbar at the top of the screen and then choose one from the menu.

### Synchronizing an Email Account

Whatever your automatic synchronization settings are, you can also synchronize your sent and received email messages manually at any time.

1. From the Home screen, tap  **Apps >**  **Email.**

2. If you have multiple accounts set up on your phone, tap the toolbar at the top of the screen and then choose one from the menu.

3. Tap  **Sync.**

## Emergency Alerts

This device is designed to receive wireless emergency alerts from the Commercial Mobile Alerting System (CMAS). If your wireless provider has chosen to participate in CMAS, alerts are available while in the provider's coverage area. If you travel outside your provider's coverage area, wireless emergency alerts may not be available. For more information, please contact your wireless provider.

Emergency Alerts allows customers to receive geographically-targeted messages. Alert messages are provided by the US Department of Homeland Security and will alert customers of imminent threats to their safety within their area. There is no charge for receiving an Emergency Alert message.

There are three types of Emergency Alerts:

● Alerts issued by the President

● Alerts involving imminent threats to safety or life (Extreme and Severe)

● AMBER Alerts (missing child alert)

## Filtering Email Messages

1. From the Home screen, tap [grid icon] **Apps >** [email icon] **Email.**

2. On the email account Inbox, tap [menu icon] **Menu > Filter by.**

3. Select an option, to display messages that match the filter.

## Deleting Email Messages

1. From the Home screen, tap [grid icon] **Apps >** [email icon] **Email.**

2. Touch and hold a message to select it. To delete multiple messages, continue selecting messages by tapping the check boxes.

3. Tap [delete icon] **Delete,** and then follow the prompts to confirm the deletion.

## Email Settings

You can customize many of your phone's email settings.

■ From the Home screen, tap [grid icon] **Apps >** [email icon] **Email >** [menu icon] **Menu > Settings.**

– or –

From the Home screen, tap [grid icon] **Apps >** [settings icon] **Settings >** [apps icon] **Applications > Email.**

For detailed information about call settings, see *"Email Settings"* on page 130.

68

## Flipboard

Use Flipboard to create a personalized digital "magazine" out of everything being shared with you. Access news stories, personal feeds and other related material. Flip through your Facebook newsfeed, tweets from your Twitter account, photos from friends and much more.

■ From the Home screen, tap ▦ **Apps >** ▇ **Flipboard.**

## Gallery

The Gallery is where you view photos and play back videos. For photos, you can also perform basic editing tasks, view a slideshow, set photos as wallpaper or contact image, and share as a picture message.

1. From the Home screen, tap ▦ **Apps >** 🌻 **Gallery.**

2. Select a folder location (such as Camera) and tap a thumbnail to view the picture or video.

3. From the Gallery screen, you can use these options:

   ● Tap a picture or video to display it in full screen view.

   ● Touch and hold thumbnails to select them (indicated by a check mark).

   ● Tap ▤ **View by/Filter** by to choose a display style. You can view by Time or Album, or Filter to show only documents.

---

**Note:** Presidential alerts cannot be disabled.

■ From the Home screen, tap ▦ **Apps >** ⚠ **Emergency Alerts.**

## Configure Emergency Alert Settings

1. From the Home screen, tap ▦ **Apps >** ⚠ **Emergency Alerts.**

2. Tap ▇ **Menu > Settings** for these options:

   ● **Alert types:** Enable or disable alerts. Presidential alerts cannot be disabled. Tap Emergency alert text messages to receive test alerts.

   ● **Emergency alert tone:** Tap to hear a sample emergency alert.

   ● **Vibrate:** When enabled, your phone will vibrate for emergency alerts.

   ● **Alert reminder**: Choose an interval for your phone to remind you of an emergency alert, or choose Off for no reminders.

   ● **Speak alert message:** When enabled, your phone will use text-to-speech to read out emergency alerts.

## *Viewing Photos and Videos*

After selecting an album from the Albums tab, you can browse the photos and videos of that album in either photo pile or grid view. Tap a photo or video to view it in full screen.

### Viewing Photos

1. From the Home screen, tap [⊞] **Apps > [🖼️] Gallery.**

2. Tap a thumbnail to view the picture. While viewing a picture full-screen you can use these options:

   • [📱] **Screen mirroring**: Choose a device to share the picture via Group Play.

   • [🔗] **Share**: Choose an option for sharing the picture. Options may include Dropbox, Bluetooth, Drive, Email, Flipboard, Gmail, Google+, Hangouts, Memo, Messages, Photos, Picasa, or Wi-Fi Direct.

   • [🗑️] **Delete**: Erase the current picture.

   • Tap [📷] **Camera** to launch the Camera to take pictures or record video.

   • [⬛] **Menu**: Choose other options.

     – **Edit**: Modify the picture.

     – **More info**: View information about the video.

---

• Tap [🔍] **Search** to enter keywords to search for items, or choose a view or filter.

• Tap [📷] **Camera** to launch the Camera to take pictures or record video.

• Tap [⬛] **Menu** for options. Available options depend on which gallery screen you are viewing, and may include:

  – **Select album/Select item**: Depending on the view, tap albums or items to select them. After selection, you can tap Menu again for options you can use with the selected item.

  – **Delete**: Erase item(s).

  – **Sort by oldest/Sort by latest**: Choose how items are listed by time.

  – **Create album**: Create a new album to group pictures.

  – **Content to display**: Choose whether to display all content, or only pictures stored on your device, or from Dropbox, Facebook, or Picasa (if you have those accounts set up on your device).

  – **Slideshow**: Choose options to create a slideshow for viewing your pictures and videos.

  – **Studio**: Edit the item using the Studio tool.

  – **Settings**: Configure Gallery settings.

70

— **Copy to clipboard**: Save a copy of the picture to the clipboard, so you can paste it into another app.

— **Rotate left/Rotate right:** Change the orientation of the picture.

— **Crop**: Adjust the size of the picture.

— **Rename**: Change the name of the video file.

— **Slideshow**: Create a slideshow.

— **Set as:** Set the picture as wallpaper on the lock or home screen.

— **Print**: Print the picture to a compatible Wi-Fi printer (not included).

— **Settings**: Configure Gallery settings.

## Viewing Videos

1. From the Home screen, tap ▦ **Apps >** 🖼 **Gallery**.

2. Tap a video to select it. When the video is displayed full-screen, you can use these options:

- 🔗 **Share**: Choose an option for sharing the picture. Options may include Dropbox, Bluetooth, Drive, Email, Flipboard, Gmail, Google+, Hangouts, Memo, Messages, Photos, Picasa, or Wi-Fi Direct.

- ✂ **Video trimmer**: Edit the length of the video. Drag the trimmer from the end of the video (the right side of the screen), to shorten the video.

- 🗑 **Delete**: Erase the current video.

- ▤ **Menu**: Choose other options, including:

  — **More info**: View information about the video.

  — **Rename**: Change the name of the video file.

  — **Slideshow**: Create a slideshow.

  — **Settings**: Configure Gallery settings.

**Note:** If no icons appear on the screen, tap anywhere on the screen to display them.

4. Tap the **Compose email** field and compose your email. To add an attachment, tap ⬚ **Menu > Attach file.**

5. To send the message, tap **Send.**

   ● To save the current email as a draft, tap ⬚ **Menu > Save draft.** To view your draft email messages, from the Inbox, tap **Inbox** and then tap **Drafts.**

   ● To delete the current email message, tap ⬚ **Menu > Discard.**

## Google

Use Google to search the Web.

■ From the Home screen, tap ⬚ **Apps >** 8 **Google.**

**Tip:** You can also access Google Search from the Google widget on the home screen.

## Gallery Settings

You can customize many of your phone's calling features.

■ From the Home screen, tap ⬚ **Apps >** 🟡 **Gallery >** ⬚ **Menu  > Settings.**

   – or –

   From the Home screen, tap ⬚ **Apps >** ⚙ **Settings >** ⊞ **Applications > Gallery.**

For detailed information about call settings, see *"Gallery Settings"* on page 131.

## Gmail

Gmail is a web-based email service. Gmail is configured when you first set up your phone. Depending on your synchronization settings, Gmail can automatically synchronize with your Gmail account on the web.

### Sending a Gmail Message

1. From the Home screen, tap ⬚ **Apps >** 🔶 **Gmail**

2. From the Inbox, tap ✉ **Compose,** and then enter email address(s) in the **To** field.

   ● To send a carbon copy (Cc) or a blind carbon copy (Bcc) of the email to other recipients, tap ⬚ **Menu > Add Cc/Bcc.**

3. Tap the **Subject** field and enter the email subject.

72

## Google Settings

Google Settings provides a quick access to settings for Google+, Location, Search, Ads and Android Device Manager.

This application icon does not display on initial start-up of the phone. The first time you access a Google account (Gmail, Store, or other application) this app icon displays on the home screen.

You must be signed in to the application in which you want to configure (ex: Google+ to configure Google+ settings).

■  From the Home screen, tap ▦ **Apps >** ⚙ **Google Settings.**

## Google+

Google+ makes sharing with your friends a lot easier. You can set up Circles of friends, visit the Stream to get updates from your Circles, or use Instant Upload to automatically upload videos and photos to your own private album on Google+.

■  From the Home screen, tap ▦ **Apps >** **g+** **Google+.**

## Hangouts

Hangouts is an application for text messaging, instant messaging and video messaging offered by Google. You can connect with your friends across computers and various Android devices. Have conversations or video calls with up to 10 friends.

■  From the Home screen, tap ▦ **Apps >** 💬 **Hangouts.**

## Help

The Help application provides detailed help for using your phone and the included features and applications.

■  From the Home screen, tap ▦ **Apps >** ❓ .

## IMDb

Search movies and actors, view trailers and showtimes, explore top charts and box office information, and add movies and TV to your personal Watchlist.

■  From the Home screen, tap ▦ **Apps >** **IMDb** **IMDb.**

Applications    73

# Isis Mobile Wallet

Isis Mobile Wallet uses NFC technology to let you pay for purchases with just a tap of your phone. The Wallet holds credit, debit, and loyalty cards while organizing offers, deals, and promotions. Isis helps you manage your spending by showing you card balances and recent purchases for most of the cards in your Wallet.

**Note:** Isis Mobile Wallet requires a special SIM card. See your Customer Service representative for more information.

1. Make sure NFC is activated on your phone.
2. From the Home screen, tap ▦ **Apps >** ✦ **Isis Mobile Wallet**.
3. Sign into your Google Account if you haven't already done so.
4. The first time you access Isis Wallet, the Play Store app launches. Tap **Update**, and then follow the prompts to download and install the app.
5. After the app is downloaded, tap **Open** to open the app.

74

# Maps

Use Google Maps to find your current location, plus get directions and other location-based information.

**Note:** You must enable location services to use Maps, and some features require Standalone or Google location services. For more information, refer to *"Location Settings"* on page 136.

■ From the Home screen, tap ▦ **Apps >** 🗺 **Maps**.

## Navigating the Map

### Zooming
● Double-tap on the screen to zoom in.
● Touch Zoom in or Zoom out.

### Scrolling
● Touch and drag on the screen to reposition the map in the display.

### Touch
● Touch an icon on the map to display information about the location.

# Message +

Verizon Messages provides multi-device messaging, personalized conversations, location sharing, and a built-in content finder.

For more information, see *"Message +"* on page 51.

■  From the Home screen, touch ⊞ **Apps >**

🟥 **Message +.**

# Messages

Send and receive text or multimedia messages.

For more information, refer to *"Messaging"* on page 48.

■  From the Home screen, tap ⊞ **Apps >**

📂 **Messages.**

# Memo

Record ideas instantly and freely with memos containing text, pictures, or voice recordings.

1. From the Home screen, tap ⊞ **Apps >** ▭ **Memo.**

2. In Memo, you can use these options:

   • "Tap ＋ **Add** to create a new memo.

   • "Tap ▥ **Options** for available categories.

   • "Tap 🔍 **Search** to enter key words to find a memo.

   • "Tap ⋯ **Menu** and select one of the following options:

     – **Select:** Choose memo(s), to delete them or for other options like sharing or printing.

     – **Delete:** Select memo(s) to erase.

     – **Account:** Access your Samsung account, to sync memos with your account.

## Sharing a memo

You can share a memo using a variety of applications.

1. From the Home screen, tap ⊞ **Apps >** ▭ **Memo.**

2. Tap a memo from the list or category.

3. Tap ⋮ **Menu > Share via** and select an application for sharing.

Applications   75

# Music

The Music app plays music files. Use Music to browse your music library, play songs, and create playlists. You can also set songs as ringtones for incoming calls, or as alarm tones.

**Note:** For information about loading music onto your phone, see Transfer Files Between Your Phone and a Computer.

When you close the Music screen, playback will continue in the background, so you can listen to music while you use other features of your phone. When music is playing in the background, you can access playback controls from the Notification panel.

## Playing Music

1. From the Home screen, tap ⊞ **Apps >** 🎵 **Music.**

2. Tap a library category at the top of the screen (Songs, Playlists, Tracks, Albums, Artists, Music square, or Folders) to view the available music files, and then scroll through the list of songs and tap an entry to begin playback.

3. During playback, you can use these controls:

   ⏸  Pause the song.

   ▲  Start the song after pausing.

   ⏮  Start the song after pausing.

   ⏭  Press and hold to fast-forward the song. Tap to go to the next song.

   📶  Volume control and SoundAlive.

   🔀  Plays the entire song list once.

   🔁  Repeats the current list.

   🔂  Repeats the current song.

Shuffles the current list of songs randomly.

Songs play in order and are not shuffled.

Mark the song as a favorite.

Stream the current music file to another device via Group Play.

## My Files

Find, view and manage files stored in your phone's memory, or on an optional installed memory card (not included).

1. From the Home screen, tap [grid] **Apps >**  **My Files.**

2. Folders display, including:

- **Recent files**: Recently downloaded files.
- **Images**: Pictures stored on your phone.
- **Videos**: Videos stored on your phone.
- **Audio**: Songs stored on your phone.
- **Documents**: Other files stored on your phone.
- **Downloaded apps**: Apps you've downloaded and installed.

**Note**: Different folders may appear depending on how your phone is configured.

## My Verizon Mobile

My Verizon Mobile makes managing your account easier and more convenient. Use your mobile device to access all the account feature that are available in My Verizon online.

■  From the Home screen, tap [grid] **Apps >** [icon] **My Verizon Mobile.**

## NFL Mobile

Play the popular game on your phone.

■  From the Home screen, tap [grid] **Apps >** [icon] **NFL Mobile.**

## Phone

Place calls, review recent calls, or dial a number to send a message.

For more information, see *"Calling"* on page 38.

■  From the Home screen, tap [icon] **Phone.**

## Photos

Use this application to view and share images or videos using Google's social network services.

1. From the Home screen, tap  **Apps >**  **Photos.**

2. Select one of the following categories:

   - **CAMERA**: View all the images or videos that are taken or downloaded to the device.

   - **HIGHLIGHTS**: View images or videos grouped by date or album. Touch to view all of the images or videos in the group.

3. Select an image or video.

4. While viewing the image or video, use one of the following options:

    Modify the image.

   Share the image or video with others.

   Delete the image or video.

## Play Books

Google Books is now Google Play™ Books. Discovering your favorite books and authors has never been easier. With Google Play Books, you can shop the world's largest selection of e-books and read them anywhere you like - on a tablet, phone, e-reader, or the Web.

■ From the Home screen, tap **Apps >** **Play Books.**

## Play Games

This application takes you directly to the Play Store Games area where you can download games.

■ From the Home screen, tap **Apps >** **Play Games** .

## Play Movies & TV

With Google Play™ Movies & TV, you can rent thousands of different movies, to watch instantly, or download for offline viewing later. You'll need to have a Google account set up on your device to download content.

■ From the Home screen, tap **Apps >** **Play Movies & TV.**

78

# Play Music

With Google Play™ Music, you can play music you've downloaded, and music you copied from your computer.

■ From the Home screen, tap ▦ **Apps >** 🎵 **Play Music.**

# Play Newsstand

With Google Play Newsstand, subscribe to your favorite magazines and news sources and have them available to read on your phone at any time or any place.

■ From the Home screen, tap ▦ **Apps >** 📰 **Play Newsstand** .

# Play Store

Android Market is now Google Play™ Store, where all your favorite books, movies, apps, and games are all in one place that's accessible from the Web and your Android device. You'll need to have a Google account set up on your phone to download a new application.

■ From the Home screen, tap ▦ **Apps >** 🛒 **Play Store.**

# POLARIS Office 5

Polaris® Office Mobile is a Microsoft Office compatible office suite. This application provides a central place for managing your documents online or offline. The application can also open Adobe PDF (Portable Document Format) files.

■ From the Home screen, tap ▦ **Apps >** 🔷 **Polaris Office 5.**

# S Health

Use S Health to manage your wellness. S Health records activity level, food consumption, heart rate, and other health-related issues like blood glucose level, blood pressure and weight from external devices.

