**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 15-542-SLR-SRF |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| APPLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 15-543-SLR-SRF |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| HTC CORPORATION, and HTC AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 1:15–cv-544–SLR-SRF |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., and MOTOROLA MOBILITY, | ) | |
| | ) | |
| Defendants. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 15–cv-545–SLR-SRF |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | ) | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | C.A. No. 15-546-SLR-SRF |
| Plaintiff, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | |
| ZTE CORPORATION, ZTE (USA) INC., | ) | |
| and ZTE SOLUTIONS INC., | ) | |
| | ) | |
| Defendants. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | C.A. No. 15-547-SLR-SRF |
| Plaintiff, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | |
| MICROSOFT CORPORATION, MICROSOFT | ) | |
| MOBILE OY and NOKIA INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATION FOR EXTENSION OF TIME**

WHEREAS, on the June 23, 2016 teleconference, the Court ordered the Parties to submit a revised schedule for claim construction;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Evolved Wireless, LLC and Defendants Apple Inc. ("Apple"); HTC Corporation and HTC America Inc. ("HTC"); Lenovo Group Ltd., Lenovo (United States) Inc., and Motorola Mobility LLC ("Lenovo"); Samsung Electronics Co. Ltd. and Samsung Electronics America Inc. ("Samsung"); ZTE (USA) Inc. ("ZTE"); and Microsoft Corporation, Microsoft Mobile Oy, and Microsoft Mobile Inc. (f/k/a "Nokia Inc.") ("Microsoft") (collectively, "Defendants"), subject to the approval of the Court, that the following deadlines set forth in the Scheduling Order[1], as

---

[1] D.I. 16, C.A. No. 15-543; D.I. 20, C.A. No. 15-545; D.I. 17, C.A. No. 15-544; D.I. 19, C.A. No. 15-546; D.I. 16, C.A. No. 15-542; D.I. 21, C.A. No. 15-547.

amended on May 26, 2016, are amended as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Plaintiff's Supplemental Opening Claim Construction Brief | | July 8, 2016 |
| Defendants' Answering Claim Construction Brief | July 22, 2016 | August 12, 2016 |
| Plaintiff's Reply Claim Construction Brief | August 25, 2016 | September 15, 2016 |
| Defendants' Surreply Claim Construction Brief | September 9, 2016 | September 30, 2016 |
| Claim Construction Hearing | September 23, 2016 at 9:30am | |
| Claim Construction Decision | On or Before November 16, 2016 | |
| Status Conference | December 12, 2016 at 4:30pm | |

| | |
|---|---|
| Dated: July 5, 2016 | Respectfully submitted, |
| *Of Counsel*: | FARNAN LLP |
| Christopher K. Larus (admitted pro hac vice)<br>Ryan M. Schultz (admitted pro hac vice)<br>Andrew D. Hedden (admitted pro hac vice)<br>Benjamen C. Linden (admitted pro hac vice)<br>Ryan E. Dornberger (admitted pro hac vice)<br>Anthony F. Schlehuber (admitted pro hac vice)<br>Robins Kaplan LLP<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 349-8500<br>Facsimile: (612) 339-4181<br>clarus@robinskaplan.com<br>rschultz@robinskaplan.com<br>ahedden@robinskaplan.com<br>blinden@robinskaplan.com<br>rdornberger@robinskaplan.com<br>aschlehuber@robinskaplan.com | By: */s/ Brian E. Farnan*<br>    Brian E. Farnan (Bar No. 4089)<br>    Michael J. Farnan (Bar No. 5165)<br>    919 N. Market Street, 12th Floor<br>    Wilmington, Delaware 19801<br>    (302) 777-0300<br>    (302) 777-0301<br>    bfarnan@farnanlaw.com<br>    mfarnan@farnanlaw.com<br><br>PHILLIPS GOLDMAN McLAUGHLIN & HALL, P.A.<br><br>By: */s/ John C. Phillips, Jr.*<br>    John C. Phillips, Jr. (No. 110)<br>    David A. Bilson (No. 4986)<br>    1200 North Broom Street<br>    Wilmington, Delaware 19806<br>    (302) 655-4200<br>    jcp@pgmhlaw.com<br>    dab@pgmhlaw.com |
| Andrea L. Gothing (admitted pro hac vice)<br>Robins Kaplan LLP<br>2440 W. El Camino Real, Suite 100<br>Mountain View, CA 94040<br>Telephone: (650) 784-4040<br>Facsimile: (650) 784-4041<br>agothing@robinskaplan.com | **Counsel for Plaintiff Evolved Wireless, LLC** |
| OF COUNSEL:<br>Michael D. Jay<br>Bill Ward<br>Joseph E. Lasher<br>Nandan Padmanabhan<br>BOIES, SCHILLER & FLEXNER LLP<br>401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401<br>Tel: (310) 752-2400<br><br>Steven C. Holtzman<br>BOIES, SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Tel: (510) 874-1000 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Bindu A. Palapura*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Stephanie E. O'Byrne (#4446)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    sobyrne@potteranderson.com<br><br>*Counsel for Defendant Apple, Inc.* |

