IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVOLVED WIRELESS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | C.A. No. 15-542-SLR-SRF <br><br> **JURY TRIAL DEMANDED** |
| EVOLVED WIRELESS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HTC CORPORATION, and HTC AMERICA, INC., <br><br> Defendant. | C.A. No. 15-543-SLR-SRF <br><br> **JURY TRIAL DEMANDED** |
| EVOLVED WIRELESS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., and MOTOROLA MOBILITY, <br><br> Defendants. | C.A. No. 1:15–cv–544–SLR-SRF <br><br> **JURY TRIAL DEMANDED** |
| EVOLVED WIRELESS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | C.A. No. 15–cv–545–SLR-SRF <br><br> **JURY TRIAL DEMANDED** |

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) ) ) | C.A. No. 15-546-SLR-SRF |
| Plaintiff, | ) ) | **JURY TRIAL DEMANDED** |
| v. | ) ) | |
| ZTE CORPORATION, ZTE (USA) INC., and ZTE SOLUTIONS INC., | ) ) ) ) | |
| Defendants. | ) | |
| EVOLVED WIRELESS, LLC, | ) ) ) | C.A. No. 15-547-SLR-SRF |
| Plaintiff, | ) ) | **JURY TRIAL DEMANDED** |
| v. | ) ) | |
| MICROSOFT CORPORATION, MICROSOFT MOBILE OY and NOKIA INC., | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION FOR EXTENSION OF TIME

WHEREAS, on the June 23, 2016 teleconference, the Court ordered the Parties to submit a revised schedule for claim construction;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Evolved Wireless, LLC and Defendants Apple Inc. ("Apple"); HTC Corporation and HTC America Inc. ("HTC"); Lenovo Group Ltd., Lenovo (United States) Inc., and Motorola Mobility LLC ("Lenovo"); Samsung Electronics Co. Ltd. and Samsung Electronics America Inc. ("Samsung"); ZTE (USA) Inc. ("ZTE"); and Microsoft Corporation, Microsoft Mobile Oy, and Microsoft Mobile Inc. (f/k/a "Nokia Inc.") ("Microsoft") (collectively, "Defendants"), subject to the approval of the Court, that the following deadlines set forth in the Scheduling Order[1], as

---

[1] D.I. 16, C.A. No. 15-543; D.I. 20, C.A. No. 15-545; D.I. 17, C.A. No. 15-544; D.I. 19, C.A. No. 15-546; D.I. 16, C.A. No. 15-542; D.I. 21, C.A. No. 15-547.

2

amended on May 26, 2016, are amended as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Plaintiff's Supplemental Opening Claim Construction Brief | | July 8, 2016 |
| Defendants' Answering Claim Construction Brief | July 22, 2016 | August 12, 2016 |
| Plaintiff's Reply Claim Construction Brief | August 25, 2016 | September 15, 2016 |
| Defendants' Surreply Claim Construction Brief | September 9, 2016 | September 30, 2016 |
| Claim Construction Hearing | September 23, 2016 at 9:30am | 10/6/16 @ 1:00 p.m. |
| Claim Construction Decision | On or Before November 16, 2016 | *same* |
| Status Conference | December 12, 2016 at 4:30pm | *same* |

3

Dated: July 5, 2016

*Of Counsel:*
Christopher K. Larus (admitted pro hac vice)
Ryan M. Schultz (admitted pro hac vice)
Andrew D. Hedden (admitted pro hac vice)
Benjamen C. Linden (admitted pro hac vice)
Ryan E. Dornberger (admitted pro hac vice)
Anthony F. Schlehuber (admitted pro hac vice)
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
clarus@robinskaplan.com
rschultz@robinskaplan.com
ahedden@robinskaplan.com
blinden@robinskaplan.com
rdornberger@robinskaplan.com
aschlehuber@robinskaplan.com

Andrea L. Gothing (admitted pro hac vice)
Robins Kaplan LLP
2440 W. El Camino Real, Suite 100
Mountain View, CA 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041
agothing@robinskaplan.com

Respectfully submitted,

FARNAN LLP
By:   */s/ Brian E. Farnan*
    Brian E. Farnan (Bar No. 4089)
    Michael J. Farnan (Bar No. 5165)
    919 N. Market Street, 12th Floor
    Wilmington, Delaware 19801
    (302) 777-0300
    (302) 777-0301
    bfarnan@farnanlaw.com
    mfarnan@farnanlaw.com

PHILLIPS GOLDMAN McLAUGHLIN & HALL, P.A.

