IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-545-SLR-SRF |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., and | ) | |
| SAMSUNG ELECTRONICS AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by the parties to the above-captioned action, subject to the approval of the Court, that the time for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. to file their opposition to Plaintiff's Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) and Motion to Strike Pursuant to Fed. R. Civ. P. 12(f), (D.I. 72), is extended from July 25, 2016 to August 8, 2016.

| | |
|---|---|
| */s/ Michael J. Farnan* | */s/ Andrew E. Russell* |
| Brian E. Farnan (No. 4089) | John W. Shaw (No. 3362) |
| Michael J. Farnan (No. 5165) | Karen E. Keller (No. 4489) |
| FARNAN LLP | Andrew E. Russell (No. 5382) |
| 919 N. Market Street, 12th Floor | SHAW KELLER LLP |
| Wilmington, DE 19801 | 300 Delaware Avenue, Suite 1120 |
| (302) 777-0300 | Wilmington, DE 19801 |
| bfarnan@farnanlaw.com | (302) 298-0700 |
| *Attorney for Plaintiff Evolved Wireless, LLC* | jshaw@shawkeller.com |
| | kkeller@shawkeller.com |
| OF COUNSEL: | arussell@shawkeller.com |
| Christopher K. Larus | *Attorneys for Defendants* |
| Ryan M. Schultz | |
| Benjamen C. Linden | OF COUNSEL: |
| Andrew D. Hedden | Kevin P.B. Johnson |
| Anthony F. Schlehuber | Victoria F. Maroulis |
| ROBINS KAPLAN LLP | Todd M. Briggs |
| 800 LaSalle Avenue, Suite 2800 | Charles Stiernberg |

Minneapolis, MN 55402
(612) 349-8500
Andrea L. Gothing
ROBINS KAPLAN LLP
2440 W. El Camino Real, Suite 100
Mountain View, CA 94040
(650) 784-4040

QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5100

Dated: July 18, 2016

SO ORDERED this \_\_\_\_\_ day of_____, 2016.

_____
United States District Judge