**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>              Defendant. | C.A. No. 15-542-SLR |
| EVOLVED WIRELESS, LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>HTC CORPORATION and<br>HTC AMERICA, INC.,<br><br>              Defendants. | C.A. No. 15-543-SLR |
| EVOLVED WIRELESS, LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>LENOVO GROUP LTD.,<br>LENOVO (U.S.) INC., and<br>MOTOROLA MOBILITY,<br><br>              Defendants. | C.A. No. 15-544-SLR |

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., and SAMSUNG ELECTRONICS AMERICA,<br><br>        Defendants. | C.A. No. 15-545-SLR |
| EVOLVED WIRELESS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>ZTE (USA) INC.,<br><br>        Defendant. | C.A. No. 15-546-SLR |
| EVOLVED WIRELESS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>MICROSOFT CORPORATION, MICROSOFT MOBILE OY, and NOKIA INC.,<br><br>        Defendants. | C.A. No. 15-547-SLR |

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendants Apple Inc., HTC Corporation, HTC America, Inc., Lenovo Group Ltd.,

Lenovo (United States) Inc., Motorola Mobility, Samsung Electronics Co., Ltd., Samsung

Electronics America, Inc., ZTE (USA), Inc., Microsoft Corp., Microsoft Mobile Oy, and

Microsoft Mobile Inc. (f/k/a Nokia Inc.) (collectively, "Defendants"), by and through their undersigned attorneys, hereby move for an order for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) finding the claims of U.S. Patent No. 7,746,916 ("the '916 Patent") and U.S. Patent No. 8,218,481 ("the '481 Patent") patent ineligible under 35 U.S.C. §101.

The grounds for this motion are set forth fully in Defendants' Opening Brief filed contemporaneously herewith.

Dated: August 10, 2016

|  |  |
|---|---|
| OF COUNSEL:<br>Michael D. Jay<br>Bill Ward<br>Joseph E. Lasher<br>Nandan Padmanabhan<br>BOIES, SCHILLER & FLEXNER LLP<br>401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401<br>Tel: (310) 752-2400<br><br>Steven C. Holtzman<br>BOIES, SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Tel: (510) 874-1000 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com<br><br>*Counsel for Defendant Apple Inc.* |
| OF COUNSEL:<br>Stephen S. Korniczky<br>Martin R. Bader<br>Ericka J. Schulz<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON, LLP<br>12275 El Camino Real<br>Suite 200<br>San Diego, CA 92130<br>(858) 720-8900 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951Wilmington, Delaware 19899<br>(302) 984-6000<br><br>*Counsel for Defendants HTC Corporation and HTC America, Inc.* |
| OF COUNSEL:<br>Mitchell G. Stockwell<br>Richard W. Goldstucker<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>Tel: (404) 815-6500<br><br>Taylor H. Ludlam<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>4208 Six Forks Road, Suite 1400<br>Raleigh, NC 27609<br>Tel: (919) 420-1700 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com<br><br>*Counsel for Defendants Lenovo Group Ltd., Lenovo* |

Akarsh P. Belagodu
KILPATRICK TOWNSEND & STOCKTON LLP
607 14th Street, NW, Suite 900
Washington, DC 20005
Tel: (202) 508-5800

*(United States) Inc., and Motorola Mobility.*

OF COUNSEL:
Kevin P.B. Johnson
Victoria F. Maroulis
Todd M. Briggs
Charles M. Stiernberg
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5100

SHAW KELLER LLP

By:  */s/ Andrew E. Russell*
     John W. Shaw (No. 3362)
     Karen E. Keller (No. 4489)
     Andrew E. Russell (No. 5382)
     David M. Fry (No. 5486)
     300 Delaware Avenue, Suite 1120
     Wilmington, DE 19801
     (302) 298-0700
     jshaw@shawkeller.com

*Counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

OF COUNSEL:
Jay H. Reiziss
Natalie A. Bennett
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
(202) 756-8000

Charles M. McMahon
Hersh H. Mehta
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606
(312) 372-2000

RICHARDS, LAYTON & FINGER, P.A.

By:  */s/ Travis S. Hunter*
     Kelly E. Farnan (#4395)
     Farnan@rlf.com
     Travis S. Hunter (#5350)
     Hunter@rlf.com
     920 N. King Street
     Wilmington, Delaware 19801
     (302) 651-7700

*Counsel for Defendant ZTE (USA) Inc.*

OF COUNSEL:
Richard A. Cederoth
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Ellen S. Robbins
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By:  */s/ Rodger D. Smith II*
     Rodger D. Smith II (#3778)
     Jeremy A. Tigan (#5239)
     1201 North Market Street
     P.O. Box 1347
     Wilmington, DE 19801
     (302) 658-9200
     rsmith@mnat.com
     jtigan@mnat.com

*Counsel for Microsoft Corp., Microsoft Mobile Oy,*

(213) 896-6000                                              *and Microsoft Mobile Inc. (f/k/a Nokia Inc.)*

Joseph A. Micallef  
Anna M. Weinberg  
Wonjoo Suh  
S<span>IDLEY</span> A<span>USTIN</span> LLP  
1501 K Street, N.W.  
Washington, DC 20005  
(202) 736-8000