**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-cv-542-SLR-SRF |
| | ) | |
| APPLE INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-cv-543-SLR-SRF |
| | ) | |
| HTC CORPORATION and | ) | **JURY TRIAL DEMANDED** |
| HTC AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 15-cv-544-SLR-SRF |
| LENOVO GROUP LTD., | ) | |
| LENOVO (UNITED STATES) INC., and | ) | **JURY TRIAL DEMANDED** |
| MOTOROLA MOBILITY, | ) | |
| | ) | |
| Defendants. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-cv-545-SLR-SRF |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD. | ) | **JURY TRIAL DEMANDED** |
| and SAMSUNG ELECTRONICS | ) | |
| AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| EVOLVED WIRELESS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZTE CORPORATION, ZTE (USA) INC., )<br>and ZTE SOLUTIONS INC., )<br>)<br>Defendants. ) | C.A. No. 15-cv-546-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR TELECONFERENCE**
**TO RESOLVE DISCOVERY DISPUTE**

Plaintiff and Defendants respectfully move this Court to schedule a teleconference to address an outstanding discovery dispute.

In light of previous communications with Chambers and per the Court's consent, the parties will submit separate letter briefs with Plaintiff's submission due no later than noon on September 12, 2016 and Defendants' submissions due no later than noon on September 13, 2016. The parties will present their respective positions consistent with the Court's Order Regarding Discovery Matters during a teleconference currently set for September 27, 2016 at 11:00 a.m. with counsel for Plaintiff to initiate the call.

| | |
|---|---|
| Dated: August 19, 2016 | Respectfully submitted, |
| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
| /s/ Michael J. Farnan | /s/ Bindu A. Palapura |
| Brian E. Farnan (#4089) | David E. Moore (#3983) |
| Michael J. Farnan (#5165) | Bindu A. Palapura (#5370) |
| 919 North Market Street | Stephanie E. O'Byrne (#4446) |
| 12th Floor | Hercules Plaza, 6th Floor |
| Wilmington, DE 19801 | 1313 N. Market Street |
| (302) 777-0300 (Telephone) | Wilmington, DE 19801 |
| (302) 777-0301 (Facsimile) | Tel: (302) 984-6000 |
| bfarnan@farnanlaw.com | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| *Counsel for Plaintiff* | sobyrne@potteranderson.com |

*Evolved Wireless, LLC*

*Attorneys for Defendants Apple, Inc., Lenovo Group Ltd., Lenovo (United States) Inc. and Motorola Mobility LLC*

| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
|---|---|
| /s/ Philip A. Rovner | /s/ Andrew E. Russell |
| Philip A. Rovner (#3215) | John W. Shaw (#3362) |
| Jonathan A. Choa (#5319) | Karen E. Keller (#4489) |
| Hercules Plaza | Andrew E. Russell (#5382) |
| P.O. Box 951 | 300 Delaware Avenue, Suite 1120 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 984-6000 | (302) 298-0700 |
| provner@potteranderson.com | jshaw@shawkeller.com |
| jchoa@potteranderson.com | kkeller@shawkeller.com |
| | arussell@shawkeller.com |

*Attorneys for Defendants HTC Corporation and HTC America, Inc.*

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

Richards, Layton & Finger, P.A.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Travis S. Hunter (#5350)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
farnan@rlf.com
hunter@rlf.com

*Attorneys for Defendant ZTE (USA) Inc.*