**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-cv-542-SLR-SRF |
| | ) | |
| APPLE INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-cv-543-SLR-SRF |
| | ) | |
| HTC CORPORATION and | ) | **JURY TRIAL DEMANDED** |
| HTC AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 15-cv-544-SLR-SRF |
| LENOVO GROUP LTD., | ) | |
| LENOVO (UNITED STATES) INC., and | ) | **JURY TRIAL DEMANDED** |
| MOTOROLA MOBILITY, | ) | |
| | ) | |
| Defendants. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-cv-545-SLR-SRF |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD. | ) | **JURY TRIAL DEMANDED** |
| and SAMSUNG ELECTRONICS | ) | |
| AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| EVOLVED WIRELESS, LLC,        )<br>                                                          )<br>            Plaintiff,                       )<br>                                                          )<br>    v.                                              )<br>                                                          )<br>ZTE (USA) INC.,                          )<br>                                                          )<br>            Defendants.                 )<br>                                                          ) | C.A. No. 15-cv-546-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION TO BRIEFING SCHEDULE ON LICENSES

The parties hereby agree, subject to the approval of the Court, that the following parameters will guide briefing on licenses:

1. Plaintiff's opening brief shall be filed on October 21, 2016 and be limited to 20 pages;

2. Defendants' and third parties' answering brief shall be filed on November 15, 2016 and be limited to 33 pages for Defendants (15 pages for a joint brief and 3 pages for each Defendant) and 6 pages each for third parties;

3. Plaintiff's reply brief shall be filed on November 30, 2016 and be limited to 15 pages in reply to Defendants opposition and 2 pages in reply to each third party opposition.

| | |
|---|---|
| Dated: September 30, 2016 | Respectfully submitted, |
| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
| /s/ Michael J. Farnan<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300 (Telephone)<br>(302) 777-0301 (Facsimile)<br>bfarnan@farnanlaw.com<br><br>*Counsel for Plaintiff* | /s/ Bindu A. Palapura<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com |

*Evolved Wireless, LLC*

*Attorneys for Defendants Apple, Inc., Lenovo Group Ltd., Lenovo (United States) Inc. and Motorola Mobility LLC*

| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
|---|---|
| /s/ Philip A. Rovner | /s/ Andrew E. Russell |
| Philip A. Rovner (#3215) | John W. Shaw (#3362) |
| Jonathan A. Choa (#5319) | Karen E. Keller (#4489) |
| Hercules Plaza | Andrew E. Russell (#5382) |
| P.O. Box 951 | 300 Delaware Avenue, Suite 1120 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 984-6000 | (302) 298-0700 |
| provner@potteranderson.com | jshaw@shawkeller.com |
| jchoa@potteranderson.com | kkeller@shawkeller.com |
| | arussell@shawkeller.com |

*Attorneys for Defendants HTC Corporation and HTC America, Inc.*

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

RICHARDS, LAYTON & FINGER, P.A.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Travis S. Hunter (#5350)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
farnan@rlf.com
hunter@rlf.com

*Attorneys for Defendant ZTE (USA) Inc.*

IT IS SO ORDERED this ___ day of October, 2016.

_____
The Honorable Sherry R. Fallon