# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| EVOLVED WIRELESS, LLC,  <br>  Plaintiff,  <br>  v.  <br> APPLE INC.,  <br>  Defendant. | C.A. No. 15-cv-542-SLR-SRF  <br> **JURY TRIAL DEMANDED** |
| EVOLVED WIRELESS, LLC,  <br>  Plaintiff,  <br>  v.  <br> HTC CORPORATION and HTC AMERICA, INC.,  <br>  Defendants. | C.A. No. 15-cv-543-SLR-SRF  <br> **JURY TRIAL DEMANDED** |
| EVOLVED WIRELESS, LLC,  <br>  Plaintiff,  <br>  v.  <br> LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., and MOTOROLA MOBILITY,  <br>  Defendants. | C.A. No. 15-cv-544-SLR-SRF  <br> **JURY TRIAL DEMANDED** |

| | |
|---|---|
| EVOLVED WIRELESS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAMSUNG ELECTRONICS CO., LTD. )<br>and SAMSUNG ELECTRONICS )<br>AMERICA, INC., )<br>)<br>Defendants. ) | C.A. No. 15-cv-545-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |
| EVOLVED WIRELESS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZTE CORPORATION, ZTE (USA) INC., )<br>and ZTE SOLUTIONS INC., )<br>)<br>Defendants. ) | C.A. No. 15-cv-546-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |
| EVOLVED WIRELESS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICROSOFT CORPORATION, )<br>MICROSOFT MOBILE OY and )<br>NOKIA INC., )<br>)<br>Defendants. ) | C.A. No. 15-cv-547-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |

## **STIPULATION AMENDING SCHEDULING ORDER**

The parties, subject to the Court's approval, hereby agree to amend the Rule 16 Scheduling Order to provide the parties with additional time to complete discovery. The extension of the fact discovery period will require an adjustment of all subsequent deadlines, including deadlines on the Court's calendar. In each instance when a Court deadline is

impacted, the parties have proposed a new date understanding that the Court may not be able to accommodate the date requested by the parties. The parties proposed dates are set forth in the chart below in which dates on the Court's calendar are highlighted.

| Scheduling Order Section | Task | Current Deadline | Proposed Deadlines |
|---|---|---|---|
| 5(h)* | Claim Construction Order | 11/16/2016 | 11/16/2016 |
| 1(h)(2) | Final Infringement contentions | 11/18/2016 | 1/27/2017 |
| 5(i) | Status Conference | 12/12/2016 | 3/9/2017 |
| 1(h)(3) | Final invalidity contentions | 12/20/2016 | 2/28/2017 |
| 1(b) | Deadline to serve interrogatories | 12/21/2016 | 1/17/2017 |
| 1(b) | Deadline to serve requests for admission | 12/21/2016 | 2/15/2017 |
| 1(b) | Close of fact discovery | 12/21/2016 | 3/22/2017 |
| 6(b) | Opening Expert Report | 2/1/2017 | 4/26/2017 |
| 6(b) | Rebuttal Expert report | 3/1/2017 | 5/31/2017 |
| 6(b) | Supplement Expert Report | 3/28/2017 | 6/27/2017 |
| 6(a) | Close of expert discovery | 4/28/2017 | 7/28/2017 |
| 6(d) | Status Conference | 5/3/2017 | 8/1/2017 |
| 8(c)(1) | Opening SJ Briefs on infringement or invalidity | 5/18/2017 | 8/15/2017 |
| 7 | Disclose Fact Witnesses | 5/28/2017 | 8/25/2017 |
| 8(c)(2) | Opening or combined opening answering on non-infringement and validity | 6/20/2017 | 9/15/2017 |
| 7 | Disclose Rebuttal Fact Witnesses | 6/28/2017 | 9/20/2017 |
| 8(c)(3)(i) | Reply brief for infringement/invalidity | 7/20/2017 | 10/17/2017 |
| 8(c)(3)(ii) | Reply brief for non-infringement/invalidity | 8/10/2017 | 11/10/2017 |
| 8(c)(4)(i) | Answering brief on infringement/validity | 6/13/2016 | 9/15/2017 |
| 8(c)(4)(i) | Answering brief on non-infringement/invalidity | 7/13/2017 | 10/17/2017 |
| 8(c)(4)(ii) | Reply brief for infringement/validity | 7/11/2017 | 10/6/2017 |
| 8(c)(4)(ii) | Reply brief for non-infringement/invalidity | 8/1/2017 | 11/9/2017 |
| 8(c)(5) | Hearing on SJ | 9/1/2017 | 12/7/2017 |
| 11 | Pretrial Conference | 1/17/2018 | 3/28/2018 |
| 12 | Trial | 2/5/2018 | 4/16/2018 |

