IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-545-SLR-SRF |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., and | ) | |
| SAMSUNG ELECTRONICS AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 30, 2016, the following documents were

served on the persons listed below and in the manner indicated as well as by e-mail to

Evolved_RK_Team@robinskaplan.com:

1. Defendants' Notice of Subpoena to Airspan Networks
2. Defendants' Notice of Subpoena to Altera Corporation
3. Defendants' Notice of Subpoena to Sequans Communications
4. Defendants' Notice of Subpoena to ZyXel Communications

**BY E-MAIL**

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Andrea L. Gothing
ROBINS KAPLAN LLP
2440 W. El Camino Real, Suite 100
Mountain View, CA 94040
(650) 784-4040
agothing@robinskaplan.com

Christopher K. Larus
Ryan M. Schultz
Benjamen C. Linden
Andrew D. Hedden
Anthony F. Schlehuber
Marla R. Butler
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
(612) 349-8500
clarus@robinskaplan.com
rschultz@robinskaplan.com
blinden@robinskaplan.com
ahedden@robinskaplan.com
ashlehuber@robinskaplan.com
mbutler@robinskaplan.com

/s/ Andrew E. Russell
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendants*

OF COUNSEL:
Kevin P.B. Johnson
Victoria F. Maroulis
Todd M. Briggs
Charles Stiernberg
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5100

Dated: November 30, 2016