**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | ) | C.A. No. 15-cv-542-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |
| EVOLVED WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HTC CORPORATION and<br>HTC AMERICA, INC.,<br><br>Defendants. | ) | C.A. No. 15-cv-543-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |
| EVOLVED WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LENOVO GROUP LTD.,<br>LENOVO (UNITED STATES) INC., and<br>MOTOROLA MOBILITY,<br><br>Defendants. | ) | C.A. No. 15-cv-544-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |
| EVOLVED WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.<br>and SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>Defendants. | ) | C.A. No. 15-cv-545-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, ZTE (USA) INC., and ZTE SOLUTIONS INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 15-cv-546-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION TO EXTEND TIME**

The parties hereby agree, subject to the approval of the Court, that the time for Plaintiff to file its reply brief in support of cross-producing licenses across the related cases is extended to December 7, 2016.

Dated: November 30, 2016

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300 (Telephone)
(302) 777-0301 (Facsimile)
bfarnan@farnanlaw.com

*Counsel for Plaintiff Evolved Wireless, LLC*

POTTER ANDERSON & CORROON LLP

/s/ Bindu A. Palapura
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendants Apple, Inc., Lenovo Group Ltd., Lenovo (United States) Inc. and Motorola Mobility LLC*

POTTER ANDERSON & CORROON LLP

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)

SHAW KELLER LLP

/s/ Andrew E. Russell
John W. Shaw (#3362)
Karen E. Keller (#4489)

Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendants HTC Corporation and HTC America, Inc.*

Andrew E. Russell (#5382)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

RICHARDS, LAYTON & FINGER, P.A.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Travis S. Hunter (#5350)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
farnan@rlf.com
hunter@rlf.com

*Attorneys for Defendant ZTE (USA) Inc.*

IT IS SO ORDERED this ___ day of November, 2016.

______________________________
The Honorable Sherry R. Fallon