**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>                                Plaintiff,<br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>                                Defendant. | C.A. No.15-cv-545-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on January 27, 2017, a copy of Evolved Wireless's Disclosure of Final Infringement Contentions was served on the following as indicated:

<u>Via E-Mail</u>
John W. Shaw
Karen E. Keller
Andrew E. Russell
David M. Fry
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
dfry@shawkeller.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

<u>Via E-Mail</u>
Kevin P.B. Johnson
Victoria F. Maroulis
Todd M. Briggs
Charles M. Stiernberg, Jr.
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
kevinjohnson@quinnemanuel.com
victoriamaroulis@quinnemanuel.com
toddbriggs@quinnemanuel.com
charliestiernberg@quinnemanuel.com

Rafik Paul Zeineddin
Zeineddin PLLC
paul@zeineddin.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

| | |
|---|---|
| Dated: January 27, 2017 | Respectfully submitted, |
| | FARNAN LLP |
| | /s/ Michael J. Farnan |
| | Brian E. Farnan (Bar No. 4089) |
| | Michael J. Farnan (Bar No. 5165) |
| | 919 N. Market Street, 12th Floor |
| | Wilmington, Delaware 19801 |
| | (302) 777-0300 |
| | (302) 777-0301 |
| | bfarnan@farnanlaw.com |
| | mfarnan@farnanlaw.com |
| | |
| | Christopher K. Larus (admitted *pro hac vice*) |
| | Ryan M. Schultz (admitted *pro hac vice*) |
| | Andrew D. Hedden (admitted *pro hac vice*) |
| | Benjamen C. Linden (admitted *pro hac vice*) |
| | Ryan E. Dornberger (admitted *pro hac vice*) |
| | Anthony F. Schlehuber (admitted *pro hac vice*) |
| | **ROBINS KAPLAN LLP** |
| | 800 LaSalle Avenue, Suite 2800 |
| | Minneapolis, Minnesota 55402 |
| | Telephone: (612) 349-8500 |
| | Facsimile: (612) 339-4181 |
| | clarus@robinskaplan.com |
| | rschultz@robinskaplan.com |
| | ahedden@robinskaplan.com |
| | blinden@robinskaplan.com |
| | rdornberger@robinskaplan.com |
| | aschlehuber@robinskaplan.com |
| | |
| | Andrea L. Gothing (admitted *pro hac vice*) |
| | **ROBINS KAPLAN LLP** |
| | 2440 W. El Camino Real, Suite 100 |
| | Mountain View, CA 94040 |
| | Telephone: (650) 784-4040 |
| | Facsimile: (650) 784-4041 |
| | agothing@robinskaplan.com |
| | |
| | **Counsel for Plaintiff Evolved Wireless, LLC** |