# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVOLVED WIRELESS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPLE INC., )<br>)<br>Defendant. )<br>) | C.A. No. 15–542–SLR-SRF |
| EVOLVED WIRELESS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HTC CORPORATION and )<br>HTC AMERICA, INC., )<br>)<br>Defendants. )<br>) | C.A. No.15–543–SLR-SRF |
| EVOLVED WIRELESS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LENOVO GROUP LTD., )<br>LENOVO (UNITED STATES) INC., and )<br>MOTOROLA MOBILITY, )<br>)<br>Defendants. )<br>) | C.A. No. 15–544–SLR-SRF |

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD.<br>and SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>        Defendants. | C.A. No. 15–545–SLR-SRF |
| EVOLVED WIRELESS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>ZTE (USA) INC.,<br><br>        Defendant. | C.A. No. 15–546–SLR-SRF |
| EVOLVED WIRELESS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>MICROSOFT CORPORATION,<br>MICROSOFT MOBILE OY and<br>NOKIA INC.,<br><br>        Defendants. | C.A. No. 15–547–SLR-SRF |

## **NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, prior to 6:00 p.m., on February 28, 2017, the following document was served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANTS' INVALIDITY CONTENTIONS

**BY EMAIL**

| | |
|---|---|
| Brian E. Farnan<br>Michael J. Farnan<br>Farnan LLP<br>919 N. Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff Evolved Wireless, LLC* | Ryan M. Schultz<br>Robins Kaplan LLP<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, Minnesota 55402<br>rschultz@robinskaplan.com<br>Evolved_RK_Team@RobinsKaplan.com<br><br>*Attorneys for Plaintiff Evolved Wireless, LLC* |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Stephen S. Korniczky
Martin R. Bader
Ericka Schulz
Nam H. Kim
Kayla E. Page
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130
(858) 720-8900
Dated:  February 28, 2017
1246790

By: */s/ Philip A. Rovner*
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Defendants HTC Corporation and HTC America, Inc.*