IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>APPLE, INC.,<br><br>        Defendant. | C.A. No. 15-542-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |
| EVOLVED WIRELESS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>HTC CORPORATION, and<br>HTC AMERICA, INC.,<br><br>        Defendants. | C.A. No. 15-543-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |
| EVOLVED WIRELESS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., and MOTOROLA MOBILITY LLC,<br><br>        Defendants. | C.A. No. 15-544-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |
| EVOLVED WIRELESS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>        Defendants. | C.A. No. 15-545-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |



| EVOLVED WIRELESS, LLC, | ) |
| --- | --- |
| Plaintiff, | ) C.A. No. 15-546-SLR-SRF |
| v. | ) **JURY TRIAL DEMANDED** |
| ZTE (USA) INC., | ) |
| Defendant. | ) |
| EVOLVED WIRELESS, LLC, | ) |
| Plaintiff, | ) C.A. No. 15-547-SLR-SRF |
| v. | ) **JURY TRIAL DEMANDED** |
| MICROSOFT CORPORATION, MICROSOFT MOBILE OY and NOKIA INC., | ) |
| Defendants. | ) |

## STIPULATION TO AMEND SCHEDULING ORDER

WHEREAS, on November 9, 2015, this Court entered a Scheduling Order setting case deadlines. (*See* D.I. 16 in 1:15-cv-00542-SLR, 16 in 1:15-cv-00543-SLR, 17 in 1:15-cv-00544-SLR, 20 in 1:15-cv-00545-SLR, 19 in 1:15-cv-00546-SLR, 21 in 1:15-cv-00547-SLR);

WHEREAS, on November 9, 2016, this Court entered an Amended Scheduling Order, amending certain case deadlines. (*See* D.I. 109 in 1:15-cv-00542-SLR, 115 in 1:15-cv-00543-SLR, 103 in 1:15-cv-00544-SLR, 127 in 1:15-cv-00545-SLR, 114 in 1:15-cv-00546-SLR, 114 in 1:15-cv-00547-SLR);

ACCORDINGLY, the parties hereby stipulate and agree, subject to the approval of this Court, to modify the Scheduling Order as follows.

| Case Event | Current Date | Proposed New Date |
|---|---|---|
| Deadline to Complete All Fact Discovery | March 22, 2017 | April 10, 2017 |
| Expert Reports | April 26, 2017 | May 17, 2017 |
| Rebuttal Expert Reports | May 31, 2017 | June 21, 2017 |
| Supplemental Reports | June 27, 2017 | July 18, 2017 |
| Deadline to Complete All Expert Discovery | July 28, 2017 | August 18, 2017 |
| File and Serve All Summary Judgment Motions | August 15, 2017 | August 31, 2017 |
| File and Serve Opening Briefs on Infringement and Invalidity | August 15, 2017 | August 31, 2017 |
| In-Person Status Conference re: expert discovery is set for 04:30 p.m. ET | August 22, 2017 | August 22, 2017 |
| File and Serve Opening Briefs or Combined Opening-Answering Briefs on Noninfringement and Validity | September 15, 2017 | October 6, 2017 |
| File and Serve Answering Briefs on Infringement and Validity *(where cross motions are not presented)* | September 15, 2017 | October 6, 2017 |
| File and Serve Reply Briefs on Infringement and Validity *(where cross motions are not presented)* | October 6, 2017 | October 27, 2017 |

| Case Event | Current Date | Proposed New Date |
|---|---|---|
| File and Serve Combined Answering-Reply Briefs re: Infringement and Validity *(where cross motions are presented)* | October 17, 2017 | November 7, 2017 |
| File and Serve Answering Briefs on Noninfringement and Invalidity *(where cross motions are not presented)* | October 17, 2017 | November 7, 2017 |
| File and Serve Reply Briefs on Noninfringement and Invalidity *(where cross motions are not presented)* | November 9, 2017 | December 5, 2017 |
| File and Serve Reply Briefs on Noninfringement and Validity *(where cross motions are presented)* | November 10, 2017 | December 6, 2017 |
| Oral Argument on Summary Judgment Motions | November 24, 2017 | January 5, 2018 SLR ~~December ___, 2017~~ at 9:30 a.m.<br><br>(subject to the Court's availability) |
| Final Pretrial Conference at 04:30 p.m. ET | March 27, 2018 | March 27, 2018 |
| Jury trial starts at 9:00 a.m. ET | April 23, 2018 | April 23, 2018 |

4

OF COUNSEL:

Christopher K. Larus
Marla R. Butler
Ryan M. Schultz
Andrew D. Hedden
Benjamen C. Linden
Ryan E. Dornberger
Anthony F. Schlehuber
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel: (612) 349-8500

Andrea L. Gothing
ROBINS KAPLAN LLP
2440 W. El Camino Real, Suite 100
Mountain View, CA 94040
Tel: (650) 784-4040

FARNAN LLP

By: /s/ Michael J. Farnan
    Brian E. Farnan (#4089)
    Michael J. Farnan (#5165)
    919 N. Market Street, 12th Floor
    Wilmington, De 19801
    Tel: (302) 777-0300
    bfarnan@farnanlaw.com

PHILLIPS GOLDMAN MCLAUGHLIN &
HALL, P.A.

