IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVOLVED WIRELESS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 15-542-JFB-SRF |
| ) | |
| APPLE INC., ) | |
| ) | |
| Defendant. ) | |
| EVOLVED WIRELESS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 15-543-JFB-SRF |
| ) | |
| HTC CORPORATION and ) | |
| HTC AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| EVOLVED WIRELESS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 15-544-JFB-SRF |
| ) | |
| LENOVO GROUP LTD., LENOVO ) | |
| (UNITED STATES) INC., and MOTOROLA ) | |
| MOBILITY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | C.A. No. 15-545-JFB-SRF |
| EVOLVED WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, ZTE (USA) INC., and ZTE SOLUTIONS INC.,<br><br>Defendants. | C.A. No. 15-546-JFB-SRF |
| EVOLVED WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, MICROSOFT MOBILE OY, and NOKIA INC.,<br><br>Defendants. | C.A. No. 15-547-JFB-SRF |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants Apple Inc., HTC

Corporation, HTC America, Inc., Lenovo (United States) Inc., Motorola Mobility LLC, Samsung

Electronics Co., Ltd., Samsung Electronics America, Inc., ZTE (USA) Inc., Microsoft

Corporation, Microsoft Mobile Oy, and Microsoft Mobile Inc. (f/k/a Nokia Inc.) (collectively,

2

"Defendants") move for summary judgment of non-infringement as to the asserted claims of U.S. Patent Nos. 7,809,373 and 7,881,236. The grounds for this motion will be fully set forth in Defendants' Opening Brief in Support of Their Motion for Summary Judgment, to be filed on October 6, 2017, pursuant to ¶ 8(c)(2) of the amended Scheduling Order in this action. (*See* C.A. No. 15-545-JFB-SRF, D.I. 127 (scheduling order); *id.*, D.I. 165 (stipulation amending scheduling order)).

|  |  |
|---|---|
|  | */s/ Philip A. Rovner* |
| OF COUNSEL: | Philip A. Rovner (No. 3215) |
| Stephen S. Korniczky | Jonathan A. Choa (No. 5319) |
| Martin R. Bader | POTTER ANDERSON & CORROON LLP |
| Ericka J. Schulz | Hercules Plaza, 6th Floor |
| Kayla Page | 1313 N. Market Street |
| SHEPPARD, MULLIN, RICHTER & | Wilmington, DE 19801 |
| HAMPTON, LLP | (302) 984-6000 |
| 12275 El Camino Real, Suite 200 | provner@potteranderson.com |
| San Diego, CA 92130 | jchoa@potteranderson.com |
| (858) 720-8900 | *Attorneys for Defendants HTC Corporation and HTC America, Inc.* |

OF COUNSEL:
Mitchell G. Stockwell
Richard W. Goldstucker
KILPATRICK TOWNSEND AND
   STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 815-6500

Taylor H. Ludlam
KILPATRICK TOWNSEND AND
   STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
(919) 420-1700

Akarsh P. Belagodu
KILPATRICK TOWNSEND AND
   STOCKTON LLP
607 14th Street, NW, Suite 900
Washington, DC 20005
(202) 508-5800

*/s/ David E. Moore*
David E. Moore (No. 3983)
Bindu A. Palapura (No. 5370)
Stephanie E. O'Byrne (No. 4446)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com
*Attorneys for Defendants Lenovo Group Ltd.,*
*Lenovo (United States) Inc., and Motorola Mobility*
*LLC*

OF COUNSEL:
Michael D. Jay
Bill Ward, Ph.D.
Nandan R. Padmanabhan
Micol Small
Martin Ellison
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
(310) 752-2400

Steven Holtzman
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
(510) 874-1000

*/s/ David E. Moore*
David E. Moore (No. 3983)
Bindu A. Palapura (No. 5370)
Stephanie E. O'Byrne (No. 4446)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com
*Attorneys for Defendant Apple, Inc.*

4

OF COUNSEL:

Kevin P.B. Johnson
Victoria F. Maroulis
Todd M. Briggs
Charles M. Stiernberg
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5100

/s/ Andrew E. Russell
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
*Attorneys for Defendants Samsung Electronics Co.,
Ltd. and Samsung Electronics America, Inc.*

OF COUNSEL:

Jay H. Reiziss
Natalie A. Bennett
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, DC 20001
(202) 756-8000

Charles M. McMahon
Hersh H. Mehta
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606
(312) 372-2000

/s/ Kelly E. Farnan
Kelly E. Farnan (No. 4395)
Travis S. Hunter (No. 5350)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
hunter@rlf.com
*Attorneys for Defendant ZTE (USA) Inc.*

OF COUNSEL:

Richard A. Cederoth
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Ellen S. Robbins
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
(213) 896-6000

Joseph A. Micallef
Anna M. Weinberg
Wonjoo Suh
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000

/s/ Rodger D. Smith II
Rodger D. Smith II (No. 3778)
Jeremy A. Tigan (No. 5239)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
rsmith@mnat.com
jtigan@mnat.com
*Attorneys for Defendants Microsoft Corporation,
Microsoft Mobile Oy, and Microsoft Mobile Inc.
(f/k/a Nokia Inc.)*

Dated:  August 31, 2017

5