**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>AND SAMSUNG ELECTRONICS<br>AMERICA, INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 15–545–JFB–SRF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION SEEKING EXTENSION OF THE DEADLINE TO FILE A MOTION
FOR REARGUMENT**

WHEREAS, on December 4, 2019, the Court granted a partial motion for summary judgment of patent exhaustion and license filed by Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.

WHEREAS, a motion for reargument under Local Rule 7.1.5 of the Court's Order would be due on December 18.

WHEREAS, Evolved Wireless's deadline for filing a motion to alter or amend the judgment entered into the related cases is due on January 2, 2020.

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for a motion for reargument of the Court's Order shall be extended until January 2, 2020 such that all briefing on the Court's Order in this case and related cases is on the same briefing schedule.

1

| | |
|---|---|
| Dated: December 18, 2019 | Respectfully submitted, |
| OF COUNSEL: | FARNAN LLP |

Christopher K. Larus
Marla R. Butler
Ryan M. Schultz
Andrew D. Hedden
Benjamen C. Linden
Ryan E. Dornberger
Anthony F. Schlehuber
Marla R. Butler
Rajin S. Olson
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel: (612) 349-8500

Andrea L. Gothing
ROBINS KAPLAN LLP
2440 W. El Camino Real, Suite 100
Mountain View, CA 94040
Tel: (650) 784-4040

Annie Huang (admitted *pro hac vice*)
ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7438
Facsimile: (212) 980-7499

By: */s/* Brian E. Farnan
   Brian E. Farnan (#4089)
   Michael J. Farnan (#5165)
   919 N. Market Street, 12th Floor
   Wilmington, De 19801
   Tel: (302) 777-0300
   bfarnan@farnanlaw.com

*Counsel for Plaintiff Evolved Wireless, LLC*

| | |
|---|---|
| OF COUNSEL: | SHAW KELLER LLP |
| Kevin P.B. Johnson<br>Victoria F. Maroulis<br>Todd M. Briggs<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>Tel: (650) 801-5100 | By: */s/* Nathan Hoeschen<br>    John W. Shaw (#3362)<br>    Karen E. Keller (#4489)<br>    Andrew E. Russell (#5382)<br>    Nathan Hoeschen (No. 6232)<br>    I.M. Pei Building<br>    1105 North Market Street, 12th Floor<br>    Wilmington, DE 19801<br>    Tel: (302) 298-0700<br>    jshaw@shawkeller.com<br>    kkeller@shawkeller.com<br>    arussell@shawkeller.com<br>    nhoeschen@shawkeller.com<br><br>*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |

SO ORDERED this \_\_\_\_ day of _____, 2019

_____
United States District Judge