**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EVOLVED WIRELESS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 15–545–JFB–SRF |
| SAMSUNG ELECTRONICS CO., LTD., | ) |
| AND SAMSUNG ELECTRONICS | ) |
| AMERICA, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION TO REMOVE CERTAIN SAMSUNG PRODUCTS FROM THE CASE AND ENTER FINAL JUDGMENT

Plaintiff Evolved Wireless, LLC ("Plaintiff" or "Evolved") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants" or "Samsung") hereby stipulate that the Accused Samsung Products in this case that do not incorporate Qualcomm baseband processors (collectively, "Removed Samsung Products") are withdrawn from this case without prejudice. The parties agree that the withdrawal without prejudice of the Removed Samsung Products resolves all remaining "claims involving other baseband chipsets in Civil Action No. in 1:15-cv-545" as referred to in the Court's December 3, 2019 Judgment.

Accordingly, judgment having been entered in favor of Defendants Samsung Elecs. Co., and Samsung Electronics America, Inc. and against plaintiff Evolved Wireless, LLC, with respect to claims against Samsung products with Qualcomm baseband chipsets (D.I. 483), the parties request that the Court enter final judgment and dismiss Civil Action No.

1:15-cv-545 based on (1) the Court's grant of judgment with respect to the Samsung products with Qualcomm baseband chipsets and (2) the stipulated dismissal without prejudice with respect to the Removed Samsung Products.  Nothing in this stipulation precludes or in any way affects Evolved's rights to seek to alter, amend, or appeal the Court's December 3, 2019 Judgment with respect to claims against products that contain Qualcomm baseband chipsets.

Nothing in this stipulation shall impact in any way Evolved's ability to assert claims and seek relief in connection with any other products or based upon any other patents, in this suit or any future litigation. The parties further stipulate that no determination of infringement or non-infringement has been entered or agreed upon for any of the Removed Samsung Products.

This stipulation is not intended to be and shall not be construed as a license to any patent owned by Evolved, including but not limited to the '373 Patent or the '236 Patent. The parties agree that this stipulation will not be admissible in any litigation and may not be used for any purpose, including but not limited to use in support of an expert's opinion on infringement, validity, and/or damages in this or any other litigation. All fees and expenses incurred to date shall be borne solely by the party incurring the same.

Dated: January 2, 2020

OF COUNSEL:

Christopher K. Larus
Marla R. Butler
Ryan M. Schultz
Andrew D. Hedden
Benjamen C. Linden
Ryan E. Dornberger
Anthony F. Schlehuber
Marla R. Butler
Rajin S. Olson
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel: (612) 349-8500

Andrea L. Gothing
ROBINS KAPLAN LLP
2440 W. El Camino Real, Suite 100
Mountain View, CA 94040
Tel: (650) 784-4040

Annie Huang (admitted *pro hac vice*)
ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7438
Facsimile: (212) 980-7499

Respectfully submitted,

FARNAN LLP

By: */s/ Michael J. Farnan*
    Brian E. Farnan (#4089)
    Michael J. Farnan (#5165)
    919 N. Market Street, 12th Floor
    Wilmington, De 19801
    Tel: (302) 777-0300
    bfarnan@farnanlaw.com

*Counsel for Plaintiff Evolved Wireless, LLC*

OF COUNSEL:

Kevin P.B. Johnson
Victoria F. Maroulis
Todd M. Briggs
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Tel: (650) 801-5100

SHAW KELLER LLP

By: */s/ John W. Shaw*
    John W. Shaw (#3362)
    Karen E. Keller (#4489)
    Andrew E. Russell (#5382)
    Nathan Hoeschen (No. 6232)
    300 Delaware Avenue, Suite 1120
    Wilmington, DE 19801
    Tel: (302) 298-0700
    jshaw@shawkeller.com
    kkeller@shawkeller.com
    arussell@shawkeller.com
    nhoeschen@shawkeller.com

*Counsel for Defendants Samsung Electronics
Co., Ltd. and Samsung Electronics America,
Inc.*

SO ORDERED this _____ day of _____, 2019

_____
    United States District Judge