1. From the Home screen, tap ▦ **Apps >** 🟢 **S Health.**

2. Follow the prompts to read the introduction and tap **Next.**

3. Follow the prompts to read and agree to the terms and conditions, and then tap **Next.**

4. Sign in to your Samsung account if you have not already done so.

5. Follow the on-screen instructions to use S Health.

Applications    79

## Before You Start Exercising

This app can be used to monitor your exercise. While moderate physical activity, such as brisk walking, is safe for most people, health experts suggest that you talk with your doctor before you start an exercise program, particularly if you have any of the following conditions:

- Heart disease;
- Asthma or lung disease;
- Diabetes, or liver or kidney disease;
- Arthritis.

You should also check with your doctor if you have symptoms suggestive of heart, lung, or other serious disease, such as:

- Pain or discomfort in your chest, neck, jaw, or arms during physical activity;
- Dizziness or loss of consciousness;
- Shortness of breath with mild exertion or at rest, or when lying down or going to bed;
- Ankle swelling, especially at night;
- A heart murmur or a rapid or pronounced heartbeat;
- Muscle pain when walking upstairs or up a hill that goes away when you rest.

80

Finally, the American College of Sports Medicine recommends that you see your doctor before engaging in vigorous exercise if two or more of the following apply:

- You are a man older than age 45 or a woman older than age 55;
- You have a family history of heart disease before age 55;
- You smoke or quit smoking in the past six months;
- You have not exercised for three months or more;
- You are overweight or obese;
- You have high blood pressure or high cholesterol;
- You have impaired glucose tolerance, also called pre-diabetes.

## When in Doubt - Check it Out

If you are unsure of your health status, have several health problems, or are pregnant, you should speak with your doctor before starting a new exercise program. Working with your doctor ahead of time is a good way to plan an exercise program that is right and safe for you. Consider it the first step on your path to physical fitness.

## S Voice

Use S Voice to speak commands to perform operations on your phone, and to speak criteria for searches and other operations. Just speak naturally, and S Voice understands what you're looking for. use the power of S Voice to find everything from directions to trivia answers to the current weather forecast.

1. From the Home screen, touch  **Apps >**
    **S Voice.**

2. Follow the prompts to learn about S Voice, and to review and accept the terms and conditions.

3. Tap **Tutorial** to learn about S Voice, or tap **Start S Voice** to skip the tutorial and start using S Voice.

4. Speak a command. The screen gives you some examples.

5. Tap the microphone icon if the phone does not hear you, or to give it a command.

## Settings

Configure your phone to your preferences. For more information, see *"Settings"* on page 94.

■ From the Home screen, touch  **Apps >**
   **Settings.**

## Setup Wizard

Use the Setup wizard to quickly configure your phone.

■ From the Home screen, touch **Apps >**
   **Setup wizard.**

## Slacker

Listen to your personal Slacker radio station on your phone.

**Note:** You must have a Slacker account to use the Slacker Radio app. For more information, visit http://www.slacker.com.

■ From the Home screen, touch **Apps >**
   **Slacker.**

Applications   81

# Smart Remote

Use your phone to control your TV, Set-top box, DVR, Stereos, and other electronic devices.

## Configure Smart Remote

Choose your TV service and personalize your selections.

1. From the Home screen, touch ▦ **Apps** > 🔧 **Smart remote**.

2. Follow the prompts to configure the service:
   - **Find your TV service**: Follow the prompts to select your country or region, enter your ZIP code, and then select your TV service provider from the list.
   - **Personalize**: Smart Remote offers Just For You suggestions based on what you like to watch. Personalize your top picks by answering a few questions, and then tap the star on shows you like. Smart Remote will suggest similar programs. You can skip personalization and continue with configuration.

3. Continue following the prompts to read and agree to the disclaimer and complete configuration.

82

## Customize Your Smart Remote

Set up your phone to control your TV, Set-top box, DVR, Stereos, and other electronic devices.

**Note:** Your TV or other device must be turned off to customize Smart Remote.

1. From the Home screen, touch ▦ **Apps** > 🔧 **Smart remote**.

2. Tap 🔧 **Universal Remote Control > Continue.**

3. Tap Select your TV brand, and then choose the brand of your TV.
   - If your TV is not listed, tap **Show other brands** to choose from a full list of brands.
   - If you are using a projector, tap **I have a home projector**, and then choose the brand of projector.

4. Aim your phone at the TV, and then tap **Power** to turn on your TV. Be sure the Infrared Transmitter on the top of your phone is pointed at the TV.

5. Confirm the codes:
   - If the TV turned on, tap **Yes, this code 1 works**.

- If the TV did not turn on, tap **No, text next code 2**, or **Send this code 1 again**. Depending on the model of your TV, you may need to try several codes to find the one that works.

6. From the Select your channel source screen, select the entry that matches your current method for changing channels:

- **Set-top Box**: Choose this if you use a set-top box from your TV service provider to change channels. Continue to choose the brand of your set-top box, and then tap Enable IR to configure your set-top box to receive commands from your phone's Infrared Transmitter.

- **My (TV brand) TV**: Choose this when your TV signal is fed directly into the TV, and you currently use your TV remote to change channels.

## Use your Smart Remote to Control Your TV

After customizing Smart Remote, you can use it to control your TV.

1. From the Home screen, touch ▦ **Apps >** 🎮 **Smart remote**.

2. From the Smart Remote screen, tap 🎮 **Universal Remote Control** for options:

   - **Easy remote**: provides the most common used control features. Scroll down to view additional functions.

   - In a single motion touch and drag up from the bottom right of the screen to access additional remote options, including:

     — **TV**: Control functions for your TV.

     — **Set top box**: Control your set-top box.

Applications     83

## Video

Play videos stored on your phone, or from your other devices (you must sign in to your Samsung account to play videos synced from your other devices).

1.  From the Home screen, tap ⊞ **Apps > ▲ Video.**

2.  Scroll through the videos stored on your device. After a few seconds, each video thumbnail begins playing a preview of the clip.

3.  Tap a video to view it.

### Use Pop-up Play

Multitask with Pop-up Play - transform your video player into a pop-up window floating on the screen. The video will continue to play, and the pop-up window can be resized or moved anywhere on the screen.

1.  From the Home screen, tap ⊞ **Apps > ▲ Video.**

2.  Tap a video to view it.

3.  Tap 🗗 to continue playing the video in a floating window. Drag the window to any location on the screen, and use two fingers to pinch or spread to resize the floating window.

## Task Manager

Your device can run apps simultaneously, with some apps running in the background. Use Task Manager to see which apps are running on your device, and to end running apps to extend battery life. You can also uninstall apps from your device and check memory usage.

1.  From any unlocked screen, tap ▢ **Recent,** and then select **Task manager**.

2.  On the **Active applications** screen, view apps running on your device. Touch **End,** or **End all** to close apps.Verizon Tones

Preview, purchase, and download ringtones and ringback tones.

**Note:** Airtime or download charges may apply.

1.  From the Home screen, touch ⊞ **Apps > 📞 Verizon Tones.**

2.  The first time you launch the app, you'll be prompted to create a profile. Follow the prompts to install and use the app.

84

## Voice Recorder

Record your voice or other sounds, and share recordings via Bluetooth, Messaging, or Gmail.

■ From the Home screen, tap ▦ **Apps >** ▦ **Voice Recorder.**

## Voice Search

Use voice commands to search the web with Google.

■ From the Home screen, tap ▦ **Apps >** ● **Voice Search.** Visual Voicemail

All unanswered calls to your phone are sent to voicemail, even if your phone is turned off, so you'll want to set up your voicemail and personal greeting as soon as you activate your phone.

■ From the Home screen, tap ▦ **Apps >** ◎ **Voicemail.**

**Note:** For more information about setting up and checking voicemail, see *"Voice Mail"* on page 13.

## VZ Navigator

Use VZ Navigator® to find, share and navigate to millions of locations, avoid traffic and drive or walk with ease.

**Note:** VZ Navigator requires service activation. Contact Verizon Wireless for more information.

■ From the Home screen, touch ▦ **Apps →** ⊘ **VZ Navigator.** VZ Protect

VZ Protect is an Android security app that safeguards your personal data, protects your privacy, and locates your missing smartphone.

■ From the Home screen, touch ▦ **Apps →** ▢ **VZ Protect.**

## YouTube

View and upload YouTube videos, right from your phone.

■ From the Home screen, tap ▦ **Apps >** ▶ **YouTube.**

# Section 7: Connections

This section describes connections between your phone and other devices.

## PC Connections

You can connect your device to a PC using your PC data cable using various USB connection modes.

**Media device (MTP)**: allows you to transfer media files in Windows, or using an Android file transfer app on a Mac.

**Camera (PTP)**: allows you to transfer photos using the camera software, and transfer any files onto a PC that does not support MTP.

**Note:** To sync your device to your computer you can install Samsung Kies which is available at http://www.samsung.com/kies (for Windows/Mac).

## Connecting as a Storage Device

You can connect your device to a PC as a removable disk and access the file directory. If you insert a memory card in the device, you can also access the files directory from the memory card by using the device as a memory card reader.

1. Connect the USB cable to the device and connect the cable to the computer. After a few seconds, a pop-up window displays on the PC when connected.

2. On the PC pop-up, click **Open device to view files**.

3. Tap **Card** to see the contents on your memory card or tap **Phone** to see the contents on your phone.

4. You can now copy and move files back and forth between your PC and your phone.

86

# Wi-Fi

## About Wi-Fi

Wi-Fi (short for "wireless fidelity" and sometimes referred to as Wi-Fi) is a term used for certain types of Wireless Local Area Networks (WLAN). Wi-Fi communication requires access to a Wireless Access Point (WAP). These WAPs can either be Open (unsecured) as with many Hot Spots, or Secured, meaning you need to sign in with a password.

## Turning Wi-Fi On or Off

Turning Wi-Fi on makes your device able to discover and connect to compatible in-range WAPs.

1. From the Home screen, tap ▦ **Apps > ⚙ Settings.**
2. Tap 📶 **Wi-Fi,** and then tap the **ON/OFF** switch beside Wi-Fi to turn Wi-Fi on or off.

## Scanning and Connect to a Wi-Fi Network

1. From the Home screen, tap ▦ **Apps > ⚙ Settings.**
2. Tap 📶 **Wi-Fi,** and then tap the network you want to connect to.
   • When you select an open network, you are automatically connected to the network.
   • Enter a wireless password if necessary.

## Manually Connect to a Wi-Fi Network

1. From the Home screen, tap ▦ **Apps > ⚙ Settings.**
2. Tap 📶 **Wi-Fi > Add Wi-Fi network.**
3. Enter information about the Wi-Fi network:
   • Tap **Network SSID** to enter the name of the Wi-Fi network.
   • Tap the **Security** field and select a security option. This must match the current security setting on your target WAP. If secured, you will also need to enter your WAP's password.
   • Tap **Show advanced options,** if you need to add advanced options such as Proxy settings, IP settings, or Key management.
4. Tap **Connect** to store the new information and connect to your target WAP.

Connections    87

## Wi-Fi Direct

Wi-Fi Direct allows direct device-to-device connections via Wi-Fi, without having to connect to a Wi-Fi network.

1. From the Home screen, tap ⊞ **Apps > ⚙ Settings**.

2. Tap 🛜 **Wi-Fi**, and then tap the **ON/OFF** switch beside Wi-Fi to turn Wi-Fi on. Wi-Fi must be on to configure settings.

3. Tap ⋮ **More > Wi-Fi Direct**. Your device automatically scans for nearby Wi-Fi Direct devices, or you can tap **Scan** to start scanning.

4. After scanning for devices, select a device, and then follow the prompts to complete the connection.

   – or –

   Tap ⋮ **More > Multi connect** to scan for devices that support multi connect. Select the devices and follow the prompts to establish the connections.

## NFC

NFC (Near Field Communication) allows data exchange when you touch your device with another compatible device. This is used for applications such as S Beam. To activate NFC on your device, see *"NFC"* on page 101.

## Android Beam

When Android Beam is activated, you can beam app content to another NFC-capable device by holding the devices close together. You can beam browser pages, YouTube videos, contacts, and more. For more information, refer to *"Android Beam"* on page 102.

## S Beam

When S Beam is activated, you can beam files to another NFC-capable device by holding the devices close together. You can beam images and videos from your Gallery, music files from your Music app, and more. For more information, refer to *"S Beam"* on page 102.

## Tap and pay

Tap and pay allows you to select the default payment application you want to use for making on-phone purchases. For more information, refer to *"Tap and Pay"* on page 103.

88

# Bluetooth

Bluetooth is a short-range communications technology that allows you to connect wirelessly to a number of Bluetooth devices, such as headsets and hands-free car Bluetooth systems, and Bluetooth-enabled computers, printers, and wireless devices. The Bluetooth communication range is approximately 30 feet.

## Turning Bluetooth On and Off

1. From the Home screen, tap ⊞ **Apps >** ⚙ **Settings.**
2. Tap ✴ **Bluetooth**, and then tap the **ON/OFF** switch to turn Bluetooth on or off.

## Bluetooth Settings

The Bluetooth settings menu allows you to set up many of the characteristics of your device's Bluetooth service, including:

- Entering or changing the name your device uses for Bluetooth communication and description
- Setting your device's visibility (or "discoverability") to other Bluetooth devices

## Changing Your Phone's Name

Device names are used to identify devices during pairing, and when using Wi-Fi Direct or other Wi-Fi based features. This is the name others will use when pairing with your phone via Bluetooth.

1. From the Home screen, tap ⊞ **Apps >** ⚙ **Settings.**
2. Tap ✴ **Bluetooth >** ▦ **More > Rename device.**
3. After the **Rename device** screen displays, tap **Device name**, and use the keyboard to edit your device name and tap **OK**.

## Making Your Phone Visible to Other Bluetooth Devices

When you make your phone visible, other Bluetooth can find it in a scan and initiate pairing. You can choose the length of time your phone remains visible.

1. From the Home screen, tap ⊞ **Apps >** ⚙ **Settings.**
2. Tap ✴ **Bluetooth >** ▦ **More > Visibility timeout.**
3. Select a time period for your device to remain visible after you turn on visibility.

## Reviewing Files Received via Bluetooth

When you receive files from another device via Bluetooth, you can access them from Bluetooth settings.

1. From the Home screen, tap 🔲 **Apps >** ⚙ **Settings.**
2. Tap ✳ **Bluetooth >** ▦ **More > Received files.**

## Scanning For Bluetooth Devices

When you want to pair with another Bluetooth device, you can scan for nearby devices that are visible.

1. From the Home screen, tap 🔲 **Apps >** ⚙ **Settings.**
2. Tap ✳ **Bluetooth,** and then tap the **ON/OFF** switch to turn on Bluetooth.
3. Tap **Scan.** Nearby devices display on the screen.

## Pairing Bluetooth Devices

The Bluetooth pairing process allows you to establish trusted connections between your device and another Bluetooth device.

Pairing between two Bluetooth devices is a one-time process. Once a pairing is created, the devices will continue to recognize their partnership and exchange information without having to re-enter a passcode again.

## Pairing with a Bluetooth device:

1. From the Home screen, tap 🔲 **Apps >** ⚙ **Settings.**
2. Tap ✳ **Bluetooth,** and then tap the **ON/OFF** switch to turn on Bluetooth.
3. Make sure that the target device is discoverable, so that your phone can find it. Refer to the instructions that came with the device to find out how to set it to discoverable mode.
4. Tap **Scan.** Your phone will start to scan for Bluetooth devices within range.
5. When you see the name of the target device displayed in the Bluetooth devices section, tap the name. Your phone then automatically tries to pair with the target device. If automatic pairing fails, enter the passcode supplied with the target device.

**Note:** Due to different specifications and features of other Bluetooth-compatible devices, display and operations may be different, and functions such as transfer or exchange may not be possible with all Bluetooth compatible devices.

90

## Tethering

This option allows you to share your device's mobile data connection with a computer via USB or Bluetooth.

### Connecting via USB Tethering

1. From the Home screen, tap ⊞ **Apps** > ⚙ **Settings**.

2. Tap 📶 **More networks > Tethering**.

3. Attach your device to the PC using the USB cable.

4. Tap **USB tethering** to turn tethering on or off.

### Connecting via Bluetooth Tethering

1. Pair your phone with the computer via Bluetooth. For more information, see "Pairing Bluetooth Devices" on page 90.

2. From the Home screen, tap ⊞ **Apps** > ⚙ **Settings** > 📶 **More networks > Tethering**.

3. Tap **Bluetooth tethering** to turn tethering on or off.

### Disconnecting a Paired Device

Disconnecting a paired device breaks the connection between the device and your phone, but retains the knowledge of the pairing. At a later point when you wish to reconnect the device, there is no need to setup the connection information again.