| | |
|---|---|
| OF COUNSEL:<br>Stephen S. Korniczky<br>Martin R. Bader<br>Ericka J. Schulz<br>Kayla Page<br>SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP<br>12275 El Camino Real<br>Suite 200<br>San Diego, CA 92130<br>(858) 720-8900 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Jonathan A. Choa*<br>    Philip A. Rovner (#3215)<br>    Jonathan A. Choa (#5319)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, Delaware 19899<br>    (302) 984-6000<br><br>*Counsel for Defendants HTC Corporation and HTC America, Inc.* |
| OF COUNSEL:<br>Mitchell G. Stockwell<br>Richard W. Goldstucker<br>KILPATRICK TOWNSEND AND<br>  STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>Tel: (404) 815-6500<br><br>Taylor H. Ludlam<br>KILPATRICK TOWNSEND AND<br>  STOCKTON LLP<br>4208 Six Forks Road, Suite 1400<br>Raleigh, NC 27609<br>Tel: (919) 420-1700<br><br>Akarsh P. Belagodu<br>KILPATRICK TOWNSEND AND<br>  STOCKTON LLP<br>607 14th Street, NW, Suite 900<br>Washington, DC 20005<br>Tel: (202) 508-5800 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Bindu A. Palapura*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Stephanie E. O'Byrne (#4446)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    sobyrne@potteranderson.com<br><br>*Counsel for Defendants Lenovo Group Ltd., Lenovo (United States) Inc., and Motorola Mobility.* |

| | |
|---|---|
| | SHAW KELLER LLP |
| OF COUNSEL:<br>Kevin P.B. Johnson<br>Victoria F. Maroulis<br>Todd M. Briggs<br>Charles M. Stiernberg<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>(650) 801-5100 | By:   */s/ John W. Shaw*<br>    John W. Shaw (No. 3362)<br>    Karen E. Keller (No. 4489)<br>    Andrew E. Russell (No. 5382)<br>    David M. Fry (No. 5486)<br>    300 Delaware Avenue, Suite 1120<br>    Wilmington, DE 19801<br>    (302) 298-0700<br>    jshaw@shawkeller.com<br><br>*Counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |
| OF COUNSEL:<br>Jay H. Reiziss<br>Natalie A. Bennett<br>MCDERMOTT WILL & EMERY LLP<br>500 North Capitol Street, N.W.<br>Washington, D.C. 20001<br>(202) 756-8000<br><br>Charles M. McMahon<br>Hersh H. Mehta<br>MCDERMOTT WILL & EMERY LLP<br>227 West Monroe Street<br>Chicago, IL 60606<br>(312) 372-2000 | RICHARDS, LAYTON & FINGER, P.A.<br>By:   */s/ Kelly E. Farnan*<br>    Kelly E. Farnan (#4395)<br>    Farnan@rlf.com<br>    Travis S. Hunter (#5350)<br>    Hunter@rlf.com<br>    920 N. King Street<br>    Wilmington, Delaware 19801<br>    (302) 651-7700<br><br>*Counsel for Defendant ZTE (USA) Inc.* |
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL:<br>Richard A. Cederoth<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>(312) 853-7000<br><br>Ellen S. Robbins<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>(213) 896-6000 | By:   */s/ Rodger D. Smith II*<br>    Rodger D. Smith II (#3778)<br>    Jeremy A. Tigan (#5239)<br>    1201 North Market Street<br>    P.O. Box 1347<br>    Wilmington, DE 19801<br>    (302) 658-9200<br>    rsmith@mnat.com<br>    jtigan@mnat.com<br><br>*Counsel for Microsoft Corporation, Microsoft Mobile Oy, and Microsoft Mobile Inc. (f/k/a Nokia Inc.)* |

Joseph A. Micallef
Anna M. Weinberg
Wonjoo Suh
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000

    IT IS SO ORDERED this _____ day of _____, 2016.

                  _____
                       U.S.D.J.