By:   */s/ John C. Phillips, Jr.*
    John C. Phillips, Jr. (No. 110)
    David A. Bilson (No. 4986)
    1200 North Broom Street
    Wilmington, Delaware 19806
    (302) 655-4200
    jcp@pgmhlaw.com
    dab@pgmhlaw.com

**Counsel for Plaintiff Evolved Wireless, LLC**

---

OF COUNSEL:
Michael D. Jay
Bill Ward
Joseph E. Lasher
Nandan Padmanabhan
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Tel: (310) 752-2400

Steven C. Holtzman
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000

POTTER ANDERSON & CORROON LLP

By:   */s/ Bindu A. Palapura*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Stephanie E. O'Byrne (#4446)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    sobyrne@potteranderson.com

*Counsel for Defendant Apple, Inc.*

| | |
|---|---|
| OF COUNSEL:<br>Stephen S. Korniczky<br>Martin R. Bader<br>Ericka J. Schulz<br>Kayla Page<br>SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP<br>12275 El Camino Real<br>Suite 200<br>San Diego, CA 92130<br>(858) 720-8900 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ Jonathan A. Choa<br>    Philip A. Rovner (#3215)<br>    Jonathan A. Choa (#5319)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, Delaware 19899<br>    (302) 984-6000<br><br>*Counsel for Defendants HTC Corporation and HTC America, Inc.* |
| OF COUNSEL:<br>Mitchell G. Stockwell<br>Richard W. Goldstucker<br>KILPATRICK TOWNSEND AND<br>  STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>Tel: (404) 815-6500<br><br>Taylor H. Ludlam<br>KILPATRICK TOWNSEND AND<br>  STOCKTON LLP<br>4208 Six Forks Road, Suite 1400<br>Raleigh, NC 27609<br>Tel: (919) 420-1700<br><br>Akarsh P. Belagodu<br>KILPATRICK TOWNSEND AND<br>  STOCKTON LLP<br>607 14th Street, NW, Suite 900<br>Washington, DC 20005<br>Tel: (202) 508-5800 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ Bindu A. Palapura<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Stephanie E. O'Byrne (#4446)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    sobyrne@potteranderson.com<br><br>*Counsel for Defendants Lenovo Group Ltd., Lenovo (United States) Inc., and Motorola Mobility.* |

| | |
|---|---|
| OF COUNSEL:<br>Kevin P.B. Johnson<br>Victoria F. Maroulis<br>Todd M. Briggs<br>Charles M. Stiernberg<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>(650) 801-5100 | SHAW KELLER LLP<br><br>By: */s/ John W. Shaw*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>David M. Fry (No. 5486)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br><br>*Counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |
| OF COUNSEL:<br>Jay H. Reiziss<br>Natalie A. Bennett<br>MCDERMOTT WILL & EMERY LLP<br>500 North Capitol Street, N.W.<br>Washington, D.C. 20001<br>(202) 756-8000<br><br>Charles M. McMahon<br>Hersh H. Mehta<br>MCDERMOTT WILL & EMERY LLP<br>227 West Monroe Street<br>Chicago, IL 60606<br>(312) 372-2000 | RICHARDS, LAYTON & FINGER, P.A.<br>By: */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Farnan@rlf.com<br>Travis S. Hunter (#5350)<br>Hunter@rlf.com<br>920 N. King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br><br>*Counsel for Defendant ZTE (USA) Inc.* |
| OF COUNSEL:<br>Richard A. Cederoth<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>(312) 853-7000<br><br>Ellen S. Robbins<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>(213) 896-6000 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>By: */s/ Rodger D. Smith II*<br>Rodger D. Smith II (#3778)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801<br>(302) 658-9200<br>rsmith@mnat.com<br>jtigan@mnat.com<br><br>*Counsel for Microsoft Corporation, Microsoft Mobile Oy, and Microsoft Mobile Inc. (f/k/a Nokia Inc.)* |

6

Joseph A. Micallef
Anna M. Weinberg
Wonjoo Suh
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000

IT IS SO ORDERED this __11th__ day of __July__, 2016.

_____
U.S.D.J.