A proposed Amended Rule 16 Scheduling Order agreed to by the parties is attached as Exhibit A for the Court's consideration.

| | |
|---|---|
| Dated: November 8, 2016 | Respectfully submitted, |
| | |
| *Of Counsel*: | FARNAN LLP |
| Christopher K. Larus (admitted pro hac vice) | |
| Ryan M. Schultz (admitted pro hac vice) | By:   */s/ Brian E. Farnan*   |
| Andrew D. Hedden (admitted pro hac vice) | Brian E. Farnan (Bar No. 4089) |
| Benjamen C. Linden (admitted pro hac vice) | Michael J. Farnan (Bar No. 5165) |
| Ryan E. Dornberger (admitted pro hac vice) | 919 N. Market Street, 12th Floor |
| Anthony F. Schlehuber (admitted pro hac vice) | Wilmington, Delaware 19801 |
| Robins Kaplan LLP | (302) 777-0300 |
| 800 LaSalle Avenue, Suite 2800 | (302) 777-0301 |
| Minneapolis, Minnesota 55402 | bfarnan@farnanlaw.com |
| Telephone: (612) 349-8500 | mfarnan@farnanlaw.com |
| Facsimile: (612) 339-4181 | |
| clarus@robinskaplan.com | PHILLIPS GOLDMAN McLAUGHLIN & HALL, P.A. |
| rschultz@robinskaplan.com | |
| ahedden@robinskaplan.com | |
| blinden@robinskaplan.com | By:   */s/ John C. Phillips, Jr.*   |
| rdornberger@robinskaplan.com | John C. Phillips, Jr. (No. 110) |
| aschlehuber@robinskaplan.com | David A. Bilson (No. 4986) |
| | 1200 North Broom Street |
| Andrea L. Gothing (admitted pro hac vice) | Wilmington, Delaware 19806 |
| Robins Kaplan LLP | (302) 655-4200 |
| 2440 W. El Camino Real, Suite 100 | jcp@pgmhlaw.com |
| Mountain View, CA 94040 | dab@pgmhlaw.com |
| Telephone: (650) 784-4040 | |
| Facsimile: (650) 784-4041 | **Counsel for Plaintiff Evolved Wireless, LLC** |
| agothing@robinskaplan.com | |

| | |
|---|---|
| OF COUNSEL: | |
| Michael D. Jay | POTTER ANDERSON & CORROON LLP |
| Bill Ward | |
| Joseph E. Lasher | By:   */s/ Bindu A. Palapura*   |
| Nandan Padmanabhan | David E. Moore (#3983) |
| BOIES, SCHILLER & FLEXNER LLP | Bindu A. Palapura (#5370) |
| 401 Wilshire Boulevard, Suite 850 | Stephanie E. O'Byrne (#4446) |
| Santa Monica, CA 90401 | Hercules Plaza, 6th Floor |
| Tel: (310) 752-2400 | 1313 N. Market Street |
| | Wilmington, DE 19801 |
| Steven C. Holtzman | Tel: (302) 984-6000 |
| BOIES, SCHILLER & FLEXNER LLP | dmoore@potteranderson.com |
| 1999 Harrison Street, Suite 900 | bpalapura@potteranderson.com |
| Oakland, CA 94612 | sobyrne@potteranderson.com |
| Tel: (510) 874-1000 | |
| | *Counsel for Defendant Apple, Inc.* |