By: /s/ David A. Bilson
    John C. Phillips, Jr. (#110)
    David A. Bilson (#4986)
    1200 North Broom Street
    Wilmington, DE 19806
    Tel:(302) 655-4200
    jcp@pgmhlaw.com
    dab@pgmhlaw.com

*Counsel for Plaintiff Evolved Wireless, LLC*

OF COUNSEL:

Michael D. Jay
Bill Ward, Ph.D.
Joseph E. Lasher
Nandan R. Padmanabhan
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel: (310) 752-2400

Steven Holtzman
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874 1000

POTTER ANDERSON & CORROON LLP

By: /s/ Bindu A. Palapura
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Stephanie E. O'Byrne (#4446)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    sobyrne@potteranderson.com

*Counsel for Defendant Apple Inc.*

| | |
|---|---|
| OF COUNSEL:<br><br>Stephen S. Korniczky<br>Martin R. Bader<br>Ericka Schulz<br>Nam H. Kim<br>Kayla E. Page<br>SHEPPARD, MULLIN, RICHTER &<br>   HAMPTON, LLP<br>12275 El Camino Real, Suite 200<br>San Diego, CA 92130<br>Tel: (858) 720-8900 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    Jonathan A. Choa (#5319)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    provner@potteranderson.com<br>    jchoa@potteranderson.com<br><br>*Counsel for Defendants HTC Corporation and HTC America, Inc.* |
| OF COUNSEL:<br><br>Mitchell G. Stockwell<br>Richard W. Goldstucker<br>KILPATRICK TOWNSEND AND STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>Tel: (404) 815-6500<br><br>Taylor H. Ludlam<br>KILPATRICK TOWNSEND AND STOCKTON LLP<br>4208 Six Forks Road, Suite 1400<br>Raleigh, NC 27609<br>Tel: (919) 420-1700<br><br>Akarsh P. Belagodu<br>KILPATRICK TOWNSEND AND STOCKTON LLP<br>607 14th Street, NW, Suite 900<br>Washington, DC 20005<br>Tel: (202) 508-5800 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ Bindu A. Palapura<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Stephanie E. O'Byrne (#4446)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    sobyrne@potteranderson.com<br><br>*Counsel for Defendants Lenovo (United States) Inc. and Motorola Mobility LLC* |

OF COUNSEL:

Kevin P.B. Johnson
Victoria F. Maroulis
Todd M. Briggs
Charles M. Stiernberg
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Tel: (650) 801-5100

SHAW KELLER LLP

By:  /s/ Andrew E. Russell
     John W. Shaw (#3362)
     Karen E. Keller (#4489)
     Andrew E. Russell (#5382)
     Nathan Hoeschen (No. 6232)
     300 Delaware Avenue, Suite 1120
     Wilmington, DE 19801
     Tel: (302) 298-0700
     jshaw@shawkeller.com
     kkeller@shawkeller.com
     arussell@shawkeller.com
     nhoeschen@shawkeller.com

*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

OF COUNSEL:

Jay H. Reiziss
Natalie A. Bennett
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, DC 20001
Tel: (202) 756-8000

Charles M. McMahon
Hersh H. Mehta
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606
Tel: (312) 372-2000

RICHARDS, LAYTON & FINGER, P.A.

By:  /s/ Kelly E. Farnan
     Kelly E. Farnan (#4395)
     Travis S. Hunter (#5350)
     920 N. King Street
     Wilmington, Delaware 19801
     Tel: (302) 651-7700
     farnan@rlf.com
     hunter@rlf.com

*Counsel for Defendants ZTE (USA) Inc.*

OF COUNSEL:

Richard A. Cederoth
Nathaniel C. Love
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Tel: (312) 853-7000

Ellen S. Robbins
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Tel: (213) 896-6000

Joseph A. Micallef
Anna M. Weinberg
Wonjoo Suh
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8000

Dated: March 13, 2017
1247816 / (42622/42637)

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: /s/ Rodger D. Smith II
    Rodger D. Smith II (#3778)
    Michael J. Flynn (#5333)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19801
    Tel: (302) 658-9200
    rsmith@mnat.com
    mflynn@mnat.com

*Counsel for Defendants Microsoft Corporation, Microsoft Mobile Oy, and Microsoft Mobile Inc. (f/k/a Nokia Inc.)*

IT IS SO ORDERED, this __17th__ day of March, 2017.

                                                                      [signature]
                                           Sr. United States District Judge