1. From the Bluetooth settings page, tap the previously paired device (from the bottom of the page).

2. Tap **OK** to confirm disconnection.

### Deleting a paired device (unpairing)

When you unpair from a Bluetooth device, the two devices will no longer recognize each other. To connect again, you'd need to pair the devices.

1. Verify your Bluetooth is active.

2. From the Bluetooth settings page, tap ⚙ next to the previously paired device, and then tap **Unpair** to delete the paired device.

# Mobile Hotspot

This feature allows you to turn your device into a Wi-Fi hotspot. The feature works best when used in conjunction with 4G/LTE data services (although 3G service can also be used).

You can use Mobile Hotspot to share your phone's Internet connection with multiple devices.

**Note:** Mobile Hotspot requires a subscription to Mobile Hotspot/Mobile Broadband Connect service. Contact Verizon Wireless for more information. Mobile Hotspot consumes battery power and uses data service. While the Mobile Hotspot is active, your device's applications will use the Mobile Hotspot data allowance.

## Turning Mobile Hotspot On or Off

1. From home, tap ▦ **Apps >** ⚙ **Settings.**

2. Tap 📶 **More networks > Mobile Hotspot,** and then tap the **ON/OFF** switch to turn the feature On or Off.

**Note:** Using your Mobile Hotspot drains your device's battery much faster.

## Connecting to Your Mobile Hotspot

1. Enable Wi-Fi functionality on the target device, and scan for Wi-Fi networks.

2. Select your phone's name from the list. Your phone's Mobile Hotspot name is the SSID name in Mobile Hotspot settings. For more information, see *"Configure Mobile Hotspot"* on page 99.

3. Follow the prompts to connect the devices.

## Managing the Allowed Devices List

You can create a list of devices that are allowed to connect to your device.

1. From the Home screen, tap ▦ **Apps >** ⚙ **Settings.**

2. Tap 📶 **More networks > Mobile Hotspot.**

3. Tap ▦ **More > Allowed devices > Add new device** to add devices to the allowed list.

4. Enter the Device name and Mac address.

5. Tap **OK** to save the new device.

# VPN

From your phone, you can add, set up, and manage virtual private networks (VPNs) that allow you to connect and access resources inside a secured local network, such as your corporate network.

## Set up a VPN

1. From the Home screen, tap ▦ **Apps** > ⚙ **Settings**.

2. Tap 🔵 **More networks > VPN**.

3. Choose a type of VPN:

- **Basic VPN**:

  — Tap ➕ **Add**, and then enter information about the VPN. Tap Save to store the VPN settings.

- **Advanced IPsec VPN**:

  — Tap ➕ Add, and then enter the VPN details. Tap Save to store the VPN settings.

- **Type**: Choose the type of VPN, from PPTP, L2TP/IPSec PSK, L2TP/IPSec RSA, IPSec Xauth PSK, IPSec Xauth RSA, or IPSec Hybrid RSA.

- **Server address**: Enter the VPN server address.

- **PPP Encryption (MPPE)**: Tap to enable, if used by the VPN.

- **Show advanced options**: Tap to set other options, depending on the type of VPN.

4. Tap **Save** to save the VPN.

## Always-on VPN

You can select a VPN profile to always stay connected. Network traffic will only be allowed when connected to this VPN.

1. From the Home screen, tap ▦ **Apps** > ⚙ **Settings**.

2. Tap 🔵 **More networks > VPN**.

3. Tap ▦ **More > Always-on VPN**, and then follow the prompts to choose a profile.

Connections     93

# Section 8: Settings

Use settings to configure your phone to your preferences.

## Accessing Settings

■ From the home screen, tap ▦ **Apps > ⚙ Settings.**

– or –

Drag down from the Status bar to display the Notification panel, and then tap ⚙ **Settings.**

### Search Settings

Enter key words to search for settings.

■ From the home screen, tap ▦ **Apps > ⚙ Settings >** 🔍 **Search,** and then enter key words.

### Settings Options

Configure options to make Settings easy for you to use.

■ From the home screen, tap ▦ **Apps > ⚙ Settings >** ▦ **Menu** for these options:

• **List view/Grid view:** Display Settings in a list, or grid layout.

• **Edit quick settings:** Choose up to twelve quick settings to display at the top of the list or grid of Settings.

• **Help:** Learn about Settings.

## Airplane Mode

When you turn on Airplane mode, your phone disconnects from all networks, meaning you cannot use make calls, send or receive messages, or access the Internet. It also turns off other connectivity features, such as Wi-Fi and Bluetooth.

While in airplane mode, you can use other features, such as playing music, watching videos, or other applications.

**Tip:** To use Wi-Fi and Bluetooth after turning on Airplane mode, turn them on in Settings, or on the Notification panel.

1. From the home screen, tap ▦ **Apps > ⚙ Settings >** ✈ **Airplane mode.**

2. Tap the **ON/OFF** switch to enable or disable the option.

**Note:** You can also control Airplane mode from the Device options menu. Press and hold the **Power/Lock key,** and then tap **Airplane mode.**

94

# Wi-Fi

This section describes the Wi-Fi settings. For information on how to use Wi-Fi, see *"Wi-Fi"* on page 87 .

## *Activating Wi-Fi*

Set up and manage wireless access points.

1. From the home screen, tap 🎛 **Apps >** ⚙ **Settings >** 📶 **Wi-Fi**

2. Tap the **ON/OFF** switch beside Wi-Fi to turn Wi-Fi on. Wi-Fi must be on to configure settings.

## *Configuring Wi-Fi Settings*

• Tap **Add Wi-Fi network** to connect to a new Wi-Fi network.

• Tap 🔳 **Menu** for these options:

 – **Scan**: Search for available Wi-Fi networks.

 – **Wi-Fi Direct**: Connect to other Wi-Fi Direct devices. For more information, see Wi-Fi Direct.

 – **Advanced**: Configure more settings. For more information, see Advanced Wi-Fi Settings.

 – **Manage networks**: View and edit information about Wi-Fi networks you connected to in the past.

 – **WPS push button**: Set up a connection to a WPS (Wi-Fi Protected Setup) router or other equipment.

 – **WPS PIN entry**: View the PIN used by your device to set up a PIN-secured connection to a Wi-Fi router or other equipment.

 – **Help**: Learn about setting up and using Wi-Fi networks.

## Advanced Wi-Fi Settings

Set up and manage wireless access points.

■ From the Wi-Fi settings screen, tap 🔳 **Menu > Advanced** to configure these settings:

• **Wi-Fi notification**: When enabled, your phone alerts you when a new Wi-Fi network is available.

• **Passpoint**: When turned on, your phone will connect to passpoint-enabled Wi-Fi networks automatically.

• **Sort by**: Choose a sorting order for Wi-Fi networks on the Wi-Fi screen.

• **Keep Wi-Fi on during sleep**: Specify when to switch from Wi-Fi to mobile data for data communications, when the device goes to sleep (when the backlight goes out). This setting can affect data usage, and the behavior of devices you connect to your device, such as when using it as a hotspot.

• **Always allow scanning**: When enabled, your phone will allow Google location service and other apps to scan for networks, even when Wi-Fi is turned off.

Settings    95

- **Smart network switch**: When enabled, your phone will automatically switch between known Wi-Fi networks and mobile networks. Known Wi-Fi networks are those you have already connected to.

- **Install certificates**: If you have certificates stored on an installed optional memory card (not included), you can use this option to install the certificates.

- **MAC address**: (Not configurable) View your device¦s MAC address, needed for connecting to some secured networks.

- **IP address**: (Not configurable) View your device's IP address.

## Wi-Fi Direct Settings

Wi-Fi Direct allows devices to connect to each other directly via Wi-Fi, without a Wi-Fi network or hotspot, and without having to set up the connection. For example, your device can use Wi-Fi Direct to share photos, contacts and other content with other Wi-Fi Direct devices.

1. From the Wi-Fi settings screen, tap ▦ **Menu > Wi-Fi Direct**. Your device automatically scans for nearby Wi-Fi Direct devices, or you can tap **Scan** to start scanning.

2. After scanning for devices, select a device, and then follow the prompts to complete the connection.

– or –

96

Tap ▦ **Menu > Multi connect** to scan for devices that support multi connect. Select the devices and follow the prompts to establish the connections.

## Bluetooth Settings

Bluetooth is a short-range wireless communications technology for exchanging information over a distance of about 30 feet. You don't need to line up the devices to send information with Bluetooth. If the devices are in range, you can exchange information between them, even if they are in different rooms.

Your device can use Bluetooth to share photos, contacts and other content with other Bluetooth devices.

Many of the apps on your device provide options for sharing via Bluetooth under ▦ **Menu**, or with the ⬡ **Share** icon.

1. From the home screen, tap ▦ **Apps > ⚙ Settings > ✳ Bluetooth**, and then configure these settings:

   - Tap the **ON/OFF** switch to turn Bluetooth on or off.

   - Tap your device's name to enable or disable visibility to other Bluetooth devices. When your device is visible, other devices can find your devices during a scan. Your device remains visible for the period of time set in the Visibility timeout setting.

- Tap a paired device to connect to it, or touch beside a device to change its settings.

- Tap **Scan** to search for visible Bluetooth devices. After searching, tap a device to pair with it.

2. Tap ⊞ **Menu** for more settings:

- **Visibility timeout**: Set the length of time your device is visible to other devices when you turn on visibility.

- **Received files:** View files transferred to your device via Bluetooth.

- **Rename device:** Change the name of your device.

- **Help:** Learn about Bluetooth, and other settings.

# Data Usage Settings

Monitor your phone's data usage.

**Note:** With this option, data usage is measured by your phone. Your service provider may account for data usage differently.

1. From the home screen, tap ⊞ **Apps >** ⚙ **Settings >** 📊 **Data usage** to configure options:

- **Mobile data:** Enable or disable Mobile data. You can also control Mobile Data at the Notification panel.

- **Limit mobile data usage:** When enabled, your mobile data connection will be disabled when the specified limit is reached. After enabling the setting, drag the red limit line on the graph below to set the data usage limit.

- **Alert me about data usage:** When enabled, your device will alert you when mobile data usage reaches the warning limit you set. After enabling the setting, drag the orange warning line on the graph below to set the data usage warning limit.

- **Data usage cycle:** Tap the menu, and then choose a time period for data usage. Data usage for the period displays on the graph, along with usage by application below.

Settings    97

## More Networks Settings

More networks settings provide additional options for configuring connections between your phone and the network, or to other devices.

### Default Messaging App

If you have multiple messaging apps installed on your phone, you can choose the app your phone uses for messaging. The app you select here will be used when you choose Messages in other apps, such as when sharing items like pictures or video.

1.  From the home screen, tap  ▦  **Apps > ◎ Settings > More networks > Default messaging app.**

2.  Choose a messaging app.

---

2.  Tap  ▦  **Menu** for other options:

- **Data roaming:** When enabled, your device can connect to mobile data service when outside your home network area. Using data while roaming may incur additional costs; contact your service provider for more information.

- **Restrict background data:** Your device is capable of connecting to the network in the background, for synchronization or other services. When enabled, background connections will not occur.

- **Auto sync data:** When enabled, your device will synchronize with accounts automatically, at any time.

- **Show Wi-Fi usage:** When turned on, a separate tab displays data used while connected to Wi-Fi.

- **Mobile hotspots:** Select Wi-Fi networks that are mobile hotspots. You can restrict apps from using these networks, and you can configure apps to warn you before using these networks for large downloads.

- **Show units:** Choose a unit for measuring data usage.

- **Help:** Learn about data usage settings.

98

## Mobile Networks Settings

Set options for network selection and data service.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings.**
2. Tap 👥 **More networks →Mobile networks.**
3. Configure options:

- **Mobile data**: When enabled, your device connects to the mobile data network, and can use the network to access the Internet and transfer information.

- **Global Data Roaming Access**: Choose options for accessing data during trips outside the US. Accessing data while traveling outside the US may result in significantly higher charges. You can choose to allow data access for just one trip, for all trips, or deny access.

- **Roaming**: Displays your phone's current roaming status (not configurable).

- **Signal strength**: Displays signal strength (not configurable).

- **Network Mode**: Configure your device preferred network.

- **Access Point Names**: Configure access points (not common).

- **Network operators**: Configure network operators (not common).

## Mobile Hotspot Settings

You can use your phone as a mobile hotspot, to share your phone's data connections with other devices via Wi-Fi.

**Note:** Mobile Hotspot requires a subscription to Mobile Hotspot/Mobile Broadband Connect service. Contact Verizon Wireless for more information. Mobile Hotspot consumes battery power and uses data service. While the Mobile Hotspot is active, your device's applications will use the Mobile Hotspot data allowance.

### Turn Mobile Hotspot On or Off

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings >** 👥 **More networks > Mobile Hotspot.**
2. Tap the **ON/OFF** switch to turn the feature On or Off.
3. Follow the prompts to connect your devices.

### Configure Mobile Hotspot

Set up Mobile Hotspot for your preferences.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings >** 👥 **More networks > Mobile Hotspot.**

Settings    99

2. Tap ▦ **Menu** for options:

- **Allowed devices**: Maintain a list of devices you allow to connect to your mobile hotspot. Tap ➕ **Add**, and then enter the other device's Device name and MAC address. Consult the other device's settings to find these details.

- **Configure**:

  – **Network SSID**: View and edit your hotspot's name.

  – **Hide my device**: When enabled, your mobile hotspot is not visible to other Wi-Fi devices during a scan. Other devices can still connect to your mobile hotspot, but will have to set up the connection manually with your Network SSID and Password.

  – **Security**: Choose the security level for your Mobile Hotspot.

  – **Password**: If you choose a security level that uses a password, set a password.

  – **Show password**: When enabled, the contents of the Password field are visible.

  – **Timeout settings**: Choose a time period for your hotspot to remain on if there are no connections. At the end of the time period, Mobile Hotspot will turn off automatically.

  – **Help**: Learn about Mobile Hotspot.

## *Tethering*

Use Tethering to share your device's Internet connection with a computer that connects to your device via USB cable, or by Bluetooth.

- From the home screen, tap ▦ **Apps** > ⚙ **Settings** > (🛜) **More networks > Tethering** for options:

  - **Mobile Broadband Connect**: Connect the computer to the device via USB cable, and then touch USB tethering to turn tethering on or off.

  - **Bluetooth tethering**: Pair your device with the computer via Bluetooth. Consult the computer's documentation for more information about configuring your computer to pair via Bluetooth. Tap **Bluetooth Tethering** to turn tethering on or off.

## VPN

Set up and manage Virtual Private Networks (VPN). For more information about using VPNs, see *"VPN"* on page 93.

**Note:** VPN settings include storage of login credentials on your device. You must configure a PIN or password screen lock before setting up a VPN.

1. From the home screen, tap ⊞ **Apps >** ⚙ **Settings >** 📶 **More networks > VPN.**

2. Choose a type of VPN:

• **Basic VPN:** Tap ➕ **Add,** and then enter information about the VPN. Tap Save to store the VPN settings.

• **Advanced IPsec VPN:** Tap ➕ **Add,** and then enter the VPN details. Tap Save to store the VPN settings.

## NFC

Use NFC (Near Field Communication) to share information between your device and another NFC device by touching the devices together, typically back-to-back.

NFC is used with S Beam, Android Beam, Tap and pay and must be turned on to use these features.

### Turn NFC on or off

Use NFC (Near Field Communication) to share information between your device and another NFC-capable device or NFC tag, by touching the devices together, typically back-to-back. For example, you can beam web pages from the browser, contacts from Contacts, and videos from YouTube. The app determines what is beamed.

1. From the home screen, tap ⊞ **Apps >** ⚙ **Settings >** 📶 **More networks > NFC.**

2. Tap the **ON/OFF** switch to turn NFC on or off.

Settings     101

## Android Beam

With Android beam, you can transmit app content via NFC to other NFC devices that support Android Beam.

Android Beam uses NFC, so NFC must be turned on before you can turn on Android Beam.

**Turn Android Beam on or off**

Turn on NFC and Android Beam, so that beaming is available from the apps on your phone.

1. From the home screen, tap [image] **Apps >** [image] **Settings >** [image] **More networks > NFC.**

2. Tap the **ON/OFF** switch to turn NFC on or off.

3. When NFC is turned on, you can tap **Android Beam** and then tap the **ON/OFF** switch to turn Android Beam on or off.

**Note:** Tap [image] **Menu > Help** for information about using NFC and Android Beam.

## S Beam

Share more and share it faster with S Beam. From photos to documents, large video files to maps, you can share almost anything instantly with one touch, simply by placing your devices back-to-back.

S Beam uses your device's NFC (Near Field Communication) feature to send, or "beam", content to other NFC devices.