| | |
|---|---|
| OF COUNSEL:<br>Stephen S. Korniczky<br>Martin R. Bader<br>Ericka J. Schulz<br>Kayla Page<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON, LLP<br>12275 El Camino Real<br>Suite 200<br>San Diego, CA 92130<br>(858) 720-8900 | POTTER ANDERSON & CORROON LLP<br><br>By:  */s/ Philip A. Rovner*<br>     Philip A. Rovner (#3215)<br>     Jonathan A. Choa (#5319)<br>     Hercules Plaza<br>     P.O. Box 951<br>     Wilmington, Delaware 19899<br>     (302) 984-6000<br><br>*Counsel for Defendants HTC Corporation and HTC America, Inc.* |

| | |
|---|---|
| OF COUNSEL:<br>Mitchell G. Stockwell<br>Richard W. Goldstucker<br>KILPATRICK TOWNSEND AND<br>  STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>Tel: (404) 815-6500<br><br>Taylor H. Ludlam<br>KILPATRICK TOWNSEND AND<br>  STOCKTON LLP<br>4208 Six Forks Road, Suite 1400<br>Raleigh, NC 27609<br>Tel: (919) 420-1700<br><br>Akarsh P. Belagodu<br>KILPATRICK TOWNSEND AND<br>  STOCKTON LLP<br>607 14th Street, NW, Suite 900<br>Washington, DC 20005<br>Tel: (202) 508-5800 | POTTER ANDERSON & CORROON LLP<br><br>By:  */s/ Bindu A. Palapura*<br>     David E. Moore (#3983)<br>     Bindu A. Palapura (#5370)<br>     Stephanie E. O'Byrne (#4446)<br>     Hercules Plaza, 6th Floor<br>     1313 N. Market Street<br>     Wilmington, DE 19801<br>     Tel:  (302) 984-6000<br>     dmoore@potteranderson.com<br>     bpalapura@potteranderson.com<br>     sobyrne@potteranderson.com<br><br>*Counsel for Defendants Lenovo Group Ltd., Lenovo (United States) Inc., and Motorola Mobility.* |

|  |  |
|---|---|
| | SHAW KELLER LLP |
| OF COUNSEL:<br>Kevin P.B. Johnson<br>Victoria F. Maroulis<br>Todd M. Briggs<br>Charles M. Stiernberg<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>(650) 801-5100 | By:   */s/ Andrew E. Russell*<br>   John W. Shaw (No. 3362)<br>   Karen E. Keller (No. 4489)<br>   Andrew E. Russell (No. 5382)<br>   David M. Fry (No. 5486)<br>   300 Delaware Avenue, Suite 1120<br>   Wilmington, DE 19801<br>   (302) 298-0700<br>   jshaw@shawkeller.com<br><br>*Counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |
| OF COUNSEL:<br>Jay H. Reiziss<br>Natalie A. Bennett<br>MCDERMOTT WILL & EMERY LLP<br>500 North Capitol Street, N.W.<br>Washington, D.C. 20001<br>(202) 756-8000<br><br>Charles M. McMahon<br>Hersh H. Mehta<br>MCDERMOTT WILL & EMERY LLP<br>227 West Monroe Street<br>Chicago, IL 60606<br>(312) 372-2000 | RICHARDS, LAYTON & FINGER, P.A.<br><br>By:   */s/ Kelly E. Farnan*<br>   Kelly E. Farnan (#4395)<br>   Farnan@rlf.com<br>   Travis S. Hunter (#5350)<br>   Hunter@rlf.com<br>   920 N. King Street<br>   Wilmington, Delaware 19801<br>   (302) 651-7700<br><br>*Counsel for Defendant ZTE (USA) Inc.* |
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL:<br>Richard A. Cederoth<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>(312) 853-7000<br><br>Ellen S. Robbins<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>(213) 896-6000 | By:   */s/ Rodger D. Smith II*<br>   Rodger D. Smith II (#3778)<br>   Jeremy A. Tigan (#5239)<br>   1201 North Market Street<br>   P.O. Box 1347<br>   Wilmington, DE 19801<br>   (302) 658-9200<br>   rsmith@mnat.com<br>   jtigan@mnat.com<br><br>*Counsel for Microsoft Corporation, Microsoft Mobile Oy, and Microsoft Mobile Inc. (f/k/a Nokia Inc.)* |

Joseph A. Micallef
Anna M. Weinberg
Wonjoo Suh
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000