S Beam works in the background. Use the sharing options from your favorite apps to select content to share via S Beam. For example, you can beam pictures or videos from Gallery, or songs from Music player. Just bring the devices together (typically back to back), and then tap the screen.

**Note:** You must have both NFC and S Beam turned on to use S Beam from and app to share information.

**Turn S Beam on or off**

When S Beam is turned on, you can send or receive data by touching your device to another NFC-capable device.

1. From the home screen, tap [image] **Apps >** [image] **Settings >** [image] **More networks > NFC.**

2. Tap the **ON/OFF** switch to turn NFC on or off.

3. When NFC is turned on, you can tap **S Beam** and then tap the **ON/OFF** switch to turn S Beam on or off.

**Note:** Tap **Menu > Help** for information about using NFC and S Beam.

## Tap and Pay

With your phone and a payment app, you can use your device to pay for items by tapping it to an item at the point-of-purchase. Isis Wallet is an example of a payment app. You must have the payment app set up on your phone to use it with Tap and Pay.

**Turn Tap and pay on or off**

1. From the home screen, tap **Apps >** **Settings**.
2. Tap **More networks > NFC**, and then tap the **ON/OFF** switch to turn NFC on.
3. Tap **Tap and pay** and then select a default payment app.

## Nearby Devices

Share files with devices that support DLNA (Digital Living Network Alliance) standards, over Wi-Fi.

To use Nearby devices, you must connect to the same Wi-Fi network as the devices you wish to share with, and the other devices must support DLNA. From an app, look for the Nearby devices sharing options.

**Note:** Use care when enabling file sharing. When enabled, other devices can access data on your device.

1. From the home screen, tap **Apps >** **Settings**.
2. Tap **More networks > Nearby devices** for options:
   - Tap the **ON/OFF** switch to turn Nearby devices on or off. Nearby devices must be turned on to configure options.
   - Under **Advanced**, configure options to control how content is shared from your device:
     – **Shared contents**: Choose the type of content to share, from Videos, Photos, or Music.
     – **Allowed devices list**: View and manage a list of devices allowed to connect to your device.

# Sound Settings

Configure the sounds and vibrations your phone plays, for incoming calls, notifications, screen touches, connections, and other options.

## Sound Mode

You can switch between sound modes, while preserving the individual sound settings you've made.

**Note:** Sound modes are also available from the Device options menu. Press and hold the **Power/Lock Key**, and then choose **Mute**, **Vibrate**, or **Sound** from the Device options.

■ From the home screen, tap 🎛 **Apps >** ⚙ **Settings > 🔊 Sound > Sound mode**, and then choose a mode:

- **Sound**: Your phone uses the sounds, vibrations, and volume levels you've chosen in Sound settings for notifications and alerts.

- **Vibrate**: Your phone vibrates for notifications and alerts. This uses the Vibration intensity you choose in Sound settings.

- **Mute**: Your phone plays no sounds or vibrations. On-screen reminders will still occur.

---

— **Blocked devices list**: View and manage a list of devices restricted from connecting to your device.

— **Download to**: Choose a location to save downloaded content, from USB storage (device memory) or optional installed SD card (not included).

— **Download from other devices**: Choose how to handle incoming files from other devices.

3. Tap 🎛 **Menu > Rename device** to edit your device's name, used by other devices to connect to it.

## Screen Mirroring

Share your device's screen with another device, using an optional AllShare Cast accessory (not included).

1. From the home screen, tap 🎛 **Apps >** ⚙ **Settings >** 📶 **More networks > Screen mirroring**.

2. Tap the **ON/OFF** switch to turn Screen mirroring on.

3. Your device automatically scans for nearby devices for mirroring, or you can tap **Scan** to start a scan.

4. Select a device, and then follow the prompts to connect and share.

104

## Volume

Set the system volume level, and set default volume for call ringtones, notifications, and other media.

**Note:** You can also set System volume from the home screen by pressing the **Volume Key**.

1. From the home screen, tap ▦ **Apps > Settings >**
   🔊 **Sound > Volume.**
2. Drag the sliders to set the default volume for:
   - Ringtone
   - Music, video, games and other media
   - Notifications
   - System
3. Tap **OK** to save the settings.

## Vibration Intensity

Set the level for vibration to accompany ringtones, notifications, and feedback for your screen touches, also known as haptic feedback.

1. From the home screen, tap ▦ **Apps > Settings >**
   🔊 **Sound > Vibration intensity.**
2. Drag the sliders to set the vibration intensity for:
   - Incoming calls
   - Notifications
   - Haptic feedback
3. Tap **OK** to save the settings.

## Ringtones

Choose a ringtone for incoming calls.

1. From the home screen, tap ▦ **Apps > Settings >**
   🔊 **Sound > Ringtones.**
2. Tap a ringtone to select it and play a sample.
   - Tap **Add** to choose a music track from Music.
3. Tap **OK** to save the settings.

## *Vibrations*

Choose vibrations to play for notifications, such as for incoming calls, new messages, and event reminders.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings > Sound > Vibrations**.

2. Tap a vibration to play a sample and select the vibration, or tap **Create** to create your own pattern.

3. Tap **OK** to save the settings.

## *Notifications*

Choose a sound for notifications, such as for new messages and event reminders.

1. From the home screen, tap ▦ **Apps >** ⚙ **Setting > Sound > Notifications**.

2. Tap a sound to play a sample and select it.

3. Tap **OK** to save the settings.

## *Vibrate When Ringing*

When Vibrate when ringing is enabled, a vibration plays for calls and notifications, along with the ringtone or sound. You can use the Vibration intensity and Vibrations settings to customize the vibration.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings > Sound**.

2. Tap the checkbox beside **Vibrate when ringing** to enable or disable the option.

## *Dialing Keypad Tone*

When Dialing keypad tone is enabled, tones play when you tap keys on the Phone keypad.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings > Sound**.

2. Tap the checkbox beside **Dialing keypad tone** to enable or disable the option.

106

## Touch Sounds

When Touch sounds is enabled, tones play when you tap or touch the screen to make selections.

1. From the home screen, tap ⊞ **Apps >** ⚙ **Settings >** 🔊 **Sound.**

2. Tap the checkbox beside **Touch sounds** to enable or disable the option.

## Screen Lock Sound

When Screen lock sound is enabled, tones play when ytouch the screen to unlock it.

1. From the home screen, tap ⊞ **Apps >** ⚙ **Settings >** 🔊 **Sound.**

2. Tap the checkbox beside **Screen lock sound** to enable or disable the option.

## Haptic Feedback

When Haptic feedback is enabled, vibration plays when you tap the Menu and Back keys, and for certain screen touches.

1. From the home screen, tap ⊞ **Apps >** ⚙ **Settings >** 🔊 **Sound.**

2. Tap the checkbox beside **Haptic feedback** to enable or disable the option.

## Emergency Tone

You can choose to have a tone play, or have your phone vibrate, periodically during an emergency call.

1. From the home screen, tap ⊞ **Apps >** ⚙ **Settings.**

2. Tap 🔊 **Sound > Emergency tone** to select a tone:

   • **Off:** No tone or vibration plays during emergency calls.

   • **Alert:** A tone plays during emergency calls.

   • **Vibrate:** A vibration plays during emergency calls.

## Call Sound Settings

Configure sounds your phone makes for phone calls.

■ From the home screen, tap ⊞ **Apps >** ⚙ **Settings >** 🔊 **Sound > Call** to choose sounds:

   • **Call alerts:** Choose whether tones or vibration play for certain stages when making phone calls.

   – **Vibrate on connection to network:** When enabled, your phone will vibrate when a call connects to the network.

   – **Call-end vibration:** When enabled, the phone vibrates when the other caller ends the call.

   – **Call connect tone:** When enabled, the phone plays a tone when the other caller answers a call.

Settings    107

- **Minute minder**: When enabled, a tone plays once per minute during a call.
- **Call end tone**: When enabled, the device plays a tone when the other caller ends the call.
- **Notify during calls**: When enabled, notifications for alarms and new messages play during calls. When disabled, these notifications will be muted during a call.
● **Ringtones and keypad tones:** Choose tones and/or vibration to play for incoming call notifications.
  - **Ringtones**: Select a ringtone for incoming calls. Tap **OK** to save your selection.
  - **Vibrations**: Select a vibration pattern to play for incoming calls when the Vibrate when ringing option is enabled. You can tap Create to create a custom pattern. Tap **OK** to save the settings.
  - **Vibrate when ringing**: Play a vibration for incoming calls. The vibration pattern is set at the Vibrations setting.
  - **Dialing keypad tone**: Enable or disable tones for keypad taps.
● **Personalize call sound**: Choose options to adapt sound to your preferences.
  - **Adapt sound**: Tap Start, and then follow the onscreen prompts to find the best sound for you.
  - **Soft sound**: Use softer sounds during calls.
  - **Clear sound**: Use clearer sounds during calls.
  - **Off**: Use the default call sound settings.
● **Noise reduction**: When enabled, your phone uses noise reduction to minimize background noise during calls.
● **Sound**: Choose the default ringtone for incoming calls.
● **Vibrate**: When enabled, your phone will vibrate for incoming calls.

## *Messages Sound Settings*

Configure sounds your phone uses for messages.

■ From the home screen, tap ▦ **Apps > ⚙ Settings > 🔊 Sound > Messages** to choose sounds:

● Tap the **ON/OFF** switch to turn message sounds on or off.
● **Notification sound**: Choose a sound to play for new message alerts.
● **Vibrate**: When enabled, vibration plays for new message alerts.
● **Repeat message alert**: Choose how often your phone notifies you of new message(s).

108

## Email Sound Settings

■ From the home screen, tap 🔳 **Apps > ⚙ Settings >**

🔵 **Sound > Email** to choose sounds:

● **Priority senders**: Choose sounds to use for email notifications from priority senders. You can configure a list of priority senders in the Email app settings.

– **Email notifications**: When enabled, an icon displays in the Status bar when you receive new emails from priority senders.

– **Notification sound**: Choose a ringtone to play for notifications for new email from priority senders.

– **Vibrate**: When enabled, vibration plays notifications for new email from priority senders.

● Tap an email account to choose sounds to use for email notifications for a specific account.

– **Email notifications**: When enabled, an icon displays in the Status bar when you receive new emails notifications for a specific account.

– **Notification sound**: Choose a ringtone to play for notifications for new email notifications for a specific account.

– **Vibrate**: When enabled, vibration plays for notifications for new email notifications for a specific account.

## Calendar Sound Settings

Configure sounds your phone uses for the Calendar.

■ From the home screen, tap 🔳 **Apps > ⚙ Settings >**

🔵 **Sound > Calendar** to choose sounds:

● **Select alert type**: Choose how you want your phone to alert you to Calendar events.

● **Notification sound**: Choose a ringtone to play for notifications for Calendar notifications.

● **Vibration**: When enabled, vibration plays for notifications for new email for Calendar notifications.

## Music Effects

Choose effects to apply when playing  music on your phone.

1. From the home screen, tap 🔳 **Apps > ⚙ Settings >**

🔵 **Sound > Music effects.**

2. Choose a control panel for music effects.

# Display Settings

Configure settings for your phone's display.

## Brightness

Adjust the screen brightness to suit your surroundings, or to your personal preference. You may also want to adjust screen brightness to conserve battery power.

1. From the home screen, tap ▦ **Apps** > ⚙ **Settings** > ⚙ **Display** > **Brightness** to configure options:

   - Tap the checkmark beside **Automatic brightness** to allow the phone to adjust brightness automatically.

   - To set a custom brightness level, clear the Automatic brightness checkmark and then touch and drag the **Brightness level**.

2. Tap **OK** to save the settings.

**Tip:** You can also control Brightness from the Notification panel. Drag down from Status bar at the top of the screen to find the Brightness options.

## Font

You can set the font style and size for all text that displays on the screen.

- From the home screen, tap ▦ **Apps** > ⚙ **Settings** > ⚙ **Display** > **Font** to choose a Font style and Font size.

**Tip:** Tap **Download** to find new fonts from Google Play Store.

## Smart Stay

When Smart stay is enabled, your phone uses the front camera to detect your face, and will not time out as long as you are facing the screen.

1. From the home screen, tap ▦ **Apps** > ⚙ **Settings** > ⚙ **Display**.

2. Tap the checkbox beside **Smart stay** to enable or disable the option.

## Screen Timeout

Screen timeout lets you choose how long the display screen remains lit after you touch the screen or press any key.

■ From the home screen, tap ▦ **Apps >** ⚙ **Settings >** 🖳 **Display > Screen timeout**, and then choose a time period.

## Screen mode

Choose a screen mode to match your type of viewing. You can choose to have the phone automatically adapt the display depending on the type of image being displayed, and other criteria such as battery level.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings >** 🖳 **Display > Screen mode**, and then choose a screen mode.

● To have your phone automatically optimize the display to match the type of image being displayed and other criteria, such as battery level, enable **Adapt display**.

● To choose a specify type of display, enable **Dynamic**, **Standard**, **Professional photo**, or **Cinema**.

2. Tap **Save**.

## Auto Adjust Screen Tone

When Auto adjust screen tone is enabled, your phone analyzes the images displayed on the screen and automatically adjusts the brightness to conserve battery power.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings >** 🖳 **Display**.

2. Tap the checkbox beside **Auto adjust screen tone** to enable or disable the option.

## Daydream

The Daydream setting controls what the screen displays when the phone is docked, or while charging. You can choose to display colors, or display photos stored on your phone.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings >** 🖳 **Display**.

2. Tap the **ON/OFF** switch beside Daydream to turn the option on or off. When on, you can configure these options:

● **Colors**: Tap the selector to enable or disable display of a colorful screen.

Settings     111

- **Charging**: When enabled, the LED glows red during charging, and green when the battery is fully charged.
- **Low battery**: When enabled, the LED blinks red to indicate low battery charge.
- **Notifications**: When enabled, the LED blinks blue to show that you have missed calls, new messages, or application events.
- **Voice recording**: When enabled, the LED blinks blue when recording with the screen turned off.

## Touch Key Light Duration

This feature allows you to set the length of time the **Recent** and **Back** keys remain lit after you touch them.

1. From the home screen, tap ▦ **Apps >** ◎ **Settings >** ▦ **Display**.

2. Tap **Touch key light duration** to choose a timeout period.

- **Flipboard**: Display pictures from Flipboard. After enabling the option, tap ✿ to choose pictures to display.
- **Google Photos**: Display pictures from Google Photos. After enabling the option, tap ✿ to choose pictures to display.
- **Photo frame**: Display pictures in a photo frame. After enabling the option, tap ✿ to choose pictures to display.
- **Photo table**: Display of pictures in a photo table. After enabling the option, tap ✿ to choose pictures to display.
- Tap **Preview** to see a demonstration of Daydream.

## LED Indicator

The LED indicator on the front of the device displays when the device is locked, to notify you of status changes and events. Use LED indicator settings to configure how the LED functions.

**Note:** The LED indicator only displays when the screen is locked.

1. From the home screen, tap ▦ **Apps >** ◎ **Settings >** ▦ **Display > LED indicator.**

2. Tap the check box beside options to enable or disable them:

112

## *Increase Touch Sensitivity*

When enabled, the sensitivity of the touch screen is increased, to improve results when using an optional touch pen (not included), or when wearing gloves.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings >** 📱 **Display**.

2. Tap **Increase touch sensitivity** to enable or disable the option.Wallpaper Settings

Customize the background of the home and Lock screens.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings >** 🖼 **Wallpaper**, and then choose a screen to customize, from **Home screen**, **Lock screen**, or **Home and lock screens**.

2. Scroll the options to choose a wallpaper, or choose another source:

● **More images**: Select a picture from Gallery or Photos. Follow the prompts to crop the picture and save it as wallpaper.

● **Live wallpapers**: Select a moving scene for the background.

# Lock Screen Settings

Configure settings for locking the screen, to improve security.

## *Screen Lock*

Choose a screen lock, to dim and lock the screen. Depending on the Screen lock you choose, you can also choose screen lock options to work along with the screen lock.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings >** 📱 **Lock screen > Screen lock**, and then select a screen lock option.

## *Set a Swipe Screen Lock*

When a Swipe screen is set, you swipe your finger across the screen to unlock the device. This is the default screen lock on your phone, and offers no security, but you can set special lock screen options.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings >** 📱 **Lock screen > Screen lock > Swipe**.

2. When you set a Swipe screen lock you also have these options:

Settings     113

- **Help text**: When enabled, your phone displays helpful hints on the lock screen.

## Set a Pattern Screen Lock

When a Pattern screen lock is set, you draw a pattern, which you create, on the screen to unlock the device. You will also set a PIN to use as a backup, in case you forget the pattern.

1. From the home screen, tap 🔲 **Apps >** ⚙ **Settings > Lock screen > Screen lock > Pattern.**

2. Follow the prompts to create or change a screen unlock pattern.

3. When you have a Pattern screen lock set, you can also configure these options:

   - **Dual Clock**: When turned on, Dual clock displays the time in your home city, and in your current location, when your phone is roaming. Tap the **ON/OFF** switch to turn Dual clock on or off, and then tap Set home city to choose your home time zone.
   - **Clock size**: Choose the size of clock displayed on the lock screen.
   - **Pattern type**: Choose the type of pattern to use for the screen lock.

- **Dual Clock**: When turned on, Dual clock displays the time in your home city, and in your current location, when your phone is roaming. Tap the **ON/OFF** switch to turn Dual clock on or off, and then tap Set home city to choose your home time zone.
- **Clock size**: Choose the size of clock displayed on the lock screen.
- **Show date**: Enable or display the display of the current date on the lock screen.
- **Camera shortcut**: When enabled, a shortcut to Camera displays on the lock screen. You can drag the Camera shortcut to unlock the screen and launch the Camera in one step. Note that Camera is the only app you can access with this method; you'll need to enter your screen unlock to unlock the screen.
- **Owner information**: Enter owner information text, and then tap the checkbox to control whether it displays on the lock screen.
- **Unlock effect**: You can choose an effect to display on the screen when you touch it without swiping to unlock.
- **Additional information**: Choose whether to display weather or pedometer information from S Health when Pedometer is turned on in the S Health app.

114

- **Show date**: Enable or display the display of the current date on the lock screen.

- **Camera shortcut**: When enabled, a shortcut to Camera displays on the lock screen. You can drag the Camera shortcut to unlock the screen and launch the Camera in one step. Note that Camera is the only app you can access with this method; you'll need to enter your screen unlock to unlock the screen.

- **Owner information**: Enter owner information text, and then tap the checkbox to control whether it displays on the lock screen.

- **Make pattern visible**: When enabled, your pattern will display on the screen briefly as you draw it.

- **Vibration feedback**: When enabled, your phone will vibrate if you draw the incorrect pattern.

- **Lock automatically**: Choose whether the screen will lock automatically immediately after the screen turns off (dims), or choose a time interval to delay locking. During the time interval, your phone will still be unlocked, but the screen will be dim.

- **Additional information**: Choose whether to display weather or pedometer information from S Health when Pedometer is turned on in the S Health app.

- **Lock instantly with power key**: When enabled, pressing the Power/Lock Key locks the screen instantly.

## *Set a Fingerprint Screen Lock*

With a Fingerprint screen lock, you can use your fingerprint to unlock the screen, or for other purposes you decide. Fingerprint recognition provides a lower level of security than a password.

Follow the on-screen instructions to register your fingerprint. If other apps support the use of your fingerprint for security, you can select that option in the app, and use the fingerprint(s) you've registered here.

1. From the home screen, tap ⊞ **Apps >** ⚙ **Settings >** 🔒 **Lock screen > Screen lock > Fingerprint.**

2. Follow the prompts to register your fingerprints. You must swipe the pad of your finger across the Home Key multiple times, to allow your phone to store your fingerprint.

3. When you have a fingerprint screen lock set, you can also configure these options:

- **Dual Clock**: When turned on, Dual clock displays the time in your home city, and in your current location, when your phone is roaming. Tap the **ON/OFF** switch to turn Dual clock on or off, and then tap Set home city to choose your home time zone.

- **Clock size**: Choose the size of clock displayed on the lock screen.

- **Show date**: Enable or display the display of the current date on the lock screen.

- **Camera shortcut**: When enabled, a shortcut to Camera displays on the lock screen. You can drag the Camera shortcut to unlock the screen and launch the Camera in one step. Note that Camera is the only app you can access with this method; you'll need to enter your screen unlock to unlock the screen.

- **Owner information**: Enter owner information text, and then tap the checkbox to control whether it displays on the lock screen.

- **Additional information**: Choose whether to display weather or pedometer information from S Health when Pedometer is turned on in the S Health app.

116

- **Lock automatically**: Choose whether the screen will lock automatically immediately after the screen turns off (dims), or choose a time interval to delay locking. During the time interval, your phone will still be unlocked, but the screen will be dim.

- **Lock instantly with power key**: When enabled, pressing the Power/Lock Key locks the screen instantly.

## Set a PIN Screen Lock

With a PIN screen lock, you enter a Personal Identification Number, which you create, on the screen to unlock the device.

1. From the home screen, tap ▦ **Apps** > ⚙ **Settings** > 🔒 **Lock screen > Screen lock > PIN**.

2. Follow the prompts to create or change your screen unlock PIN.

3. When you have a PIN screen lock set, you can also configure these options:

- **Dual Clock**: When turned on, Dual clock displays the time in your home city, and in your current location, when your phone is roaming. Tap the **ON/OFF** switch to turn Dual clock on or off, and then tap Set home city to choose your home time zone.

## Set a Password Screen Lock

With a Password screen lock, you enter an alphanumeric password, which you create, on the screen to unlock the device.

1. From the home screen, tap ⊞ Apps > ⚙ Settings > 📧 Lock screen > **Screen lock > Password**.

2. Follow the prompts to create or change your screen unlock password.

3. When you have a password screen lock set, you can also configure these options:

   • **Dual Clock**: When turned on, Dual clock displays the time in your home city, and in your current location, when your phone is roaming. Tap the **ON/OFF** switch to turn Dual clock on or off, and then tap Set home city to choose your home time zone.

   • **Clock size**: Choose the size of clock displayed on the lock screen.

   • **Show date**: Enable or display the display of the current date on the lock screen.

• **Clock size**: Choose the size of clock displayed on the lock screen.

• **Show date**: Enable or display the display of the current date on the lock screen.

• **Camera shortcut**: When enabled, a shortcut to Camera displays on the lock screen. You can drag the Camera shortcut to unlock the screen and launch the Camera in one step. Note that Camera is the only app you can access with this method; you'll need to enter your screen unlock to unlock the screen.

• **Owner information**: Enter owner information text, and then tap the checkbox to control whether it displays on the lock screen.

• **Additional information**: Choose whether to display weather or pedometer information from S Health when Pedometer is turned on in the S Health app.

• **Lock automatically**: Choose whether the screen will lock automatically immediately after the screen turns off (dims), or choose a time interval to delay locking. During the time interval, your phone will still be unlocked, but the screen will be dim.

• **Lock instantly with power key**: When enabled, pressing the Power/Lock Key locks the screen instantly.

# Multi Window Settings

Multi window allows you to use two apps on the same screen, in separate, resizable windows. For more information, see Multi Window.

After you turn on Multi window in Settings, you can control whether the Multi window tab displays on the screen by touching and holding **Back**.

■ From the home screen, tap ▦ **Apps >** ⚙ **Settings > Multi window,** for options:

• Tap the **ON/OFF** switch beside Multi window to enable or disable the option.

• Tap the check box beside **Open in multi window view** to display content in Multi window automatically, when you open files from My Files or Video, or attachments from emails and messages.

• **Camera shortcut**: When enabled, a shortcut to Camera displays on the lock screen. You can drag the Camera shortcut to unlock the screen and launch the Camera in one step. Note that Camera is the only app you can access with this method; you'll need to enter your screen unlock to unlock the screen.

• **Owner information**: Enter owner information text, and then tap the checkbox to control whether it displays on the lock screen.

• **Additional information**: Choose whether to display weather or pedometer information from S Health when Pedometer is turned on in the S Health app.

• **Lock automatically**: Choose whether the screen will lock automatically immediately after the screen turns off (dims), or choose a time interval to delay locking. During the time interval, your phone will still be unlocked, but the screen will be dim.

• **Lock instantly with power key**: When enabled, pressing the Power/Lock Key locks the screen instantly.

• **Auto factory reset**: When enabled, your device will automatically be reset to factory settings if you enter the password incorrectly 10 times. All data, including files and downloaded apps, will be deleted.

118

## Notification Panel Settings

Configure options for the Notification panel, available when you swipe your finger down from Status bar at the top of the screen.

At the top of the Notification panel, you can control settings with the Quick settings. Choose the quick settings to display in Notification panel settings.

■ From the home screen, tap ▦ **Apps > ◎ Settings >** 📊 **Notification panel** to configure options:

• **Brightness adjustment:** Tap the check box to display a slider for adjusting the screen brightness on the notification panel.

• **Recommended apps:** When on, your phone will display a selection of app icons on the Notification panel, according to your actions. For example, when you connect a headset, Music and other entertainment apps will display. Tap the **ON/OFF** switch to turn the option on, and then tap **Edit** to choose apps.

• **Set the quick setting buttons:** Quick setting buttons display at the top of the Notification panel, to allow you to set favorite options quickly.

— Tap buttons to add or hide the button from the Notification panel.

— Touch and hold a button, and then drag it into a new position.

## Toolbox

Toolbox is a floating shortcut menu that displays on every screen, so you can access your favorite apps quickly. You can choose items to display in Toolbox.

■ From the home screen, tap ▦ **Apps > ◎ Settings >** 📊 **Toolbox** to configure options:

• Tap the **ON/OFF** switch to turn Toolbox on or off. Toolbox must be turned on to configure settings.

• Tap **Edit** to choose up to five apps to display in Toolbox.

## One-handed Operation Settings

When One-handed operation is turned on, you can swipe the edge of all screens to adjust the scale and position of the screen. This can be useful when using your phone with one hand - you can move the screen closer to your hand.

1. From the home screen, tap ▦ **Apps > ◎ Settings >** 📊 **One-handed operation.**

2. Tap the **ON/OFF** switch to turn One-handed operation on or off.

## Storage Settings

Manage the use of memory in your phone's Device memory, and on an optional installed memory card (not included).

■ From the home screen, tap ▦ **Apps >** ⚙ **Settings >** 📱 **Storage settings** to view information about memory usage, and for other options:

- **Device memory**: View usage for the different types of information stored on your phone's memory. Tap an item for more information.

- **SD card**: View usage for the different types of information stored on an optional installed memory card (not included).

  − **Mount SD card**: Prepare an optional installed memory card for use as storage in the phone. This option is only available if an optional memory card is installed, and is not already mounted. Usually, your phone mounts a memory card as soon as you install it.

  − **Unmount SD card**: Prepare an optional installed memory card for safe removal or formatting.

  − **Format SD card**: Permanently remove all content from an optional installed memory card. After formatting, the content cannot be retrieved.

## Battery Settings

See what's using battery power.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings >** 🔋 **Battery**.

2. View battery usage for apps and services. Tap an item for more information, or to configure options for managing power use.

## Power Saving Mode Settings

Configure Power saving mode settings to conserve battery power.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings >** 🔋 **Power saving mode**.

2. Tap a mode to configure settings:

- **Power saving mode**: Tap the **ON/OFF** switch beside Power saving mode to turn the mode on or off. Power saving mode must be turned on to configure settings.

  − **Block background data**: When enabled, your phone blocks the transfer of data in the background. This may affect the performance of some apps.

## Applications Settings

Configure settings for many of your phone's apps.

### Application Manager

You can download and install applications from the Google Play Store or Samsung Apps, or create applications using the Android SDK and install them on your device. Use Application manager to manage applications on your device.

**Warning!** Because this device can be configured with system software not provided by or supported by Google or any other company, end-users operate these devices at their own risk.

■ From the home screen, tap ▦ **Apps >** ⚙ **Settings >** ⊕ **Applications > Application manager** to view app status. While in Application manager, you can use these options:

• Tap **Downloaded**, **SD Card**, **Running**, or **All** to view app status. Tap an app or service for more information, and for app options, such as stopping and uninstalling.

• Tap ▦ **Menu** for other options, including sorting by app size or name, or resetting app preferences.

— **Restrict performance**: Tap the **ON/OFF** switch to turn the option on, and then choose the types of performance to restrict. Features such as vibration, screen backlight, and key backlights consume power.

— **Grayscale mode**: Tap the **ON/OFF** switch to switch from color screens to grayscale.

• **Ultra power saving mode**: Tap the **ON/OFF** switch to turn the mode on. When on, your phone will conserve power by changing to grayscale screen mode, limiting the number of usable apps, turning off mobile data when the screen is off, and turning off connectivity features such as Wi-Fi and Bluetooth.

Settings    121

## *Default Applications*

If you have installed multiple apps that perform the same kind of task, for example more than one messaging app, you can choose the app you want to use as the default. The default app will be used when you choose a messaging options in other apps. For example, when you choose to share a picture via messaging, the default app will launch.

■ From the home screen, tap ▦ **Apps** > ⚙ **Settings** > ⊞ **Applications > Default applications** to configure options:

• **Home**: Choose a default home screen mode.

• **Messages**: Choose a default app for messaging.

• **Clear defaults**: Tap **Clear** to clear the defaults.

**Note:** If you choose a default messaging app other than Messages (for example, Google Hangouts), you will not be able to use the Messages app unless you restore it as the default messaging app.

## *Calendar*

Choose options for use in the Calendar app.

■ From the home screen, tap ▦ **Apps** > ⚙ **Settings** > ⊞ **Applications > Calendar** to configure options:

• **First day of week**: Choose a day to begin each calendar week.

• **Show week numbers**: When enabled, week numbers display on the calendar.

• **Hide declined events**: When enabled, events you've declined will still display on your calendar.

• **Hide completed tasks**: When enabled, completed tasks will display on the calendar, along with incomplete tasks.

• **Weather**: When enabled, weather conditions will display in Calendar.

• **Lock time zone**: When enabled, event times will be locked to your selected time zone. This means times and dates will not change when you move to another time zone.

• **Select time zone**: Choose a time zone to use, when locking the calendar's time zone.

• **View today according to**: Choose a time zone to use for viewing today's calendar events.

122

- **Select alert type**: Choose the type of alert for your phone to provide for calendar notifications.
- **Notification sound**: Choose a sound to use for calendar notifications.
- **Vibration**: When enabled, a vibration will play for calendar alerts.
- **Quick responses**: Create and manage message templates, to use for sending quick emails to event attendees.

## Call Settings

Configure options for calling with your phone.

## Call Rejection

Create and manage a list of phone numbers, to have your device automatically reject calls you receive from those numbers.

- From the home screen, tap [::::] **Apps >** (⚙) **Settings >** [⊕] **Applications > Call > Call rejection** to configure options:

- **Auto reject mode**: When All numbers is selected, calls from all numbers are rejected. When Auto reject numbers is selected, calls from numbers on the Auto reject list are rejected.

- **Auto reject list**: Enter telephone numbers, to reject calls from the numbers when Auto reject mode is turned on.
  - Tap [+] **Add** to enter a telephone number, or select a number from a contact. Tap **Match criteria** to set options for using the reject number list.
  - Tap the check box beside **Unknown number** to reject calls with numbers that display "Unavailable" in Caller ID.
- **Set up call rejection messages**: Create and manage text messages to send to callers when rejecting incoming calls. Messages you create here are available from the incoming call screen when you use the **Reject with message** option.
  - Tap a preloaded message to edit the message.
  - Tap [+] **Add** to create a new rejection message.

Settings    123

## Answering and ending calls

Manage settings for answering and ending calls.

■ From the home screen, tap ▦ **Apps >** ◎ **Settings >** ⊞ **Applications > Call > Answering and ending calls** to configure options:

● **Answer calls by:**

— **Pressing the home key**: When enabled, you can answer incoming calls by pressing the Home key.

— **Voice control**: When turned on, you can answer calls by speaking commands. Tap the **ON/OFF** switch to turn Voice control on, and then tap **Voice control** to configure the Incoming calls option. When enabled, you can answer or reject calls with the voice commands "Answer" and "Reject". When you answer a call with a voice command, the Speaker will automatically turn on for hands-free calls.

— **Waving hand over device**: Wave your hand over the display to answer incoming calls.

● **End calls by**:

— **Pressing the power key**: When enabled, you can end calls by pressing the Power/Lock key. In this case, pressing the power key during a call will not lock the screen.

## Call notification pop-ups

When enabled, incoming call notifications will display in a pop-up window when another application is open on the screen.

1. From the home screen, tap ▦ **Apps >** ◎ **Settings >** ⊞ **Applications > Call.**

2. Tap the checkbox beside **Call notification pop-ups** to enable or disable the option.

## In-call status pop-ups

When enabled, current call status information will display in a pop-up window when another application is open on the screen.

1. From the home screen, tap ▦ **Apps >** ◎ **Settings >** ⊞ **Applications > Call.**

2. Tap the checkbox beside **In-call status pop-ups** to enable or disable the option.

## Show caller information

When enabled, a caller's recent social network activity, and interactions with you, will display on the screen during calls.

1. From the home screen, tap ⊞ **Apps >** ◎ **Settings >** ⊞ **Applications > Call**.

2. Tap the checkbox beside **Show caller information** to enable or disable the option.

## Call alerts

Set options for sounds and vibrations to occur during calls.

■ From the home screen, tap ⊞ **Apps >** ◎ **Settings >** ⊞ **Applications > Call > Call alerts** for options:

- **Vibrate on connection to network**: When enabled, your phone will vibrate when a call connects to the network.

- **Call-end vibration**: When enabled, the phone vibrates when the other caller ends the call.

- **Call connect tone**: When enabled, the phone plays a tone when the other caller answers a call.

- **Minute minder**: When enabled, a tone plays once per minute during a call.

- **Call end tone**: When enabled, the device plays a tone when the other caller ends the call.

- **Notify during calls**: When enabled, notifications for alarms and new messages play during calls. When disabled, these notifications will be muted during a call.

## Call accessories

Set options for sounds and vibrations to occur during calls.

■ From the home screen, tap ⊞ **Apps >** ◎ **Settings >** ⊞ **Applications > Call > Call accessories** to configure options:

- **Automatic answering**: When enabled, and you have a headset connected to the Headset Jack, incoming calls are answered automatically after a delay, which you can set at Automatic answering timer. Tap to enable or disable the setting.

- **Automatic answering timer**: Choose a time period to delay before automatically answering an incoming call when Automatic answering is enabled and a headset is connected to the device.

- **Outgoing call conditions**: When the device is paired with a Bluetooth headset, you can choose to make calls even when the device is locked. Tap to choose **Even when device locked**, or **Only when device unlocked**.

Settings    125

## Call forwarding

Set options for forwarding calls from your phone to another number.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings.**

2. Tap ⊞ **Applications > Call > Call forwarding** to choose an option:

   - **Turn on call forwarding**: Tap to turn on call forwarding for all incoming calls, or for calls you don't answer.

   - **Turn off call forwarding**: Tap to turn off call forwarding.

## Additional settings

Set other call options, including TTY mode and improving sound quality.

■ From the home screen, tap ▦ **Apps >** ⚙ **Settings >** ⊞ **Applications > Call > Additional settings** to configure options:

   - **TTY mode**: Tap to turn on TTY mode.

   - **Hearing aids**: Tap to enable or disable an option to improve sound quality when using your phone with hearing aids.

## Ringtone and sound settings

Configure options for the sounds your phone makes for phone calls and calling features.

### Ringtones and keypad tones

Choose tones and vibrations to play for incoming calls and keypad taps.

■ From the home screen, tap ▦ **Apps >** ⚙ **Settings >** ⊞ **Applications > Call > Ringtones and keypad tones** to configure options:

   - Tap **Ringtones**, and then select a ringtone for incoming calls. Tap **OK** to save your selection.

   - Tap **Vibrations**, and then select a vibration pattern to play for incoming calls when the Vibrate when ringing option is enabled. You can tap **Create** to create a custom pattern. Tap **OK** to save the settings.

   - Tap **Vibrate when ringing** to play a vibration for incoming calls. The vibration pattern is set at the Vibrations setting.

   - Tap the check box beside **Dialing keypad tone** to enable or disable tones for keypad taps.

126

## Personal Call Sound

Choose options for call audio, in cases where you might need the sound softer or more clear, or optimized for your right or left ear.

■ From the home screen, tap ⊞ **Apps > ⚙ Settings > ⊞ Applications > Call > Personalize call sound** to configure options:

• **Adapt sound**: Tap **Start**, and then follow the onscreen prompts to find the best sound for you.

• **Soft sound**: Use softer sounds during calls.

• **Clear sound**: Use clearer sounds during calls.

• **Off**: Use the default call sound settings

## Noise reduction

When enabled, Noise reduction suppresses background noise from your environment during calls.

1. From the home screen, tap ⊞ **Apps > ⚙ Settings.**

2. Tap ⊞ **Applications > Call > Noise reduction** to enable or disable noise reduction.

## Voicemail settings

Choose options for voicemail service.

■ From the home screen, tap ⊞ **Apps > ⚙ Settings > ⊞ Applications > Call** to configure options:

• **Voicemail service**: Choose a voicemail service provider. You can use your carrier's service, or another app if you have installed one.

• **Voicemail settings**: Configure the quick-dial to use to call your voicemail service.

• **Sound**: Choose a sound to play for voicemail notifications.

• **Vibrate**: When enabled, vibration will play for voicemail notifications.

## Other call settings

Configure other options for calling, including country and dialing options.

■ From the home screen, tap ▦ **Apps >** ⚙ **Settings >** ⊞ **Applications > Call** to configure options:

● **Current country**: Choose your current location.

● **Assisted dialing**: Tap to configure options to make dialing easier when traveling internationally.

— Tap the **ON/OFF** switch to turn international dialing on or off. When on, your phone will use the details you set below to dial access codes automatically when calling your home country.

— **Reference country**: Choose your home country.

— **Country code:** Enter your country code.

— **IDD prefix:** Enter your country's International Direct Dialing prefix.

— **NDD prefix:** Enter your country's National Direct Dialing prefix.

— **City/area code:** Choose your home area code.

— **National number length:** Set the number of digits for phone numbers in the reference country.

● **Auto retry**: When enabled, your phone will automatically redial a call if it receives a busy signal from the network.

● **DTMF tones:** Dual-tone Multi-frequency tones are the sounds that play when you enter numbers during a call, such as when navigating a menu.  You can set the length of DTMF tones your phone plays.

● **Voice privacy**: When enabled, Voice privacy improves the security of phone calls.

128

## *Contacts Settings*

Configure settings for contacts stored on your phone.

■ From the home screen, tap ▦ **Apps** > ⚙ **Settings** > ⊕ **Applications > Contacts** to configure options:

● **Import/Export**: You can import contacts from your phone's internal memory, from the SIM card, or from an optional installed memory card. Tap to choose an import source, and then follow the prompts to import contacts.

● **Contacts to display**: Choose contacts to display in Contacts. You can choose only contacts from your phone's memory, or from an account, or choose other sources. You can also create a customized list of contacts to display.

● **Swipe to call or send message**: When enabled, you can swipe your finger across a contact record to call or send a message to the contact's default number. Swipe right to call, or left to create a message addressed to the contact.

● **Only contacts with phones**: When enabled, only contacts with at least one phone number display in Contacts. Other contacts will be hidden.

● **Sort by**: Choose how contacts are sorted, by first or last name.

● **Display contacts by**: Choose how contacts are displayed, by first or last name.

● **Service numbers**: Call common service numbers. Tap an option to call the number.

● **Contact sharing settings**: You can choose how to transfer contacts, when sharing them with other devices, such as via Bluetooth.

— **Send all namecards**: Multiple contacts are sent together. This method can be faster, but depends on whether the target device can accept multiple namecards. If not, only one contact will be sent.

— **Send individual namecards**: Namecards are sent individually. This method may take longer, because the other device must accept each namecard individually, but it helps ensure that no namecards are missed.

● **Accounts**: Add or manage accounts. Many accounts include contacts, which are synced with your phone when you set up the account on your phone.

Settings    129

## Email Settings

Configure options for email accounts you set up on your phone.

■ From the home screen, tap ▦ **Apps > ⚙ Settings > ⊞ Applications > Email** to configure options:

● **Manage accounts**: Configure options for specific accounts. Available settings depend on the type of account.

● **Display**: Choose how emails are shown in the email list, and when you open them.

  — **Auto fit content**: When enabled, email content shrinks to fit the screen. You can still view details by zooming in.

  — **Message preview line**: Choose whether up to 3 lines display with the email subject in the Inbox.

  — **Title line in list**: Choose what displays as the title in the list of emails, the sender, or the subject of the email.

  — **Hide checkboxes**: Enable or disable the display of checkboxes beside each email. When checkboxes are displayed, you can use them to select email(s). If you choose to hide checkboxes, you can touch and hold on an email to temporarily display them, such as when you want to select multiple emails.

● **Default display**: Select what's displayed after you move or delete emails. You can choose to move to the next email, or the previous email, or return to the list of emails in the inbox.

● **Priority sender settings**: Choose options for handling emails from priority senders.

  — **Set as default folder**: When enabled, the priority sender inbox displays when you open the Email app.

  — **Email notifications**: When enabled, notifications for new emails display in the status bar. When disabled, you can control notifications for each of your email accounts individually in the account's settings.

  — **Notification sound**: Choose a ringtone to use for notifications for new email from priority senders.

  — **Vibrate**: Enable or disable vibration, to play for notifications for new email from priority senders.

● **Spam addresses**: Create and maintain a list of email addresses and domains, to automatically block emails from those senders.

● **Delay email sending**: Choose options for delaying the sending of emails, so that they can be canceled if needed.

## Messages Settings

Configure options for messaging with your phone.

■ From the home screen, tap ⊞ **Apps > ⊙ Settings >**
  ⊞ **Applications > Messages** to configure options:

● **Default messaging app**: Choose an app to use by default.

● **Restore messages**: Restore saved messages to your inbox.

● **Display**:

  — **Bubble style**: Choose how messages appear on the screen. Bubbles are the boxes that surround each message.

  — **Background style**: Choose the background of the message screen.

  — **Change font size**: When enabled, you can change the text size while reading a message by pressing the Volume key up or down.

● **Quick responses**: Create and manage text phrases that you can add to messages.

● **Text messages**:

  — **Delivery reports**: Request a delivery report for each message you send.

  — **Manage SIM card messages**: Manage messages stored on your SIM.

Settings     131

---

  — **Delay email sending**: When enabled, the sending of emails is delayed, and a cancel button is displayed, for a period of time you set below.

  — **Set length of delay**: Choose a time period to delay sending of emails.

## Gallery Settings

Configure options for the Gallery app.

■ From the home screen, tap ⊞ **Apps > ⊙ Settings >**
  ⊞ **Applications > Gallery** to configure options:

● **Sync via Wi-Fi only**: When enabled, Gallery will only sync pictures with your SNS (Social Networking System) accounts when connected to Wi-Fi.

● **Filter by**: Choose a filter to apply to pictures displayed in Gallery.

● **Tag buddy**: When on, Tag buddy automatically adds tag information to pictures you take. Tap the **ON/OFF** switch to turn the option on, and then tap items to enable tags in pictures.

● **Face tag**: When enabled, your phone identifies faces in the pictures you take, so you can tag them in the picture.

- **Multimedia messages**:

  - **Delivery reports**: Request a delivery report for each message you send

  - **Auto retrieve**: Choose whether message attachment(s) are automatically downloaded when you display a multimedia message. If you disable this option, only the message header displays in the message list, and you'll be prompted to download the attachment(s).

  - **Roaming auto retrieve**: Choose whether message attachment(s) are automatically downloaded when your phone is outside its home network.

  - **MMS alert**: When enabled, your phone will alert you when you make a change to a message that will convert the message to a multimedia message (MMS).

  - **Group conversation**: Control how messages to multiple recipients are handled. When enabled, a single message is sent to multiple recipients. When disabled, a separate message is sent to each recipient.

  - **MMS alert**: When enabled, your phone will alert you when you make a change to a message that will convert the message to a multimedia message (MMS).

- **Delete old messages**: When turned on, your phone will automatically delete the oldest messages when the maximum number of messages is reached. Tap the **ON/OFF** switch to turn the setting on, and then set the maximum number of messages with the Text message limit and Multimedia message limit settings below.

  - **Text message limit**: Set the maximum number of text messages per conversation.

  - **Multimedia message limit**: Set the maximum number of multimedia messages per conversation.

  - **Restore messages**: Restore saved messages to your inbox.

- **Notifications**: When turned on, notifications for new messages display in the status bar. Tap the ON/OFF switch to turn the setting on, and then configure options:

  - **Notification sound**: Choose a sound to play for new message notifications.

  - **Vibrate**: Choose whether vibration plays along with the sound for new message notifications.

  - **Repeat message alert**: Choose how often your phone notifies you of new message(s).

132

— **Pop-up display**: Choose whether a new message pops up on the display to notify you.

— **Preview message**: Choose whether a short preview of new messages displays in the Lock screen and/or Status bar.

• **Signature**: When turned on, a text signature is included in all messages you send. Tap the **ON/OFF** switch to turn the setting on, and then edit the signature text to include.

— **Edit signature**: Enter a text signature, when Add signature is enabled.

• **Delay message sending**: When turned on, you can choose to delay the sending of messages, so that they can be canceled if needed. Tap the **ON/OFF** switch to turn the setting on, and then set the length of delay.

• **Safe mode**: Choose options for working with messages when your phone is in safe mode.

• **Callback number**: When on, each message you send includes a phone number so recipients can call you back. Tap the **ON/OFF** switch to turn the option on, and then tap **Callback number** to enter a phone number to include in messages.

## S Voice Settings

Configure settings for your phone's voice command feature.

■ From the home screen, tap ▦ **Apps > ⚙ Settings >** ⊞ **Applications > S Voice** to configure options:

• **Language**: Choose a default language for voice commands.

• **Hide offensive words**: When enabled, potentially offensive words are replaced with asterisks (*).

• **About**: View information about S Voice.

• **Open via the home key**: When enabled, you can double-press the Home Key to launch S Voice.

• **Voice wake-up**: When on, you can launch S Voice by speaking a wake-up command. Tap the **ON/OFF** switch, and then tap **Set wake-up command** to record a spoken command.

• **Auto start speakerphone**: When enabled, the speaker automatically turns on when you use S Voice to make a call.

• **Show body of message**: When enabled, message content displays on the screen when you receive a new message.

• **Check missed events**: When enabled, S Voice will provide information about events you missed, when you launch S Voice via an optional attached headset.

## Blocking Mode

When Blocking mode is turned on, notifications for selected features are blocked, and you only receive the notifications you choose. You can choose to block notifications by feature or contact, and choose blocking all the time, or during a specific time period.

■ From the home screen, tap ▦ **Apps >** ⚙ **Settings >** ◉ **Blocking mode** to configure options:

• Tap the **ON/OFF** switch beside Blocking mode to enable or disable the setting. Blocking mode must be turned on to configure options.

• **Block incoming calls**: When enabled, notifications for incoming calls will not display.

• **Turn off notifications**: When enabled, notifications for new messages will not display.

• **Turn off alarm and timer**: When enabled, notifications for alarms and timers will not display.

• **Personal briefing**: When enabled, S Voice will provide a briefing about your schedule when you launch S Voice.

• **Home address**: Enter your home address.

• **Log in to Facebook**: Log in to your Facebook account. If you have not installed the optional Facebook app, you'll be prompted to install it from Play Store.

• **Log in to Twitter**: Log in to your Twitter account. If you have not installed the optional Twitter app, you'll be prompted to install it from Play Store.

## Easy Mode

Easy mode provides a simpler experience using your phone, with a simpler home screen layout and simpler app interactions. If you're a first-time smartphone user, or just to want to simplify the operation of your phone, you can turn on Easy mode at any time.

■ From the home screen, tap ▦ **Apps >** ⚙ **Settings >** ↔ **Easy mode** to configure options:

• **Standard mode/Easy mode**: Tap a mode to enable it. Easy mode must be turned on to set other options.

• **Easy applications**: Choose apps, to apply Easy mode to their operation.

134

## Private Mode

Private mode secures your personal content and keeps it hidden on your device. Private mode is available for certain applications.

When Private mode is enabled, you can select items you want to mark as private.

■ From the home screen, tap ▦ **Apps >** ⚙ **Settings >**
  🔲 **Private mode** to configure options:

  • Tap the **ON/OFF** switch to turn the option on or off. When you turn on Private mode, you will be prompted to set up a secure screen lock, such as Pattern, PIN, Fingerprint, or Password.

  • To turn off Private mode, you can use the **ON/OFF** switch in Settings, or turn it off on the Notification panel.

• **Set a time for blocking mode**:

  — Tap the check box beside Always, to block notifications at all times.

  — To set a specific time period to block notifications each day, disable the Always option, and then set a starting (From field) time and ending time (To field). Tap the time fields and then set the time.

• Choose an option for blocking by contact:

  — Tap **Allowed contacts**, and then choose whether to allow notifications for all contacts, just your favorites, or a custom list you create. If you choose a custom list, you'll be prompted to select contacts for the list.

  — If you have created a list of allowed contacts, you can tap **Allowed contact list** to modify the list of allowed contacts. This option is only available when the Custom list is enabled.

Settings    135

# Location Settings

Control apps' access to your location, and configure location sources. Some apps may require one or more location services be turned on for full app functionality. When Location is turned on, you are allowing Google's location service to collect anonymous location data. Some data may be stored on your device, and collection may occur even when no apps are running.

GPS signals may be affected by your surroundings, including:

- Buildings
- Tunnels or underground structures
- Weather conditions
- High-voltage or electromagnetic fields
- Tinted windows

1. From the home screen, tap ⊞ **Apps >** ⚙ **Settings >** ◉ **Locations.**

2. Tap the **ON/OFF** switch to turn location services on or off. Locations must be turned on to configure settings.

3. After you turn Location on, you can configure settings:

- **E911**: E911 location service is standard on all mobile phones, to allow sharing of GPS information with emergency personnel when you make a call to emergency services, such as 911.
- **Mode**: Choose how your phone determines your location.
  - **High accuracy**: When enabled, your phone uses GPS, Wi-Fi, and mobile networks to estimate your location.
  - **Power saving**: When enabled, your phone uses Wi-Fi and mobile networks to estimate your location.
  - **GPS only**: When enabled, your phone uses GPS to estimate your location.
- **Recent location requests**: View services or apps that have recently accessed your location information.
- **Location services**: Select sources for reporting your location information to Google.
- **Location sources**: Tap **My places** to save your favorite locations, to allow your device to provide relevant information by recognizing saved locations.
  - Tap **Home**, **Work**, or **Car**, and then follow the prompts to configure options for identifying the location.
  - Tap ⊞ to set up a new location.

# Security Settings

## Encryption

You can encrypt accounts, settings, downloaded apps and their data, media, and other files. After encryption, you must enter the PIN or password you set each time you turn on your phone. You can also encrypt information stored on an optional installed memory card (not included).

Encryption may take an hour or more to complete. Start with a charged battery, and keep the device on the charger until encryption is complete. Interrupting the encryption process may result in the loss of some or all data.

■ From the home screen, tap ▦ **Apps >** ◎ **Settings > Security**, and then tap an option:

🔒

● **Encrypt device**: Tap **Set screen lock type** to start, and then follow the prompts to encrypt information.

● **Encrypt external SD card**: Tap **Set screen lock type** to start, and then follow the prompts to encrypt information on an optional installed memory card (not included).

## Find My Mobile

Use Find My Mobile to set options for controlling your phone remotely, and to help locate your phone if you misplace it.

■ From the home screen, tap ▦ **Apps >** ◎ **Settings > Security** to configure options:

🔒

● **Remote controls**: Remote controls can minimize the risk of losing your personal information by allowing you to lock your missing device and erase its data remotely. Read the information about remote controls, and then tap **OK**.

– Tap the **ON/OFF** switch to turn Remote controls on or off.

– **Account registration**: Find My Mobile and Remote controls use your Samsung account. Tap to set up your Samsung account on the phone.

– **Use wireless networks**: When enabled, apps can use Google's location service to estimate your location faster. When you enable this option, anonymous location data will be collected and sent to Google.

● **Go to website**: Tap to launch the Find My Mobile website.

● **Reactivation lock**: When enabled, Reactivation lock prevents others from reactivating your device after a factory reset.

Settings    137

## Passwords

You can have your phone briefly display passwords as you enter them. This can improve accuracy for entering passwords, but can affect security if others also see your passwords.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings >** 🔒 **Security.**

2. Tap **Make passwords visible** to enable or disable the option.

## SIM Card Lock

When you set up a SIM card lock, your phone requires you to enter a PIN (which you create) to use the phone.

■ From the home screen, tap ▦ **Apps >** ⚙ **Settings >** 🔒 **Security > Set up SIM card lock** to configure options:

— Tap **Lock SIM card** to enable the lock, and then enter the SIM PIN.

— Tap **Change SIM PIN** to modify your SIM PIN.

## Device Administration

Some applications, such as Corporate email, may require you to allow access to your device by device administrators in certain circumstances, such as if your device is lost or stolen.

Some features a device administrator might control include:

● Setting the number of failed password attempts before the device is restored to factory settings.

● Automatically locking the device.

● Restoring factory settings on the device.

■ From the home screen, tap ▦ **Apps >** ⚙ **Settings >** 🔒 **Security** to configure options:

● **Device administrators:** Tap to view, add, or remove device administrators.

● **Unknown sources:** Tap the check box to enable or disable your phone's ability to install apps from sources other than Google Play Store.

● **Verify apps:** Tap the check box to enable or disable a warning before installing apps that may cause harm.

138

## Security Update Service

Choose options for updating your phone's security policy.

■ From the home screen, tap ▦ **Apps >** ◉ **Settings >** 🔒 **Security** to configure options:

- **Security policy updates**: When enabled, your phone will automatically check for changes to the security policy and download any updates, to improve security and service.

- **Send security reports**: When enabled, your phone will only send security reports to Samsung when it is connected to a Wi-Fi network.

## Credential Storage

You can install credentials from an optional installed memory card (not included), and use the Credential storage settings to allow applications to access the security certificates and other credentials.

■ From the home screen, tap ▦ **Apps >** ◉ **Settings >** 🔒 **Security** to configure options:

- **Storage type**: Select a storage type to store data in key-value pairs, on the device memory, in a private database, or your own network server.

- **Trusted credentials**: Tap to view credentials you've installed.

- **Install from phone storage**: Tap to install encrypted certificates from an optional installed memory card (not included).

- **Clear credentials**: Tap to clear stored credentials and reset the password (only available when credentials are installed).

Settings     139

# Fingerprint Settings

You can use fingerprint recognition as an alternative to entering passwords in some apps.

■ From the home screen, tap ▦ **Apps >** ⚙ **Settings >** ⊚ **Fingerprint** to configure options:

- **Fingerprint manager**: Tap to register up to three fingerprint(s).

- **Change alternative password**: Modify the password you set to back up your fingerprints.

- **Screen lock**: Select a screen lock. For more information, see *"Set a Fingerprint Screen Lock"* on page 115.

- **Verify Samsung account**: You can choose to verify your identity using your fingerprints when logging in to your Samsung account. Tap the **ON/OFF** switch to turn the option on or off.

# Language and Input Settings

Use Language and input settings to choose a default language for your phone's operations, plus settings for text entry and other inputs.

## *Choose a Default Language*

Choose the language for operating your phone.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings >** Ⓐ **Language and input**.

2. Tap **Language** to select a language.

## *Set a Default Input Method*

The following procedure allows you to select and set the default method you will use when accessing the keyboard.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings >** Ⓐ **Language and input**.

2. Tap **Default** to select the default input method.

140

## Samsung Keyboard Settings

The Samsung Keyboard is an onscreen QWERTY keyboard, so you can enter text by "typing" on the keyboard. Samsung keyboard is enabled by default, and you can choose options for using it.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings >** Ⓐ **Language and input.**

2. Tap ⚙ beside **Samsung keyboard** to configure these options:

- **Input languages**: Choose language(s) for use with Samsung keyboard. When more than one language is enabled, you can slide your finger on the space bar to switch languages.

- **Predictive text**: Tap the **ON/OFF** switch to turn predictive text on or off. Predictive text suggests words matching your text entries, and optionally, complete common words automatically. Tap **Predictive text** to configure options:

  - **Live word update**: When enabled, predictive text automatically updates with popular new words.

- **Personalized data**: When enabled, predictive text uses personal language data you have entered to make better predictions. Samsung keyboard can collect all the text you enter, including personal data and credit card numbers, in order to give better prediction results.

  - **Learn from Facebook**: When Personalized data is enabled, you can log into Facebook to allow your device to learn from your Facebook postings.

  - **Learn from Gmail**: When Personalized data is enabled, you can log into Gmail to allow your device to learn from your Gmail email.

  - **Learn from Twitter**: When Personalized data is enabled, you can log into Twitter to allow your device to learn from your Twitter postings.

  - **Learn from Messages**: When Personalized data is enabled, you can allow your device to learn from your text and multimedia messages.

  - **Learn from Contacts**: When Personalized data is enabled, you can allow your device to learn from your Contacts entries.

  - **Clear server data**: Delete your anonymous information stored on the personalization server.

Settings    141

— **SwiftKey Flow**: When enabled, you can enter text by swiping your finger across the keyboard.

— **Cursor control**: When enabled, you can slide your finger across the keyboard to move the cursor to begin entering text.

— **Flick input**: Flick upwards on a key to view symbols and alternative characters.

• **Key-tap feedback**: Enable or disable options for sound or vibration feedback to your onscreen keyboard touches.

— **Sound**: When enabled, a sound plays for your key touches.

— **Vibration**: When enabled, a vibration plays for your key touches.

— **Character preview**: When enabled, the character appears in a bubble as you tap keys.

— **Press and hold delay**: Choose a period for the keyboard to wait before interpreting a touch as a press and hold.

• **More settings**:

— **Reset settings**: Return settings to the defaults.

— **Clear personal data**: Remove all personalized data you have entered.

— **Privacy Policy**: Read the privacy policy.

• **Auto replacement**: When turned on, predictive text will complete or replace the word you are typing with the most probable word when you tap the Space bar or a punctuation mark.

• **My shortcuts**: Assign text shortcuts to number keys. This option is only available when using QWERTY keyboards.

• **Auto capitalization**: When enabled, predictive text automatically capitalizes words in your text based on common usage, such as at the beginning of sentences.

• **Auto spacing**: When enabled, predictive text automatically inserts spaces between words.

• **Auto punctuate**: When enabled, a period and space are automatically entered to end a sentence, when you tap the space bar twice.

• **Keyboard swipe**: When enabled, you can enter text by sliding your finger across the keys on the keyboard.

— **None**: When enabled, Samsung Keyboard will not accept text entry by swiping.

142

## Swype Settings

Swype is a new way to enter text on touch screens. Instead of touching each key individually, use your finger to trace over the letters of a word. For each word, place your finger on the first letter and glide to the subsequent letters, lifting on the last letter.

1.  From the home screen, tap ▦ **Apps > ◎ Settings > Ⓐ Language and input.**

2.  Tap ⚙ beside **Swype** to configure these options:

    ● **Settings**: Set Swype options:

    – **Vibrate on keypress**: When enabled, the device vibrates for your Swype touches.

    – **Sound on keypress**: When enabled, the device plays sounds for your Swype touches.

    – **Pop-up on keypress**: When enabled, the characters display briefly as you tap keys.

    – **Long-press delay**: Choose a period for the keyboard to wait before interpreting a touch as a press and hold.

    – **Show complete trace**: When enabled, Swype displays the trace of each word until you start the next word.

    – **Auto-capitalization**: When enabled, Swype automatically capitalizes the first word of sentences.

    – **Auto-spacing**: When enabled, Swype automatically inserts spaces between words as you complete them.

    – **Next word prediction**: When enabled, Swype predicts the next word based on the previous word.

    – **Show Voice key**: When enabled, a Voice input key displays on the Swype keyboard.

    ● **Themes**: Configure options for the look and position of the keyboard.

    – **Portrait keyboard**: Choose whether the keyboard extends the full width of the screen, or as a smaller keyboard on the left or right.

    – **Landscape keyboard**: Choose the location and style of the keyboard when you rotate the phone to landscape orientation (on its side).

    – **Keyboard height**: Choose how tall the keyboard is, when the phone is in Portrait (upright) and Landscape (on its side) position.

    – **Word choice list font size**: Set the size of the text for the words Swype suggests as you enter text.

Settings    143

- **How to Swype**: Learn about using Swype.
- **Show helpful tips**: When enabled, tips display on the screen as you enter text.
- **Version**: Tap to see specific version information and Nuance Communications copyright.
- **Updates**: Check for updates to Swype, and install them if desired.

- **My Words**: Choose options for customizing Swype based on your text entries.
  – **Backup & Sync**: Use Swype Connect to back up your words.
  – **Living Language**: When enabled, Swype will automatically update with popular new words.
  – **Social integration**: Log into your favorite social networking sites to use your entries there to update Swype,
  – **Edit my dictionary**: Modify words added to Swype.
  – **Clear language data**: Delete all the words you've added to the Swype dictionary.
  – **Contribute usage data**: Allow Nuance to collect usage data to provide better text prediction.
  – **Cellular data**: When enabled, Swype can use your phone's connection to the wireless data network for updates; language downloads, and other Swype Connect features.
- **Languages**: Choose the current language for Swype, and download new languages to use with Swype.
- **Gestures**: Learn about shortcuts you can use on the keyboard to quickly accomplish common tasks.
- **Help**: Learn about using Swype.

## Google Voice Typing Settings

Google voice typing allows you to speak your entries. When you enable Google voice typing, it's available for use when you touch a field to enter text.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings >** Ⓐ **Language and input**.

2. Tap ⚙ beside **Google voice typing** to configure these options:

- **Choose input languages**: Choose language(s) for use with Google voice typing.

- **Block offensive words**: Tap the check box to control whether Google displays words generally recognized as offensive.

- **Offline speech recognition**: Download and install speech recognition engines, to allow you to use voice input while not connected to the network, such as during Airplane mode.

## Speech Settings

Configure options for using your voice to control your phone.

■ From the home screen, tap ▦ **Apps >** ⚙ **Settings >** Ⓐ **Language and input** to configure these options:

● **Voice search**:

 — **Language**: Choose a language for voice searching.

 — **Speech output**: Choose options for speech output.

 — **Block offensive words**: When enabled, words many people find offensive are not shown in results of Google voice searches. Offensive words are replaced in results with a placeholder (####).

 — **Hotword detection**: When enabled, you can say "Google" to launch voice search.

 — **Offline speech recognition**: Download speech recognition, to enable voice input while offline.

 — **Bluetooth headset**: Records audio through a Bluetooth headset, when using an optional Bluetooth headset (not included), paired with your phone.

Settings    145

- **Text-to-speech options:**

  – **Preferred TTS engine**: Select Samsung text-to-speech engine, or Google Text-to-speech Engine. Tap ⚙ to configure options.

  – **General**: Set options for speech, such as the speed at which your phone reads out text, plus listen to an example of speech synthesis.

- **Read notifications aloud**: Choose notifications, to have your phone read out information when you received notifications.

  – **Calls from favorite contacts**: When enabled, your phone will read out caller information for incoming calls from contacts marked with a star in Contacts.

  – **Messages from key senders**: When enabled, your phone will read out senders' information for new messages from contacts marked with a star in Contacts.

  – **Emails from priority senders**: When enabled, your phone will read out senders' information for new emails from contacts marked with a star in Contacts.

  – **Calendar event info**: When enabled, your phone will read out event information for Calendar event notifications.

  – **Alarm info**: When enabled, your phone will read out alarm information when an alarm rings.

## Mouse Trackpad Settings

This feature allows you to adjust the speed of movement when you move your finger on the screen.

1. From the home screen, tap ⊞ **Apps >** ⚙ **Settings >** Ⓐ **Language and input**.

2. Tap **Pointer speed** to set the pointer speed.

3. Tap **OK** to save your selection.

146

# Backup and Reset Settings

Set options for backing up your data to the Google servers.

■ From the home screen, tap ⊞ **Apps** > ⚙ **Settings** > 🔘 **Backup and Reset** to configure backup features:

• **Back up my data**: Tap the check box to turn on automatic backup to a Google account, and then set up an account for the backups.

• **Backup account**: When Back up my data is turned on, set up a Google account for backups. You can set up a new Google account, or sign in to an existing account.

• **Automatic restore**: When Back up my data is turned on, you can also turn on Automatic restore to automatically restore settings and other information from the backup when you reinstall an app.

• **Factory data reset**: Erase all your information from the phone, and return the settings to the factory defaults. All data will be erased, and cannot be recovered. A factory data reset also erases the key for decrypting files stored on an optional installed memory card, so files on the card cannot be used after the reset.

• **Reset settings**: Return your device to its factory default settings. This will not affect any downloaded apps, personal data, or Security, Language, and Account settings.

Settings    147

# Motions and Gestures Settings

The Motion settings allow you to set up various Motion activation services.

1. From the home screen, tap ▦ **Apps > ⚙ Settings >** 🔲 **Motions and gestures.**

2. Tap the **ON/OFF** switch to turn a feature on or off. When a feature is on, tap the feature name to configure options:

- **Air browse**: When on, you can scroll between items like pictures, pages, or music tracks by moving your hand up and down, or left and right above the screen. Tap the **ON/OFF** switch to turn the feature on, and then configure options:

  − **The body of emails**: When enabled, you can use air browse to scroll through the body of emails.

  − **Gallery**: When enabled, you can use air browse to move between pictures in Gallery

  − **Music**: When enabled, you can use air browse to change music tracks on the Music screen.

  − **Music on lock screen**: When enabled, you can use air browse to change music tracks on the lock screen.

- **Direct call**: When on, you can lift the device to your ear while viewing a contact to call the contact. Tap the **ON/OFF** switch to turn the feature on or off.

- **Smart alert**: When on, you can lift the phone to receive notifications of missed calls and notifications that occurred while the device was stationary. Tap the **ON/OFF** switch to turn the feature on or off.

- **Mute/pause**: When on, you can mute incoming calls and pause playback by turning the phone screen-side down. Tap the **ON/OFF** switch to turn the feature on, and then configure options:

  − **Covering screen with hand**: When enabled, covering the screen with your hand will mute the ring of incoming calls and alarms, and pause media playback.

  − **Turning device over**: When enabled, turning the device screen-down will mute the ring of incoming calls, and pause music playback

  − **Smart pause**: when enabled, your phone use the front camera to detect if you are facing the screen, and will pause video playback when you look away.

148

## Accounts Settings

When you set up accounts on your phone, such as your Google or Samsung accounts, and your email or social networking accounts, you can synchronize account information between your phone and the account. Types of information you can synchronize include contacts, pictures, videos, and other types of files.

You can also set up options for backing up information from your phone to the cloud, and back up or reset your device.

### Add an Account

Add an account to your phone to share information between your phone and the account.

1. From the home screen, tap ▦ **Apps > ◎ Settings > ⊗ Accounts > Add account**, and then choose a type of account.

2. Follow the prompts to enter your account credentials and complete the account set up.

Settings    149

---

• **Palm swipe to capture:** When on, you can save a copy of the current screen to the clipboard by swiping the side of your hand across the screen. Tap the **ON/OFF** switch to turn the feature on or off.

## Air View Settings

With Air view, you can preview information, extend text selection, or enlarge pictures by hovering your finger over the screen.

1. From the home screen, tap ▦ **Apps > ◎ Settings > 🖐 Air view.**

2. Tap the **ON/OFF** switch to turn the feature on or off.

# Accessibility Settings

Your device offers features to make using the device easier for those with certain physical disabilities. Use Accessibility settings to configure these features.

## Configure Vision Accessibility Settings

Your phone offers many features to assist users who are blind or low-vision.

■ From the home screen, tap ▦ **Apps** > ⚙ **Settings**> ♿ **Accessibility > Vision** to configure options:

- **TalkBack**: Enable or disable the TalkBack feature and configure options. When TalkBack is on, your device speaks descriptions of items you touch or activate on your phone, to help blind and low-vision users. When TalkBack is turned on, you may need to use a double-tap to select items, because a single tap is used to trigger TalkBack. Tap the **ON/OFF** switch beside TalkBack to turn the feature on or off. When TalkBack is on, tap **Settings** to configure specific options.

- **Dark screen**: When TalkBack is on, you can enable Dark screen to keep your phone's screen turned off at all times. When Dark screen is enabled, double-press the Power/Lock key to turn it on or off while using your phone.

# Date and Time Settings

By default, your device receives date and time information from the wireless network. When you are outside network coverage, you may want to set date and time information manually using the Date & time settings.

■ From the home screen, tap ▦ **Apps** > ⚙ **Settings** > 🕐 **Date and time** to configure settings:

- **Automatic date and time**: When enabled, the device takes date and time updates from the wireless network.

- **Set date**: Enter the current date (only available when Automatic date and time is disabled).

- **Set time**: Enter the current time (only available when the Automatic setting is disabled).

- **Automatic time zone**: When enabled, the device takes the time zone from the wireless network.

- **Select time zone**: Choose your local time zone (only available when the Automatic setting is disabled).

- **Use 24-hour format**: Set the format for time displays.

- **Select date format**: Set the format for date displays.

150

- **Rapid key input:** When TalkBack is on, you can enable Rapid key input, to allow you to release your finger to enter a selection, instead of double-tapping it. By default, when you have TalkBack turned on, you must double-tap items on the screen to select them. If you turn on Rapid key input, you can tap and release your finger to select and item instead of double-tapping.

- **Speak passwords:** When Explore by touch is turned on, you can enable Speak passwords to have your phone read out characters entered in password fields. NOTE: Use caution with this feature, because others near you will be able to hear your passwords.

- **Font size:** Choose the size of text for your phone's screens.

- **Magnification gestures:** When turned on, you can use special magnification gestures, including:

  − Triple-tap on most screens to zoom in or out.

  − While zoomed in, you can drag two or more fingers across the screen to pan (move around the screen).

  − While zoomed in, you can use pinch with two fingers to adjust the zoom level. Move your fingers closer together to zoom in, or apart to zoom out.

- Triple-tap and hold to temporarily magnify what's under your finger. You can then drag your finger across the screen to explore the screen. Lift your finger to return to the regular-size screen.

- **Notification reminder:** When turned on, your phone beeps at set intervals to remind you of unread notifications. Tap the **ON/OFF** switch beside Notification reminder to turn the option on, and then tap **Reminder interval** to set the interval for reminder beeps.

- **Negative colors:** When enabled, screen colors are reversed.

- **Color adjustment:** When turned on, you can adjust the color of the screen if you have difficulty reading the screen because of the color. Follow the prompts to fine-tune screen colors.

- **Accessibility shortcut:** When turned on, you can quickly turn on accessibility features by performing a special gesture:

  − Press and hold the Power/Lock key until you hear a sound or feel a vibration, and then press and hold with two fingers until you hear an audio confirmation.

- **Text-to-speech options:** Configure options for converting text to speech. For more information, see Text-to-speech Options.

Settings     151

## Configure Hearing Accessibility Settings

Your phone offers many features to assist users who are deaf or hearing-impaired.

■ From the home screen, tap ▦ **Apps >** ⚙ **Settings>** 👆 **Accessibility > Hearing** to configure options:

- **Flash notification**: When enabled, your phone blinks the Camera flash for notifications.

- **Turn off all sounds**: When enabled, every sound made by the phone during taps, selections, notifications, etc. is muted.

- **Hearing aids**: When enabled, your phone automatically adjusts to attempt to improve the sound quality for use with hearing aids.

- **Samsung subtitles (CC)**: When turned on, your phone displays Samsung subtitles where available. Tap the **ON/OFF** switch to turn the option on or off, and then tap Samsung subtitles to configure options.

- **Google subtitles (CC)**: When turned on, your phone displays Google subtitles where available. Tap the **ON/OFF** switch to turn the option on or off, and then tap Google subtitles to configure options like Language, Text size, and Caption style.

- **Sound balance**: Adjust the sound sent to the left and right when using earphones.

- **Mono audio**: Enable or disable the compression of stereo audio into a single mono audio stream for use with a single earphone.

- **Baby crying detector**: When turned on, your phone will vibrate when it detects a baby crying. Tap the **ON/OFF** switch to turn the feature on or off. When turned on, you can tap ▦ **Menu** to configure options:

  − **Recent alerts**: Display a list of recent detector alerts.

  − **Settings**: Choose options for the vibration alert your phone plays when it detects a crying baby. You can set the pattern and intensity of the vibration, and enable or disable flash notification, to have your phone also flash the camera light.

- **Auto haptic**: When enabled, your device automatically vibrates in response to the sounds of downloadable apps, such as games. Not all apps support this feature.

152

## Dexterity and Interaction Settings

Your phone offers many features to improve device accessibility.

■ From the home screen, tap [grid icon] **Apps > [gear icon] Settings> [leaf icon] Accessibility > Dexterity and interaction** to configure options:

● **Assistant menu:** Assistant menu can improve device accessibility by providing quick access to important functions. When turned on, an [icon] Assistant menu shortcut appears on all screens. Tap **Assistant menu** to configure options:

 – Tap the **ON/OFF** switch beside Assistant menu to turn the feature on or off. When you turn on Assistant menu, Single tap mode is also enabled.

 – **Dominant hand:** Choose whether the Assistant menu displays on the left or right side of the screen

 – **Edit:** Re-order or remove items from the Assistant menu.

 – **Assistant plus**: When turned on, Assistant plus displays contextual menu options for some apps in Assistant menu. Not all apps support this option. Tap **Assistant plus**, and then tap the **ON/OFF** switch to turn the option on or off. After you turn on Assistant plus, enable or disable apps to use with Assistant plus.

 – **Touchpad size**: Choose a size for touchpads for use in your phone's screens.

 – **Cursor size**: Choose the size of cursors, to display on the screen.

 – **Cursor speed:** Choose a speed for cursor blinks.

● **Air wake up**: When turned on, you can move your hand over the screen to turn it on, if the phone is face up on a stable surface. Tap the **ON/OFF** switch to turn the option on or off.

● **Touch and hold delay**: Choose how long your phone waits during a tap and hold gesture on the screen, before continuing with the tap and hold action.

Settings    153

- **Interaction control**: Control how your phone interprets motions and screen touches. To turn Interaction control on or off at any time, press and hold the Home key and the down Volume key at the same time. When Interaction control is on, you can use motions to control your phone, and screen timeout is turned on. You can also block areas of the screen from touch interaction. Auto rotate and hard-key functions (Power/Lock key, Volume key, etc.) will be turned off, and app notifications will only be shown in the Notification panel and status bar.

## Configure Other Accessibility Settings

Your phone offers many features to improve device accessibility .

■ From the home screen, tap ▦ **Apps** > ⚙ **Settings** > ✋ **Accessibility** to configure these options:

- **Direct access**: When turned on, you can access common accessibility settings from any screen by pressing the Home key rapidly 3 times in a row. Tap the **ON/OFF** switch to turn the feature on, and then enable or disable options to display with direct access.

- **Answering and ending calls**: Select options for answering and ending calls.

— **Answer calls by**: You can choose to answer calls by pressing Home, with voice commands, by waving your hand over the device, or by bringing the device to your ear.

— **End calls by**: You can choose to end calls by pressing the Power/Lock key.

• **Single tap mode**: When enabled, you can use a single tap to dismiss or snooze alarms, notifications and alerts, and answer or reject calls.

• **Manage accessibility**: Choose settings for exporting, updating, and sharing the accessibility settings as a file.

## Safety Assistance Settings

Safety assistance is intended to help users send a quick notice of their approximate location and visual surroundings to the mobile device of an emergency contact chosen in advance.

**Important!** This feature is only for your convenience and is not intended as, or should it be treated as, a substitute for emergency calls to the authorities.

154

■ From the home screen, tap ▦ **Apps >** ⚙ **Settings >** 🅰 **Safety assistance** to configure these options:

● **Emergency mode:** Save power during an emergency by using a minimal home screen layout and limiting the number of usable apps. Touch the **ON/OFF** switch to turn the option on or off.

● **Geo News:** Get news about extreme weather conditions that may affect you. Touch the **ON/OFF** switch to turn the option on or off. You can enable or disable pop-ups notifications as well.

● **Send help messages:** helps you send a quick notice of your approximate location and visual/auditory surroundings to the mobile phone of the Emergency contact that you have created. Press the Power/Lock Key 3 times in a row to send an emergency message to your emergency contact: You should still make an emergency call to the appropriate authorities if needed. Touch the **ON/OFF** switch to turn the option on or off. The following additional options are available:

— **Send pictures:** pictures taken by the front and rear cameras will be sent to your emergency contact when an emergency has been declared (3 quick taps to the power button).

— **Send sound recording:** a sound recording will be sent to your emergency contact when an emergency has been declared (3 quick taps to the power button).

● **Manage emergency contacts:** Create and maintain emergency contact information. To use Safety assistance, you must have at least one emergency contact saved in Contacts. Follow the prompts to set up emergency contact(s) if you do not already have them.

## Accessories Settings

Configure your device's behavior when it is connected to optional accessories (not included).

■ From the home screen, tap ▦ **Apps >** ⚙ **Settings >** 🅲 **Accessories** to configure these options:

● **HDMI:** Configure settings when you connect your phone to other devices via an optional HDMI cable (not included).

— **Audio output:** Choose a destination for audio output when you connect to devices via HDMI cable.

Settings     155

## *Printing Settings*

You can print from your phone, via Wi-Fi, to an optional compatible printer (not included). Your phone and the optional printer must be connected to the same Wi-Fi network.

## Turn Print Services on or off

Before you can print from your phone, a print service must be turned on. The print service communicates with the printer when you select something to print.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings >** 🖨 **Printing**.

2. Choose a print service from the list. The Samsung Print Service Plugin is available by default.

3. Tap the **ON/OFF** switch to turn the service on or off. The service must be on to configure settings or print.

## Add a Printer

Before you can print to a printer, you must set it up on your phone. You'll need to know the IP address of the printer; consult the printer's documentation for this information.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings >** 🖨 **Printing**.

2. Choose a print service from the list, and then tap the **ON/OFF** switch to turn the service on or off. The service must be on to add a printer.

3. Tap ⋮ **Menu > Add printer >** ⊕ , and then enter a name and the IP address of the printer.

## Configure Print Settings

Choose options for printing from your phone.

1. From the home screen, tap ▦ **Apps >** ⚙ **Settings >** 🖨 **Printing**.

2. Choose a print service from the list, and then tap the **ON/OFF** switch to turn the service on or off. The service must be on to add a printer.

156

3. Tap ⚏ **Menu > Settings** to configure options. Available options may vary depending on the **type of** printer, and not all printers support all options.

— **2-Sided printing for documents**: Choose Simplex to print one page per piece of paper, or choose Long edge or Short edge to print on both sides. Short edge and Long edge refer to how the pages flip when moving through multiple pages.

— **Secure Release**: If the optional printer supports secure release, and it is enabled, you must enter a User ID to retrieve your printouts. Tap **Secure release**, and then enter a **User ID**.

— **Confidential Print**: If the optional printer supports confidential printing, and it is enabled, you must enter a User ID and Password to retrieve your printouts. Tap **Confidential Print**, and then enter a **User ID** and **Password**.

— **Job Accounting**: If the optional printer supports job accounting, and it is enabled, you must enter a User ID and Password when printing, to track printing by group or other set.

— **Version**: View the version of the print service software.

— **Open source licenses**: View licenses related to the print service software

— **About**: View information about the print service software.

## Help

Learn about using your phone.

1. From the home screen, tap ⚏ **Apps >** ⚙ **Settings.**

2. Tap ❓ **Help.**

## About Phone Settings

View information about your device, including status, legal information, hardware and software versions, and a tutorial.

1. From the home screen, tap ▦ **Apps > ⚙ Settings >** ⓘ **About phone**, and then tap items for more details:

- **Icon glossary**: View the icons used on your phone, along with descriptions.
- **Status**: View information about your device's current status.
- **Legal information**: Display open source licenses, Google legal information, a privacy alert, and licenses.
- **Device name**: View your device's name, and enter a new name if desired.
- **Model number**: View your device's model number.
- **Android version**: View the firmware version of your device.
- **Baseband version**: View the baseband version of your device.
- **Kernel version**: View the kernel version of your device.
- **Build number**: View the build number of your device.
- **SE for Android status**: View your device's current Security Enhanced for Android status.
- **Hardware version**: View the hardware version of your device.
- **Security software version**: View the current software version.

## Software Update

Use Software update to update your phone's software.

1. From the home screen, tap ▦ **Apps > ⚙ Settings.**
2. Tap **Software update** to view your current software version, and then tap **Check for new software update** to check for software and install it.

158

159

# Index

## A

**Accounts**
adding a Google account 30
Google 12
Samsung 12
**Address Book**
Adding a New Contact 31
**Amazon Kindle** 55
**Android Beam** 88
**Applications**
downloading new 79
**Apps**
installing 53
uninstalling 53

## B

**Battery**
charging 10
cover, removing & installing 7
indicator 9
removing 9
**Bluetooth** 96

## C

**Calculator** 55
**Calendar** 55
**Call Functions** 38
Answering a Call 47
Making a Call 38
**Camcorder**
Settings 63
**Camera**
Settings 63
**Changing Your Settings** 94
**Clock** 63

## D

**Display**
Status Bar 25
**Drive** 64

## E

**Email**
Creating a Corporate Email
Account 65
**Entering Text** 27

## G

**Google**
managing an account 30
Maps 74
Play Store 79
setting up an account 30
your account 12
YouTube 85
**Google Voice Typing** 28

## H

**Hotspots** 92

## I

**Internet** 74
**Isis Mobile Wallet** 74

## K

**Kindle** 55

## L

**Linking Contacts** 33

**M**

**Maps** 74
**Memory Card**
installing 10
removing 11
**Messaging**
Creating and Sending Text
Messages 48
Signing into Email 65
**Mobile Hotspot** 92
**Multi Window**
Customizing 20
**Music** 76

**P**

**PC Connections** 86
**Play Store** 79
**Powering On and Off** 11

**Q**

**Quick Settings** 95

**S**

**Samsung Keyboard**
Enabling 28

160

**Security**
locking and unlocking 14
**Settings** 63, 94
**Setup Wizard** 81
**Smart Switch** 12
**Status Bar** 25

**T**

**Task Manager** 84
**Tethering**
see USB Tethering 91
**Text Input**
Methods 27
**Transfer Information to Your New Device**
Smart Switch 12
**Turning Your Phone On and Off** 11

**U**

**Understanding Your Device**
Back View 17
Front View 16
**USB Connections**
As Storage Device 86
**USB Settings**
As Storage Device 86

**USB Tethering** 91
Activating 91

**V**

**Voice Typing** 28

**W**

**Widgets**
Gmail 72
**Wi-Fi** 87
**Wi-Fi Direct** 88
**Wi-Fi Settings** 95

**Y**

**YouTube** 85